# EXHIBIT A

E-FILED
IN COUNTY CLERK'S OFFICE
PIERCE COUNTY WASHINGTON

February 19 2026 2:03 PM

PIERCE COUNTY CLERK
NO: 26-2-06361-9

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF PIERCE

COLBY TAYLOR, individually and as a personal representative of the ESTATE OF JAY TAYLOR, a deceased individual, LESLIE TAYLOR, individually and as a personal representative of the ESTATE OF JAY TAYLOR, a deceased individual,

                            Plaintiffs,

v.

DISCORD, INC., a Delaware Company,

                            Defendant.

NO.:

COMPLAINT

**COME NOW** Plaintiffs Colby Taylor, individually and as Personal Representative of the Estate of Jay Taylor, a deceased individual; Leslie Taylor, individually and as Personal Representative of the Estate of Jay Taylor (collectively "Plaintiffs"), by and through their attorneys, C.A. Goldberg, PLLC and Corrie Yackulic Law Firm PLLC, and for causes of action against Defendant Discord, Inc. state:

COMPLAINT - 1 of 31

C.A. GOLDBERG
PLLC. NEW YORK
16 COURT STREET, BROOKLYN, NY 11241 | 646.666.8908
WWW.CAGOLDBERGLAW.COM

CORRIE YACKULIC LAW FIRM PLLC
110 PREFONTAINE PLACE SOUTH, SUITE 304
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 787-1915
FACSIMILE: (206) 299-9725

**PRELIMINARY STATEMENT**

1.      This case is about Discord, a global social platform that abetted one of the most depraved and dangerous child abuse cults in modern history, actively enabling it to target, groom, exploit, and drive vulnerable children to suicide.

2.      With full knowledge, Discord made the decision to continue hosting the cult known as 764 and profiting off the pedophilic, satanic, sadistic, neo-Nazi, child exploitation international enterprise that incited violence, self-harm, animal mutilation, sexual abuse, extortion, and suicide.

3.      From the outset, Discord designed a platform structurally rife with obvious, risk-amplifying features—and when those risks materialized through 764, Discord housed it, grew it, and meanwhile marketed itself to more child users, guaranteeing their exploitation.

4.      Discord launched its free communications platform in 2015, attracting hundreds of millions of young users quickly through its appeal within the gaming community.

5.      While it was primarily known to be a platform for video game users, Discord has since expanded into a myriad of communities (startups, study groups, cryptocurrency communities, AI hobbyists, extremist cults, etc.).

6.      Discord users engage in public and private communities on channels called servers.

7.      Discord deliberately promotes itself as a place where introverts who struggle with social interaction can find a sense of belonging through community, while simultaneously appealing to pedophiles who require access to children, anonymity, and ephemerality to carry out their most horrific crimes.

8.      Discord invites users as young as thirteen to use its platform.



C.A. GOLDBERG
PLLC. NEW YORK
16 COURT STREET, BROOKLYN, NY 11241 | 646.666.8908
WWW.CAGOLDBERGLAW.COM

CORRIE YACKULIC LAW FIRM PLLC
110 PREFONTAINE PLACE SOUTH, SUITE 304
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 787-1915
FACSIMILE: (206) 299-9725

9.    Discord has no age or identity verification systems in place.

10.    Discord has roughly 150 million monthly active users.

11.    As of March 2024, Discord was in the top 30 most visited online sites in the world, with almost a quarter of its traffic coming from the United States.

12.    Discord prides itself on being unmoderated, employing, at most, 79 trust and safety employees during the period in question.  The lack of a content moderation infrastructure attracts abusers and cultivates abuse.

13.    In or around mid-2021, "The 764 Network" ("764") emerged out of "The Community" ("Com"), a decentralized, global network of online actors and groups that glorify violence and engage in illicit activities ranging from hacking, SIM swapping, sextortion, doxing and the distribution of child sex abuse material (CSAM).

14.    764 was founded by Bradley Felix Cadenhead, who wanted to craft a place to exchange CSAM and coerce children into performing sex acts on camera. He chose Discord because of its vulnerable child users and total absence of oversight.

15.    Discord fostered 764's messaging, recruitment, and engagement, and then directly facilitated introductions to potential victims.

16.    Discord—frequented by minors and members of marginalized and vulnerable communities, such as LGBTQ+ youth or individuals outwardly struggling with mental health issues – supplied 764 with unlimited victims to carry out its sadistic fantasies.

17.    Since the launch of the initial 764 group on Discord, Discord has grown 764 into a  global movement.

18.    After the arrest of Cadenhead, a German man named Shahriar Javan whose online moniker was White Tiger, became a leader of Discord's 764 server.

COMPLAINT - 3 of 31

C.A. GOLDBERG
PLLC. NEW YORK
16 COURT STREET, BROOKLYN, NY 11241 | 646.666.8908
WWW.CAGOLDBERGLAW.COM

CORRIE YACKULIC LAW FIRM PLLC
110 PREFONTAINE PLACE SOUTH, SUITE 304
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 787-1915
FACSIMILE: (206) 299-9725

19.    Under Javan's rule, the 764 Discord server became more cruel and deadly. Javan used the 764 Discord server to create a pyramid of abuse. Discord enabled him to recruit and radicalize children. He turned victims into predators and taught children how to abuse other children.

20.    The abuse would involve streaming child sexual abuse material, forcing kids to send nude and sexual photos, forcing kids to engage in heinous acts of pet abuse, forcing kids to mutilate themselves by carving their own bodies, forcing kids to insert knives and sharp objects into their genitals, and pressuring suicide. The abuse would occur using Discord's streaming function so other Discord members could view and record it. That material would then be used to blackmail the victim into deeper and darker torture.

21.    One of the victims Javan abused on Discord, starting in June 2021 was a twelve-year-old Finnish girl, L.S. Over six months, Javan required L.S. to suffer mounting abuse including making her carve "White Tiger" into her thigh, kill a small bird under her foot and dismember it so its body parts spelled "White Tiger." He made her cut herself and use her own fresh blood to paint a Tic Tac Toe game board where she made moves on the board with instructions from other people on Discord.

22.    On June 20, 2021, L.S. confessed to Javan that she was suicidal. He ordered that she kill herself. Over the following months, Javan's demands of L.S. became even more sadistic. Javan collected, through Discord, an increasing trove of child sexual abuse material depicting L.S. which he shared on Discord and used to blackmail her. Javan's pressure on L.S. to kill herself increased and when she continued to resist, Javan bargained with her that she could keep her life, but only if she could find somebody else to die.

COMPLAINT - 4 of 31

C.A.GOLDBERG
PLLC. NEW YORK
16 COURT STREET, BROOKLYN, NY 11241 | 646.666.8908
WWW.CAGOLDBERGLAW.COM

CORRIE YACKULIC LAW FIRM PLLC
110 PREFONTAINE PLACE SOUTH, SUITE 304
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 787-1915
FACSIMILE: (206) 299-9725

23.    On January 17, 2022, L.S. responded to an open request that thirteen-year-old Jay Taylor from Gig Harbor, Washington posted seeking new transgender or gay friends interested in craft projects.  Jay's message read:  "I had a sudden urge to get a pen pal so here I am!"

24.    Over several hours, L.S. convinced Jay to join her in a suicide pact. L.S. sent Jay suicide instructions she'd received from Javan.

25.    Early that morning Jay snuck out of his home, grabbed a white extension cord and walked to a nearby grocery store. Now impersonating L.S. in the chats with Jay, Javan instructed Jay on how to hang himself, coached him on how to set up his phone to stream the act, and tried unsuccessfully to make Jay take off his clothes because it would be "hotter." By 4:42am on January 17, 2022, Jay was hanging lifeless on a fence outside the grocery store.

26.    By the time of Jay's death, Discord was on ample, repeated, and various notice of the rampant and sadistic activity by 764.

27.    For instance, the Dallas Police Department's Child Exploitation Unit received Cyber Tipline reports of crimes committed by Discord's 764 community on June 15, 2021, June 30, 2021, July 7, 2021, July 9, 2021, August 16, 2021, and August 23, 2021.

28.    Between the months of June and August 2021, Discord itself made 58 reports to the Cyber Tipline about content published on the 764 Discord server depicting images of prepubescent females engaging in sex acts with men.

29.    For reasons unknown, Discord sat back for months and watched as 764 thrived and grew across its servers, despite knowing its horrors.

30.    Discord would not or could not control 764.

31.    Discord failed to have an adequate reporting infrastructure to stop 764.

COMPLAINT - 5 of 31



CORRIE YACKULIC LAW FIRM PLLC
110 PREFONTAINE PLACE SOUTH, SUITE 304
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 787-1915
FACSIMILE: (206) 299-9725

C.A.GOLDBERG
PLLC. NEW YORK
16 COURT STREET, BROOKLYN, NY 11241 | 646.666.8908
WWW.CAGOLDBERGLAW.COM

32.    Discord marketed to children—especially vulnerable children—despite knowing the extreme danger they faced by predators on Discord who specifically sought out vulnerable children.

33.    Discord is liable to Jay's family for his horrific and agonizing death.

## PARTIES

34.    Plaintiffs Colby Taylor and Leslie Taylor are Jay's parents. They reside in Gig Harbor, Washington. Jay passed away in Gig Harbor, Washington. The Superior Court of Washington, County of Spokane appointed Colby and Leslie as Administrators of the Estate of Jay Taylor on October 31, 2025. *See* Cause No. 25-4-02243-32. Colby and Leslie maintain this action in a representative capacity for the Estate's benefit as well as individually.

35.    Defendant Discord.com, Inc. is a United States corporation incorporated and registered in Delaware and headquartered in San Francisco, California.

## JURISDICTION AND VENUE

36.  This Court has subject-matter jurisdiction.

37.  This Court has personal jurisdiction over the parties.

38.  Pierce County is a proper venue.

## FACTS

### Discord's Company Design

39.    Discord is a social media product organized by "servers," which are topic-based virtual spaces that users can join to engage in conversations with others. Servers are organized into subtopics called "channels," which are divided into text and voice channels. In text channels, users post messages, upload files, and share images. In voice channels, users

COMPLAINT - 6 of 31

C.A.GOLDBERG
PLLC. NEW YORK
16 COURT STREET, BROOKLYN, NY 11241 | 646.666.8908
WWW.CAGOLDBERGLAW.COM

CORRIE YACKULIC LAW FIRM PLLC
110 PREFONTAINE PLACE SOUTH, SUITE 304
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 787-1915
FACSIMILE: (206) 299-9725

communicate through voice or video chat and screen share. Users can also send private messages via voice, video or text.

40.    Discord was founded by two gamers, Jason Citron and Stanislav Vishnevskiy whose gaming studio developed a multiplayer game with an inbuilt voice function to help players communicate. After realizing that the best part of their game was the inbuilt communication feature, they focused on building that feature into a product.

41.    Discord became a way for gamers to communicate with each other more easily.

42.    In June 2020, Discord announced it was shifting focus away from video gaming to become more of an all-purpose social media platform. The company received an additional $100 million in investment to make the onboarding experience frictionless and increase server capacity.

43.    By August 2021, Discord had an estimated valuation of $15 billion, following a surge of users who joined during the Coronavirus pandemic.

44.    Around this time, Discord began capturing users leaving Facebook and other platforms due to privacy concerns, who were attracted to Discord because of its hands-off moderation.

45.    Since its launch in May 2015, Discord has become one of the most popular online social platforms in the world, especially among children.[1]

46.    As Discord puts it, "Discord is now where the world talks, hangs out, and builds relationships"—"Discord lets anyone create a space to find belonging."[2]

---

[1] A Pew Research survey conducted in 2023 identified Discord as the sixth most popular social media application among children aged 13 to 17. 28% of children between the ages of 13 to 17 surveyed by Pew identified themselves as Discord users. TEENS, SOCIAL MEDIA AND TECHNOLOGY 2023 22, PEW RESEARCH CTR. (2023), https://www.pewresearch.org/wp-content/uploads/sites/20/2023/12/PI_2023.12.11-Teens-Social-Media-Tech_FINAL.pdf.

[2] Discord, *Create Space for Everyone to Find Belonging,* https://discord.com/company (last visited Feb. 11, 2025).



C.A. GOLDBERG
PLLC. NEW YORK
16 COURT STREET, BROOKLYN, NY 11241 | 646.666.8908
WWW.CAGOLDBERGLAW.COM

CORRIE YACKULIC LAW FIRM PLLC
110 PREFONTAINE PLACE SOUTH, SUITE 304
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 787-1915
FACSIMILE: (206) 299-9725

47.    Though some users on Discord are adults, Discord directly markets its product to young users. For example, Discord advertises itself to school clubs and offers "Student Hubs," which are "dedicated places for students on Discord that make it easy to meet classmates from your own school, discover their communities on Discord, and share your servers for your fellow classmates to join."[3]

48.    Discord is particularly attractive to young adolescents grappling with their identity, mental health struggles, and family issues.

49.    Discord is less well-known and intuitive for parents than other social media platforms like Instagram, Snapchat, and TikTok.

50.    Discord is not built like typical social media products. Discord is structured around group communication rather than personal profiles or photo sharing.

51.    Servers are organized by topic, game, fandom, or shared interest. For instance, a child interested in Roblox can join a Roblox server to chat with fellow players, share tips, or play games together.

52.    Since Discord revolves around interest-based communities rather than personal connections, kids can easily end up chatting with strangers, including adults posing as teens and predators of all ages.

53.    At all relevant times, there were no restrictions on children and adults connecting.

---

[3] Discord, *Discover Your Next Favorite Campus Club in Student Hubs,* (Aug. 22, 2022), https://discord.com/blog/discover-your-next-favorite-campus-club-in-student-hubs.



COMPLAINT - 8 of 31

CORRIE YACKULIC LAW FIRM PLLC
110 PREFONTAINE PLACE SOUTH, SUITE 304
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 787-1915
FACSIMILE: (206) 299-9725

C.A. GOLDBERG
PLLC, NEW YORK
16 COURT STREET, BROOKLYN, NY 11241 | 646.666.8908
WWW.CAGOLDBERGLAW.COM

54.    Discord markets to young users with features such as "custom emoji, stickers, soundboard effects and more to add your personality to your voice video or text chat."[4] According to Discord, these features are designed to "make your group chats more fun." [5]

55.    Discord exploded in popularity among young users, driven in part by the loneliness of the pandemic. As *The New York Times* explained in its article *How Discord, Born from an Obscure Game, Became a Social Hub for Young People,* "While adults working from home flocked to Zoom, their children were downloading Discord to socialize with other young people through text and audio and video calls in groups known as servers."[6]

56.    By Discord's own admission, more than 60% of its active users are between the ages of thirteen and twenty-four.[7]

57.    The average age of a Discord user is believed to be sixteen years old.[8]

58.    Discord has consistently promoted its platform as a "fun and safe space for teens,"[9] while simultaneously incentivizing violence against those very teens.

---

[4] Discord, *Discover Your Next Favorite Campus Club in Student Hubs,* (Aug. 22, 2022), https://discord.com/blog/discover-your-next-favorite-campus-club-in-student-hubs.
[5] *Id.*
[6] Kellen Browning, *How Discord, Born from an Obscure Game, Became a Social Hub for Young People*, N.Y. TIMES (Dec. 29, 2021), https://www.nytimes.com/2021/12/29/business/discordserver-social-media.html.
[7] Justin Hendrix, Prithvi Iyer & Gabby Miller, *Transcript: U.S. Senate Judiciary Committee hearing on "Big Tech and the Online Child Sexual Exploitation Crisis*," TECH POL'Y PRESS (Jan. 31, 2024), https://www.techpolicy.press/transcript-us-senate-judiciary-committee-hearing-on-big-tech-and-the-online-child-sexual-exploitation-crisis/.
[8] Super League*, An Introductory Look into Discord,* https://www.superleague.com/post/anintroductory-look-into-discord.
[9] *Discord's Commitment to Teen and Child Safety*, DISCORD (Jul. 11, 2023), https://discord.com/safety/commitment-to-teen-child-safety [https://web.archive.org/web/20250728201001/https://discord.com/safety/commitment-to-teen-child-safety].

COMPLAINT - 9 of 31



C.A. GOLDBERG
PLLC. NEW YORK
16 COURT STREET, BROOKLYN, NY 11241 | 646.666.8908
WWW.CAGOLDBERGLAW.COM

CORRIE YACKULIC LAW FIRM PLLC
110 PREFONTAINE PLACE SOUTH, SUITE 304
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 787-1915
FACSIMILE: (206) 299-9725

59.     Creating an account on Discord is frictionless. Users must provide only an email address, display name, username, password, and birthdate. Users can then access Discord for free on their computers, tablets, and cellular devices. Many users are as young as age eight.[10]

60.     While Discord's Terms of Service prohibit users under 13, Discord does not verify age or identity. As a result, countless Discord users are under 13, many of whom state their real ages in their bios, tell other users their real age in chats, and post pictures showing their real age.

61.     All users, including those under age 18, can receive direct messages from other users in the same server, allowing them to send and receive private messages from strangers. Even when parents set more restrictive settings, children can simply change those settings to whatever they desire.

62.     The "owners" of servers can self-designate specific channels in a server as NSFW (i.e. "not safe for work"). At relevant times, Discord did not allow server "owners" to self-designate entire servers as age-restricted and so minors could easily access servers with age-restricted content even if designated age-restricted channels in the server were blocked. Additionally, Discord allowed new members to choose whatever age they wished upon sign-up. So, age restrictions were illusory.

63.     Discord is free to use by normal users but hosts that create servers pay for boosters and subscriptions.

64.     Discord's revenue model is based on monthly subscription for extra features, a commission from games sold by developers on their server, merchandise, and partnerships.

---

[10] Kellen Browning, *5 Ways Young People Are Using Discord,* N.Y. TIMES (Dec. 29, 2021), https://www.nytimes.com/2021/12/29/business/discord-users-gen-z.html.

COMPLAINT - 10 of 31



CORRIE YACKULIC LAW FIRM PLLC
110 PREFONTAINE PLACE SOUTH, SUITE 304
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 787-1915
FACSIMILE: (206) 299-9725

65.    Nitro is Discord's premium subscription service, offering enhanced features such as higher-quality video streaming, custom emojis, increased upload limits, and server boosts for better server functionality.

66.    Discord's "freemium" model makes money from increasing users and useage because a larger engaged user base increases the conversion of free users into paid subscribers.

### Discord Lures Parents and Kids with Promises of Safety

67.    Since its inception, Discord has assured the public that its app is a safe space for children. According to Discord, "in May 2015, Discord began as a way for us to all play games together, better. And Safer."[11]  "We've always wanted Discord to be a place where one could safely play games with friends."[12]

68.    Discord promises it has a "zero-tolerance policy" for anything relating to the sexual exploitation of children. For instance, in Discord's July-September 2022 Transparency Report, Discord emphasized that it "has a zero-tolerance policy for anyone who endangers or sexualizes children."[13]

69.    Discord promises the public that its app is different from other social media products when it comes to child safety, claiming "[w]e built Discord to be different and work relentlessly to make it a fun and safe space for teens.[14] "Discord is built on Safety," and "[s]afety is at the core of everything we do and a primary area of investment as a business."[15]

---

[11] Discord, *Discord Safety Boost,* (Mar. 28, 2017), https://discord.com/blog/discord-safety-boost.
[12] *Id.*
[13] Discord, *Discord Transparency Report: July – September 2022,* https://discord.com/blog/discord-transparency-report-q3-2022.
[14] *Id.*
[15] Discord, *Discord's Commitment to a Safe and Trusted Experience,* (May 12, 2022), https://discord.com/safety/360043700632-discords-commitment-to-a-safe-and-trusted-experience; https://discord.com/safety/commitment-to-teen-child-safety.

COMPLAINT - 11 of 31



CORRIE YACKULIC LAW FIRM PLLC
110 PREFONTAINE PLACE SOUTH, SUITE 304
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 787-1915
FACSIMILE: (206) 299-9725

70.    Discord specifically assures parents that its app is designed to keep children safe and that it defaults to safety. Discord, for instance, in a website post titled "Settling into School with Discord" informs parents that "[m]any teams across Discord work together to ensure that your teen finds belonging by building products and policies with safety by default."[16] And in a website post titled "Discord's Commitment to Teen and Child Safety," Discord promises parents that [w]e make our products safe spaces by design and default. Safety is and will remain part of Discord's core experience."[17]

71.    At the time of the harms in this case, however, Discord had no safety features to keep teens safe on the platform, no safety alerts on senders or on chats, no parental monitoring.

72.    As of January 2023, the number of monthly active Discord users worldwide was estimated to have reached approximately 154 million and the platform generated $123.5 million U.S. dollars in revenue from its mobile app alone.

73.    By Discord's own admission, the company "do[es] not monitor every server or every conversation."[18] Instead, it purports to rely on something of an honor system whereby its own users are to enforce its Terms of Service and its Community Guidelines. Discord's trust and safety staff is nothing more than a pretense.

74.    On January 31, 2024, the then-CEO of Discord, Jason Citron, testified to the Senate Judiciary Committee at the hearing titled Big Tech and the Online Child Sexual Exploitation Crisis that it staffed 250 trust and safety employees[19]—a mockery even in

---

[16] Savannah Badalich, *Settling into School with Discord, Discord,* (Sept. 28, 2021), https://discord.com/safety/settling-into-school-with-discord.
[17] Discord, *Discord's Commitment to a Safe and Trusted Experience,* (May 12, 2022), https://discord.com/safety/360043700632-discords-commitment-to-a-safe-and-trusted-experience; https://discord.com/safety/commitment-to-teen-child-safety.
[18] *How We Investigate*, DISCORD (May 12, 2022), https://discord.com/safety/360043712132-how-we-investigate.
[19] *Jason Citron: Responses to Questions for the Record*, SEN. JUD. COMM. (2024), https://www.judiciary.senate.gov/imo/media/doc/2024-01-31_-_qfr_responses_-_citron.pdf.

C.A. GOLDBERG
PLLC. NEW YORK
16 COURT STREET, BROOKLYN, NY 11241 | 646.666.8908
WWW.CAGOLDBERGLAW.COM

CORRIE YACKULIC LAW FIRM PLLC
110 PREFONTAINE PLACE SOUTH, SUITE 304
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 787-1915
FACSIMILE: (206) 299-9725

comparison to its peers: 2,226 at Snap, Inc.,[20] 2,300 at X,[21] and 40,000 at both Meta[22] and TikTok.[23] Notably, the committee was forced to subpoena Discord and to dispatch the U.S. Marshals Service to Discord's office in order to compel Citron to attend.  None of the other witnesses similarly evaded this conversation with lawmakers about the important issue of child safety.  In written testimony, Citron revealed that in the year 2022, Discord had just 79 Full Time Employees in the Trust and Safety Team and only 120 additional agents hired through contractors.

75.    Discord historically has had a hands-off approach to smaller—and potentially more dangerous—servers.

76.    Citron's written submissions to Congress confirm that its "proactive and automated approach to safety" only applies to servers with 200 members or more. While smaller servers rely on server owners and community moderators to define and enforce norms of behavior. Citron was confronted with the absurdity of no moderation in small servers with Congress reminding him about how reporters have noticed that adults lurk in small chat rooms to "groom children before abducting them, trade child sexual exploitation material . . .  and extort minors whom they trick into sending nude images."

77.    As a result of Discord's intentionally hands-off model, the platform is a safe space for predators to gather with likeminded monsters, recruit and radicalize others, sort through a catalog of vulnerable children, and carry out their heinous acts.

---

[20]    *Evan Spiegel: Responses to Questions for the Record,* SEN. JUD. COMM. (2024), https://www.judiciary.senate.gov/imo/media/doc/2024-01-31_-_qfr_responses_-_spiegel.pdf.

[21]    *Linda Yaccarino: Responses to Questions for the Record*, SEN. JUD. COMM. (2024), https://www.judiciary.senate.gov/imo/media/doc/2024-01-31_-_qfr_responses_-_yaccarino.pdf.

[22]    *Mark Zuckerberg: Responses to Questions for the Record*, SEN. JUD. COMM. (2024), https://www.judiciary.senate.gov/imo/media/doc/2024-01-31_-_qfr_responses_-_zuckerberg1.pdf.

[23]    *Shou Chou: Responses to Questions for the Record*, SEN. JUD. COMM. (2024), https://www.judiciary.senate.gov/imo/media/doc/2024-01-31_-_qfr_responses_-_chew.pdf.

C.A. GOLDBERG
PLLC. NEW YORK
16 COURT STREET, BROOKLYN, NY 11241 | 646.666.8908
WWW.CAGOLDBERGLAW.COM

CORRIE YACKULIC LAW FIRM PLLC
110 PREFONTAINE PLACE SOUTH, SUITE 304
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 787-1915
FACSIMILE: (206) 299-9725

**Discord Houses 764's Network on Its Platform**

78.     In January 2021, Bradley Felix Cadenhead chose Discord to form "764" (also known as "the com")—a pedophilic, satanic, sadistic, neo-Nazi, child exploitation enterprise.[24] The 764 network, named for part of Cadenhead's Texas zip code, is comprised of numerous sub-groups which loudly and proudly share one goal: to incite violence and depravities.[25] Some members attributed their mission to "weeding out society's weakest," which they deem to include mentally ill, gay, or transgender youths.[26]

79.     The 764 community was inspired by an earlier, 2019 Discord neo-Nazi community called CVLT which coerced children into performing sexual acts on camera and used the resulting material to further extort the victims.

80.     Expanding on CVLT's methods, 764 incorporated additional forms of abuse, such as self-harm, genital mutilation, and acts of animal cruelty.

81.     Unlike traditional extremist groups, whose actions are driven by specific causes or political goals, 764 members' activities are typically fueled by a desire to gain influence and status within the Discord network itself.

82.     The violence on Discord is the end purpose for members of 764.

83.     Power within the 764 community is derived from the extremeness of the abuse the offenders can coerce their victims into.

---

[24] Shawn Boburg, Pranshu Verma & Chris Dehghanpoor, *On Popular Online Platforms, Predatory Groups Coerce Children Into Self-Harm*, WASH. POST (Mar. 13, 2024, 8:01 AM), https://www.washingtonpost.com/investigations/interactive/2024/764-predator-discord-telegram/?itid=lk_inline_manual_9.

[25] Kristin Shorten, *'Sadistic sextortion': Law enforcement agencies warn parents about violent online gangs targeting children* (Sep. 30, 2024) https://thenightly.com.au/australia/sadistic-sextortion-law-enforcement-agencies-warn-parents-about-violent-online-gangs-targeting-children-c-16187644; William Wan, "'It broke me': Inside the FBI hunt for the online predators who persuaded a 13-year-old to die," WASHINGTON POST (Oct. 16, 2025, 11:35 AM), https://www.washingtonpost.com/investigations/interactive/2025/white-tiger-764-fbi-search/

[26] William Wan, "'It broke me': Inside the FBI hunt for the online predators who persuaded a 13-year-old to die," WASHINGTON POST (Oct. 16, 2025, 11:35 AM), https://www.washingtonpost.com/investigations/interactive/2025/white-tiger-764-fbi-search/

COMPLAINT - 14 of 31



CORRIE YACKULIC LAW FIRM PLLC
110 PREFONTAINE PLACE SOUTH, SUITE 304
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 787-1915
FACSIMILE: (206) 299-9725

C.A. GOLDBERG
PLLC. NEW YORK
16 COURT STREET, BROOKLYN, NY 11241 | 646.666.8908
WWW.CAGOLDBERGLAW.COM

84.     According to the US Department of Justice, the FBI considers 764 a "tier one" terrorist threat that directly threatens the national and economic security of the United States.[27]

85.     The organization was not merely created and operated on Discord; it thrived there, taking full advantage of the environment designed to shield predators and dangle their prey before them through channels and chats shrouded in privacy and sham safeguards.[28]

86.     The limited demographics available reveal that 75% of 764's victims are ages 14 to 17, 21% of victims are ages 11 to 13 and 4% of victims are 10 and under. Further, 84% of victims are female, while 16% are male.[29]

87.     As of 2024, the National Center for Missing and Exploited Children's CyberTipline received over 1,300 reports linked to 764 and similar networks.[30]

88.     764-related cases continue to spread like wildfire, with federal law enforcement reporting that they have seen cases in all 55 of their field offices in the U.S. and currently assign about 10 such cases for investigation every week, with almost 300 people currently being investigated for preying on children.[31]

---

[27] *Member of Violent 764 Terror Network Sentenced to 30-Years in Prison For Sexually Exploiting a Child*, https://www.justice.gov/archives/opa/pr/member-violent-764-terror-network-sentenced-30-years-prison-sexually-exploiting-child

[28] Discord also facilitates communication between 764 predators, due to its "lack or absence of content moderation, robust privacy settings, and communication features" which allow for protected offender-to-offender communication. TECH PLATFORMS USED BY ONLINE CHILD SEXUAL ABUSE OFFENDERS 10, SUOJELLAAN LAPSIA (2024), https://bd9606b6-40f8-4128-b03a-9282bdcfff0f.usrfiles.com/ugd/bd9606_0d8ae7365a8f4bfc977d8e7aeb2a1e1a.pdf.

[29] Patricia Davis, *Using sextortion to groom kids for violence, pain* (Aug. 28, 2025) https://www.missingkids.org/blog/2025/using-sextortion-to-groom-kids-for-violence-pain

[30] 2024 CyberTipline Report, https://www.missingkids.org/gethelpnow/cybertipline/cybertiplinedata

[31] Ali Winston, *764 Terror Network Member Richard Densmore Sentenced to 30 years in Prison* (Nov. 7, 2024 3:46PM), https://www.wired.com/story/richard-densmore-sentencing-764/; William Wan, "'It broke me': Inside the FBI hunt for the online predators who persuaded a 13-year-old to die," WASHINGTON POST (Oct. 16, 2025, 11:35 AM), https://www.washingtonpost.com/investigations/interactive/2025/white-tiger-764-fbi-search/

COMPLAINT - 15 of 31



CORRIE YACKULIC LAW FIRM PLLC
110 PREFONTAINE PLACE SOUTH, SUITE 304
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 787-1915
FACSIMILE: (206) 299-9725

C.A. GOLDBERG
PLLC. NEW YORK
16 COURT STREET, BROOKLYN, NY 11241 | 646.666.8908
WWW.CAGOLDBERGLAW.COM

89.    Discord has housed 764 since 764's inception and has taken no steps to dismantle the network.[32] Instead, Discord has grown 764.  Meanwhile, Discord's average response time to general reports of exploitation increased from three days to five in recent years.[33]

90.    The platform's safety-scanning software, marketed by Discord as a protective measure, has recently revealed to have been ineffective.[34]

91.    Instead of attempting to reform the glaring issues in its content moderation infrastructure, Discord has prioritized profit above all else, refusing to invest in commonsense safety measures. In doing so, the company has risked the lives and safety of the children who use its platform.

### Discord Enables Abuse by 764 Member Shahriar Javan

92.    Shahriar Javan ("Javan"), a young man living in Hamburg, Germany became a central figure on Discord's 764 server when he was 16 or 17.

93.    By January of 2021, when he had just turned 17, he was engaging in daily extreme child abuse on Discord, blackmailing kids he met on Discord to satisfy his sadistic pleasures.

94.    Javan used the moniker,  "White Tiger," on Discord.

---

[32] Shawn Boburg, Pranshu Verma & Chris Dehghanpoor, *On Popular Online Platforms, Predatory Groups Coerce Children Into Self-Harm*, WASH. POST (Mar. 13, 2024, 8:01 AM), https://www.washingtonpost.com/investigations/interactive/2024/764-predator-discord-telegram/?itid=lk_inline_manual_9.

[33] Ben Goggin, *Child Predators Are Using Discord, a Popular App Among Teens, for Sextortion and Abductions*, NBC NEWS (June 21, 2023, 11:06 AM), https://www.nbcnews.com/tech/social-media/discord-child-safety-social-platform-challenges-rcna89769.

[34] Alyce McFadden, *Discord App Exposes Children to Abuse and Graphic Content, Lawsuit Says*, N.Y. TIMES (Apr. 17, 2025), https://www.nytimes.com/2025/04/17/nyregion/discord-lawsuit-new-jersey.html.

COMPLAINT - 16 of 31



C.A. GOLDBERG
PLLC, NEW YORK
16 COURT STREET, BROOKLYN, NY 11241 | 646.666.8908
WWW.CAGOLDBERGLAW.COM

CORRIE YACKULIC LAW FIRM PLLC
110 PREFONTAINE PLACE SOUTH, SUITE 304
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 787-1915
FACSIMILE: (206) 299-9725

95.     He had a trove of children who he would blackmail into sending nude images of themselves, strip for him, livestream masturbation on Discord for an audience, abuse and dismember their pets, and mutilate themselves.

96.     One of Javan's targets was "L.S.," a twelve-year-old girl. Javan spent months chatting with L.S. on Discord alternating between expressions of love on the one hand and insults and threats on the other. He demanded L.S. to carve "White Tiger" into her thighs on multiple occasions over Discord livestream and would praise her when she cut herself.  Four days later, he forced her to crush a small bird underfoot, and then arrange the pieces of its dismembered body on a white sheet of paper to spell "White Tiger" and a heart. This, like all her deeds for Javan, were presented to him on livestream camera.

97.     Later that night, L.S. was blackmailed into cutting herself again in front of the camera and to use her blood to draw a "Tic Tac Toe" game board on the floor with the blood from her fresh cuts. She then had to follow the instructions of Javan and other 764 Discord members to carry out their Tic Tac Toe moves.

98.     On June 20, 2021, L.S. confessed to Javan that she was feeling suicidal and wanted to leave Discord and have a normal life. Javan assured her that he would never ask her to cut herself again and wanted to support her. But moments later, he suggested L.S. kill herself on the camera. He gave her instructions to cut her wrists or hang herself with bedsheets. She resisted and Javan said she would need to cut herself again if she didn't kill herself. L.S. did so.

99.     The following week, Javan pressured L.S. to send nude photos and when she resisted, he made her cut herself with razor blades.



C.A. GOLDBERG
PLLC. NEW YORK
16 COURT STREET, BROOKLYN, NY 11241 | 646.666.8908
WWW.CAGOLDBERGLAW.COM

CORRIE YACKULIC LAW FIRM PLLC
110 PREFONTAINE PLACE SOUTH, SUITE 304
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 787-1915
FACSIMILE: (206) 299-9725

100. By August and September, Javan had convinced L.S. to produce nude images and masturbation videos and livestreams for him which he would save.

101. In October, 2021 L.S. was hospitalized in a psychiatric clinic, and yet the abuse continued even then. He forced her to eat sharp objects and send him pictures of her bleeding mouth, praising her when she obeyed.

102. By January 2022, L.S. had been subservient to Javan for 7 months. His pressure on L.S. to sacrifice her life mounted and when she resisted, he said she could only continue living if she found somebody else to die.

### Discord's Network Targets Jay Taylor

103. Jay Taylor, age 13, lived with his parents and three siblings in Gig Harbor, Washington.

104. He excelled at math and science, taking advanced courses alongside his older brother. Jay was also a talented athlete, exceptionally good at running fast and far.

105. Jay possessed immense creative talent. Jay played the French horn and practiced fabric arts. He especially loved to crochet—the last Christmas he shared with his family; Jay crocheted his father a giant 3-D axolotl. Jay hoped to crochet a giant sock to cover a lamppost in the middle of Gig Harbor. Jay's dream was to be a veterinarian and live in a tiny house.

106. On January 17, 2022, Jay's body was found strangled on the fence of the local Safeway.

### Discord's 764 Network and Javan Murdered Jay

107. Law enforcement investigated Jay's death. Aided by a key witness, law enforcement made the shocking discovery that a Discord community had coerced Jay into

COMPLAINT - 18 of 31

C.A. GOLDBERG
PLLC. NEW YORK
16 COURT STREET, BROOKLYN, NY 11241 | 646.666.8908
WWW.CAGOLDBERGLAW.COM

CORRIE YACKULIC LAW FIRM PLLC
110 PREFONTAINE PLACE SOUTH, SUITE 304
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 787-1915
FACSIMILE: (206) 299-9725

hanging himself on livestream. The video was then replicated and reposted across Discord where it remained as marketing material for the 764 Network.

108.    In mid-January, 2022, Jay, who was trans, had set out to seek new friends in the trans community. He chose Discord because he considered it a good place for kids with shared interests to find each other. He found a community with the LGBTQ users he met. He posted a message that read: "I had a sudden urge to get a pen pal so here I am!"

109.    On January 17, 2022, Jay received a response from L.S. to his prompt for a pen pal. They began to chat. By then, Javan had provided L.S. with instructions on how to conduct a conversation to convince a person to become suicidal, information about how to kill oneself, and how to set up a livestream to air the suicide.

110.    Jay had been suicidal in the past and was in active treatment and recovery for his depression. L.S. reported to Javan that she'd found somebody who appeared vulnerable enough to go through with a suicide. L.S. and Jay chatted on Discord that night.

111.    Jay resisted L.S.'s suggestions initially, sharing that he did not want to die. Jay's specific message to L.S. on January 17, 2022 at 10:24 PM read: "wait actually, I kinda have some good stuff going on in life rn, and im out of my depression episode so maybe not, if I do start planning stuff again ill dm u sorry :/ the sad thing is that I was looking for someone to call with a while ago but now im doing a lot better : ((( sorryyyyyyyyyyyyyyyy."

112.    L.S. applied consistent pressure, urging him to die with her in a joint suicide pact. Jay shared that he did not want to experience any pain, so L.S. told him that if he used a cord it wouldn't hurt.

113.    Eventually, the pressure took hold of Jay. He didn't want L.S. to die alone. He told L.S. that he would hang himself, using an extension cord. L.S., at Javan's direction, called



CORRIE YACKULIC LAW FIRM PLLC
110 PREFONTAINE PLACE SOUTH, SUITE 304
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 787-1915
FACSIMILE: (206) 299-9725

C.A. GOLDBERG
PLLC. NEW YORK
16 COURT STREET, BROOKLYN, NY 11241 | 646.666.8908
WWW.CAGOLDBERGLAW.COM

Jay on the phone, ensuring that he would follow through. L.S. set up a videocall titled "live laugh rip jay LMAO" with 764 members, including Javan.

114. At about 4 am on January 17, 2022, Jay walked to a nearby Safeway supermarket in the middle of the night. Javan took over the call. Sexually aroused at the prospect of Jay's death, Javan demanded, "You got a rope? Take your clothes off, it's hotter." Jay, in his final moment of resistance, kept his clothes on. Jay put his camera next to a chain link fence with a rope attached to it, placed the rope around his neck, stood on a raised area in front of the fence, and jumped off, twitching and convulsing. Watching Jay's death gave Javan an erection. When L.S. panicked at the sight of Jay's lifeless body, Javan laughed, and began thinking of ways that L.S. could cover up the murder.

115. Left behind were Jay's mom and dad, his three brothers, and his beloved pet bird, Melon. To date, nobody from Discord has offered a word of condolence to the Taylor family in the wake of their unbearable loss.

### Discord Caused Jay's Murder

116. Discord has known about the existence of 764 since its inception.[35] And in the six months before Jay's death, it was on notice of multiple incidents of child mutilation, exploitation, torture, and suicide attempts, including:

    a. July 2021: A 15-year-old girl livestreamed her suicide attempt after being tormented by 764 members on Discord. Her body was covered in mutilations of carvings of usernames and symbols such as swastikas.

---

[35] Shawn Boburg, Pranshu Verma & Chris Dehghanpoor, *On Popular Online Platforms, Predatory Groups Coerce Children Into Self-Harm*, WASH. POST (Mar. 13, 2024, 8:01 AM), https://www.washingtonpost.com/investigations/interactive/2024/764-predator-discord-telegram/?itid=lk_inline_manual_9.



C.A. GOLDBERG
PLLC. NEW YORK
16 COURT STREET, BROOKLYN, NY 11241 | 646.666.8908
WWW.CAGOLDBERGLAW.COM

CORRIE YACKULIC LAW FIRM PLLC
110 PREFONTAINE PLACE SOUTH, SUITE 304
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 787-1915
FACSIMILE: (206) 299-9725

b. August 2021: Child pornography, child exploitation, and child coercion and enticement through extortion occurring on Discord as well as infant murder and sexual assault, child mutilation, torture and death, and human self-mutilation.

c. November 2021: Graphic images being distributed depicting violence against children and animals on Discord.

d. On November 27, 2021, a 25-year-old man, Samuel Harvey, was also targeted, goaded and cheered on by 764 members as he took his own life in a group video chatroom called "suicide chat" which had seen a membership spike for a week prior to his death and continued to gain engagement for months after.[36-37]

117.    Discord has never stopped 764. By not stopping 764, Discord welcomes, amplifies and legitimizes 764.

118.    The Taylors are just one of a growing list of families whose children have suffered at the hands of diabolical users on Discord.

119.    The Dallas Police Department's Child Exploitation Unit received Cyber Tipline reports of crimes committed by Discord's 764 community on June 15, 2021, June 30, 2021, July 7, 2021, July 9, 2021, August 16, 2021, and August 23, 2021.

---

[36] *How a Teenager Pushed a Vulnerable Man into Livestreaming his Suicide*, HERE AND NOW NEWSROOM (Dec. 19, 2024), https://www.wbur.org/hereandnow/2024/12/19/discord-suicide
[37] Additional incidents of which Discord had notice since Jay's death include:
    April 2022: Livestream on Discord of a 764-member stabbing and murdering an elderly Jewish woman in Romania. Member was found with content depicting child sexual abuse, beheadings and bombings.
    September 2022: The creation of chatroom where children were encouraged to cut themselves, bleed for members and publicly engage in depraved sexual acts.
    Early 2024: 14-year-old boy hospitalized after he mutilated his body with self-harm due to 764's influence and manipulation.
    February 2024: A 15-year-old Canadian girl being continually tormented by 764 members to harm herself; she eventually died by suicide.
    March 2024: 764 member convinces a woman to die by suicide on livestream on Discord.



C.A. GOLDBERG
PLLC. NEW YORK
16 COURT STREET, BROOKLYN, NY 11241 | 646.666.8908
WWW.CAGOLDBERGLAW.COM

CORRIE YACKULIC LAW FIRM PLLC
110 PREFONTAINE PLACE SOUTH, SUITE 304
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 787-1915
FACSIMILE: (206) 299-9725

120.    Between the months of June and August 2021, Discord itself made 58 reports to the Cyber Tipline about content published on the 764 Discord server depicting images of prepubescent females engaging in sex acts with men.

121.    Even if it wanted to crack down on 764, Discord has not committed the resources to do so. Discord deliberately understaffs and under-resources its safety and response team, employing a tiny fraction of what is needed to effectively control abusive conduct, and a tiny fraction of even what other social media platforms do, despite being a place that is both a magnet for vulnerable kids and a hunting ground for sadists. It has no adequate safety warnings or parental controls.

122.    Meanwhile, even though Discord's alleged safeguards do nothing to prevent its exploitation by pedophiles and sadists, Discord states it is "proud" of its efforts to protect children on its platform and lies to users about the efficacy of its safeguards.[38]

123.    Discord's approval of child abuse on its platform from grooming to child pornography to suicide assistance haunts Jay's family to this day.

124.    In recent months, the FBI, DOJ, and foreign governments together arrested some of the 764 ringleaders.

125.    Press coverage of these arrests has made clear the scope of Discord's recklessness in housing 764 where members could be recruited, radicalized, and engage in unspeakable acts of cruelty.

---

[38] Justin Ling, *New Jersey Sues Discord for Allegedly Failing to Protect Children*, WIRED (Apr. 17, 2025, 11:00 AM), https://www.wired.com/story/new-jersey-sues-discord.

COMPLAINT - 22 of 31



C.A. GOLDBERG
PLLC. NEW YORK
16 COURT STREET, BROOKLYN, NY 11241 | 646.666.8908
WWW.CAGOLDBERGLAW.COM

CORRIE YACKULIC LAW FIRM PLLC
110 PREFONTAINE PLACE SOUTH, SUITE 304
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 787-1915
FACSIMILE: (206) 299-9725

126.    On April 30, 2025, the US Attorney General announced the arrests of 764 members Leonidas Varagiannis and Prasan Nepal for exploiting minor victims across multiple jurisdictions.

127.    The Attorney General said they were running "one of the most heinous child exploitation enterprises we have ever encountered—a network built on terror, abuse, and deliberate targeting of children."[39]

128.    On June 18, 2025, three and a half years after Jay's death, Shahriar Javan was arrested in Hamburg for his leadership in 764 and was charged with murdering Jay among other crimes related to the mutilation and sexual exploitation of children. His computer was confiscated and law enforcement found Terabytes of videos and photos of beheadings, disembowelments and children being abused.[40]

129.    On August 29, 2025, LAPD arrested a man, Dong Hwan Kim for his involvement in 764 on Discord after finding evidence of "CSAM videos and photographs in Kim's possession." He "openly created, posted, and traded child pornography and extorted minors to get nude and write names on their skin, cut themselves, and stick objects such as knives and bottles into their genitalia."[41]

130.    As of September 30, 2025, FBI has reportedly opened 350 investigations tied to this violent network on Discord.

[39] *Leaders of 764 Arrested and Charged for operating Global Child Exploitation Enterprise*, (Apr. 30, 2025) https://www.justice.gov/usao-dc/pr/leaders-764-arrested-and-charged-operating-global-child-exploitation-enterprise

[40] William Wan, "'It broke me': Inside the FBI hunt for the online predators who persuaded a 13-year-old to die," WASHINGTON POST (Oct. 16, 2025, 11:35 AM), https://www.washingtonpost.com/investigations/interactive/2025/white-tiger-764-fbi-search/

[41] *Downey Man Suspected of Membership in the 764 Nihilist Violent Extremist Group Arrested for Possession of Child Pornography*, FBI LOS ANGELES (Aug. 29, 2025), https://www.fbi.gov/contact-us/field-offices/losangeles/news/downey-man-suspected-of-membership-in-the-764-nihilist-violent-extremist-group-arrested-for-possession-of-child-pornography

COMPLAINT - 23 of 31

C.A. GOLDBERG
PLLC. NEW YORK
16 COURT STREET, BROOKLYN, NY 11241 | 646.666.8908
WWW.CAGOLDBERGLAW.COM

CORRIE YACKULIC LAW FIRM PLLC
110 PREFONTAINE PLACE SOUTH, SUITE 304
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 787-1915
FACSIMILE: (206) 299-9725

131. Plaintiff Colby Taylor has suffered deep anguish in the form of physical, psychological, and emotional trauma.

132. Colby now suffers from depression, anxiety, panic attacks, suicidal ideation post-traumatic stress disorder, hypertension, complicated grief, anhedonia, inability to concentrate, social isolation, and concern for the safety of his other children.

133. Plaintiff Leslie Taylor has suffered deep anguish in the form of physical, psychological, and emotional trauma.

134. Leslie now suffers from depression, anxiety, panic attacks, post-traumatic stress disorder, complicated grief, anhedonia, inability to concentrate, and social isolation. She has had pervasive thoughts of wanting to go to sleep and not wake up. She developed a rare neurological condition called Apraxia of the Lid Opening (ALO) and blepharospasm, which is caused by extreme stress.

135. Each Plaintiff's harm and suffering was made exponentially worse upon learning that others were exploited before and after the death of their child and in the same manner.

## CAUSES OF ACTION

### *Count I: Outrage*

136. The paragraphs above are realleged as if fully set forth herein.

137. Discord knowingly and intentionally promoted sex and suicide trafficking and child mutilation on its platform.

138. Discord knowingly and intentionally solicited child users to its platforms, knowing they were prey to sex and suicide trafficking and child mutilation.

C.A.GOLDBERG
PLLC. NEW YORK
16 COURT STREET, BROOKLYN, NY 11241 | 646.666.8908
WWW.CAGOLDBERGLAW.COM

CORRIE YACKULIC LAW FIRM PLLC
110 PREFONTAINE PLACE SOUTH, SUITE 304
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 787-1915
FACSIMILE: (206) 299-9725

139.    Discord knowingly and intentionally maintained a shoddy and broken reporting infrastructure so that sex and suicide trafficking and child mutilation grew.

140.    Despite recruiting vulnerable kids and dangerous predators, Discord had the internet's worst safety standards, absent warnings, and inadequate parental controls.

141.    Discord's conduct, as described in this Complaint, went beyond all possible bounds of decency and can only be regarded as atrocious and utterly intolerable in a civilized society.

142.    Discord's conduct was extreme and outrageous.

143.    Discord, by its extreme and outrageous conduct, intentionally and/or recklessly caused Jay severe emotional distress, excruciating physical pain, and death by suicide.

144.    Discord by its extreme and outrageous conduct, intentionally and/or recklessly caused Plaintiffs Colby Taylor and Leslie Taylor severe emotional distress.

145.    This claim is not a "Product liability claim" because the harm was intentionally caused. See 7.72.010(4).

### *Count II:  Product Liability (RCW 7.72.030 (1)(a) – Not Reasonably Safe Design)*

146.    The paragraphs above are realleged as if fully set forth herein.

147.    Discord is a "product."

148.    Discord is a mass-produced software created by programmers for value to the general public via the App Store and GooglePlay.  Discord is a tangible electronic and physical product because it takes up memory and visual space on electronic devices, can be moved around, opened, closed, turned on and off, installed and deleted. Like other social media products and apps, Discord accepts money and other values for the purchase of add-on features and descriptions.

C.A.GOLDBERG
PLLC. NEW YORK
16 COURT STREET, BROOKLYN, NY 11241 | 646.666.8908
WWW.CAGOLDBERGLAW.COM

CORRIE YACKULIC LAW FIRM PLLC
110 PREFONTAINE PLACE SOUTH, SUITE 304
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 787-1915
FACSIMILE: (206) 299-9725

149.    Defendant Discord, Inc. Is a "product manufacturer" under RCW 7.72.010(2).

150.    Plaintiffs are "claimants" under RCW 7.72.010(5) as Personal Representatives of the Estate and parents of a minor child.

151.    Plaintiffs suffered "harm" under RCW 7.72.010(6).

152.    Discord, Inc., as a product manufacturer, is liable under RCW 7.72.030.

153.    Discord was not reasonably safe as designed because, at the time of manufacture the likelihood that Discord would cause Plaintiffs' harms or similar harms, and the seriousness of those harms, outweighed the burden on Discord, Inc. to design a product that would have prevented those harms and the adverse effect, if any, that an alternative design would have had on the usefulness of the product.

154.    Discord, Inc. acted far below the standard of care and custom in the industry in its protections for children against predators and traffickers.

155.    Discord, Inc. furnished adult to minor direct message pathways, lacked identity assurance for adult-initiated contact, created an infrastructure to frictionlessly enable children to discover harmful worlds and people  and for such people to discover them, and lacked an operational infrastructure to manage safety.

156.    Design changes were technologically feasible.

157.    Discord was not in compliance with industry standards, with legislative regulatory standards or administrative regulatory standards with regard to its design.

158.    Discord was unsafe to an extent beyond that which would be contemplated by the ordinary consumer.

159.    Plaintiffs suffered harms and losses as a proximate result of the not reasonably safe design of Discord.



C.A. GOLDBERG
PLLC. NEW YORK
16 COURT STREET, BROOKLYN, NY 11241 | 646.666.8908
WWW.CAGOLDBERGLAW.COM

CORRIE YACKULIC LAW FIRM PLLC
110 PREFONTAINE PLACE SOUTH, SUITE 304
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 787-1915
FACSIMILE: (206) 299-9725

***Count III: Product Liability (RCW 7.72.030 (1)(b) and (c) – Inadequate Warnings)***

160.    The paragraphs above are realleged as if fully set forth herein.

161.    Discord was not reasonably safe because adequate warnings and instructions were not provided with the product at the time of manufacture, it was likely that the product would cause the plaintiffs' harms or similar harms, and Discord, Inc. could have provided adequate warnings or instructions.  RCW 7.72.030(1)(b).

162.    Discord was not reasonably safe because Discord, Inc. negligently failed to provide adequate warnings or instructions after Discord was manufactured even as Defendant gained notice and knowledge of the atrocities committed on and enabled by its site.

163.    Discord, Inc. failed to exercise the care of a reasonably prudent manufacturer in the same or similar circumstances in its warnings and instructions to users post-manufacture.

164.    Discord was unsafe to an extent beyond that which would be contemplated by the ordinary consumer.

165.    Plaintiffs suffered harms and losses as a proximate result of Discord's inadequate warnings and instructions.

***Count IV: Negligence***

166.    The paragraphs above are realleged as if fully set forth herein.

167.    Discord owed the Plaintiffs the following non-exclusive duties:

    a.    To exercise reasonable care in the design, dissemination, promotion, hosting, and supply of its network and server;

    b.    To not cause or aid others to attempt suicide, *see* RCW 9A.36.060;



C.A. GOLDBERG
PLLC. NEW YORK
16 COURT STREET, BROOKLYN, NY 11241 | 646.666.8908
WWW.CAGOLDBERGLAW.COM

CORRIE YACKULIC LAW FIRM PLLC
110 PREFONTAINE PLACE SOUTH, SUITE 304
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 787-1915
FACSIMILE: (206) 299-9725

c.  To provide sufficient warnings and instructions, commensurate with the risks associated with vulnerable youths' use of and access to its network and servers, to prevent unreasonable risk of harm;

d.  To protect customers against reasonably foreseeable criminal acts of third parties and other dangers known to Discord;

e.  To maintain a safe and orderly environment appropriate for children;

f.  To maintain adequate staff and technology to monitor known and repeated illegal conduct on the platform.

168.  Discord breached the above duties.

169.  Those breaches include but are not limited to:

a.  Including features in Discord that are structured and operated in a manner that unreasonably creates or increases the foreseeable risk of grooming, sexual exploitation, and suicide;

b.  Maintaining unreasonably dangerous and broken moderation infrastructure after notice that such infrastructure posed a foreseeable risk of harm to youth users;

c.  Failing to maintain adequate staff for monitoring the platform

d.  Failing to implement parental controls;

e.  Allowing adults and children to connect;

f.  Failing to implement reasonably available means to monitor for, report, and prevent the use of Discord by sexual predators and the known 764 cult;

g.  Failing to implement effective protocols to verify ages and identity of all users.

170.  Discord's tortious conduct was a direct and proximate cause of the harms suffered by Jay and Plaintiffs as set forth below



C.A.GOLDBERG

PLLC. NEW YORK

16 COURT STREET, BROOKLYN, NY 11241 | 646.666.8908
WWW.CAGOLDBERGLAW.COM

CORRIE YACKULIC LAW FIRM PLLC
110 PREFONTAINE PLACE SOUTH, SUITE 304
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 787-1915
FACSIMILE: (206) 299-9725

### *Count V: Trafficking*

171.    The paragraphs above are realleged as if fully set forth herein.

172.    RCW 9A.82.100 prohibits knowingly recruiting, harboring, transporting, providing, obtaining, or benefiting from the exploitation of a person through force, fraud, coercion, or abuse of vulnerability, and provides civil remedies against any person who knowingly benefits from participation in such conduct.

173.    At all relevant times, Discord knowingly provided and maintained its platform and services in a manner that enabled the exploitation of minors and vulnerable persons through coercion, psychological manipulation, extortion, forced self-harm, and suicide promotion.

174.    Discord designed and operated its platform to permit anonymous and private communications, persistent access to minors, and unsupervised interactions between adults and children, features that facilitated coercive exploitation through abuse of vulnerability.

175.    Since at least 2021, Discord had actual knowledge, or was willfully blind to the fact, that its platform was being used by a discrete entity to exploit children and vulnerable users through coercive practices, including suicide promotion and psychological control.

176.    Despite this knowledge, Discord continued to provide 764 access to its platform, failed to take reasonable steps to prevent or disrupt such exploitation, and affirmatively maintained the same product design and defaults that enabled the abuse.

177.    Discord knowingly benefited financially from this exploitation by charging for and receiving payments for services used in connection with the coercive exploitation of minors and vulnerable persons, including premium subscriptions and monetized platform features.

C.A. GOLDBERG
PLLC. NEW YORK
16 COURT STREET, BROOKLYN, NY 11241 | 646.666.8908
WWW.CAGOLDBERGLAW.COM

CORRIE YACKULIC LAW FIRM PLLC
110 PREFONTAINE PLACE SOUTH, SUITE 304
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 787-1915
FACSIMILE: (206) 299-9725

178.    Discord's knowing provision of services, continued operation after notice, and financial benefit from exploitative activity constitute participation in and benefit from trafficking under RCW 9A.82.100.

179.    As a direct and proximate result of Discord's conduct, Plaintiffs and others suffered severe harm, including exploitation, emotional distress, physical injury, and death.

180.    Plaintiffs seek all relief available under RCW 9A.82.100 and applicable law, including compensatory damages, injunctive relief, costs, attorney fees, and such other relief as the Court deems just and proper.

## DAMAGES

181.    As a direct and proximate result of Discord's tortious conduct, the Estate of Jay Taylor sustained damages, including, but not limited to, loss of accumulation of income, funeral expenses, pain and suffering, anxiety, emotional distress, humiliation, and other economic and non-economic damages in an amount to be proven at trial.

182.    As a direct and proximate result of Discord's tortious conduct, all Plaintiffs sustained damages, including, but not limited to, funeral and burial expenses and the economic value of their child's services and support in an amount to be proven at trial.

183.    As a direct and proximate result of Discord's tortious conduct, Plaintiffs suffered the loss of love and companionship, including mutual society and protection, of and with their child, and the destruction of their parent-child relationships, including the grief, mental anguish, and suffering resulting from each death, in an amount to be proven at trial.

184.    As a direct and proximate result of Discord's tortious conduct, Plaintiffs suffered severe emotional distress in the form of physical, psychological, and emotional trauma.

COMPLAINT - 30 of 31



CORRIE YACKULIC LAW FIRM PLLC
110 PREFONTAINE PLACE SOUTH, SUITE 304
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 787-1915
FACSIMILE: (206) 299-9725

C.A. GOLDBERG
PLLC. NEW YORK
16 COURT STREET, BROOKLYN, NY 11241 | 646.666.8908
WWW.CAGOLDBERGLAW.COM

## REQUEST FOR RELIEF

**WHEREFORE**, Plaintiffs request the Court to enter judgment as follows:

A. For a judgment of liability against Discord, Inc.;

B. For an award of economic damages and non-economic damages in an amount to be proven at trial;

C. For an award of pre-judgement and post-judgment interest;

F. For reasonable attorney fees and costs; and

G. For such other relief as the Court deems just and proper.

**DATED** this 19th day of February, 2026.

CORRIE YACKULIC LAW FIRM, PLLC    C.A. GOLDBERG, PLLC

*/s/ Corrie J. Yackulic*_____    */s/ Carrie Goldberg*
Corrie J. Yackulic, WSBA No. 16063       */s/ Naomi Leeds*
110 Prefontaine Place South, Ste. 304    Carrie Goldberg (*pro hac vice forthcoming*)
Seattle, WA 98104                        Naomi Leeds (*pro hac vice forthcoming*)
Tel. (206) 787-1915                      16 Court Street, 33rd Floor
Fax. (206) 299-9725                      Brooklyn, New York 11241
corrie@cjylaw.com                        Tel. (646) 666-8908
                                         carrie@cagoldberglaw.com
                                         naomi@cagoldberglaw.com

*Attorneys for Plaintiffs*

COMPLAINT - 31 of 31



CORRIE YACKULIC LAW FIRM PLLC
110 PREFONTAINE PLACE SOUTH, SUITE 304
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 787-1915
FACSIMILE: (206) 299-9725