UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

COLBY TAYLOR, individually and as a personal representative of the ESTATE OF JAY TAYLOR, a deceased individual; LESLIE TAYLOR, individually and as a personal representative of the ESTATE OF JAY TAYLOR, a deceased individual,

Plaintiffs,

v.

DISCORD INC., a Delaware company,

Defendant.

No. 3:26-cv-5245

**DISCORD INC.'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1 and LCR 7.1(a)(1), Defendant Discord Inc. states there is no parent, shareholder, member, or partner to identify as required by LCR 7.1(a)(1).

DATED this 11th day of March, 2026.

DAVIS WRIGHT TREMAINE LLP

By *s/ Ambika Kumar*
Ambika Kumar, WSBA #38237

By *s/ Xiang Li*
Xiang Li, WSBA #52306

920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610



Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

Tel: 206-622-3150
Email: ambikakumar@dwt.com
xiangli@dwt.com

By *s/ Adam S. Sieff*
Adam S. Sieff, WSBA # 59792

By *s/ Marcy Blattner Micale*
Marcy Blattner Micale (*pro hac vice* forthcoming)

350 South Grand Avenue, 27th Floor
Los Angeles, CA 90071
Tel: 213-633-6800
Email: adamsieff@dwt.com
marcymicale@dwt.com

*Attorneys for Defendant Discord Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 11th day of March, 2026, I caused a copy of the foregoing to be served via email as follows:

Corrie J. Yackulic, WSBA No. 16063
CORRIE YACKULIC LAW FIRM, PLLC
110 Prefontaine Place South, Ste. 304
Seattle, WA 98104
Tel: (206) 787-1915
Fax: (206) 299-9725
Email: corrie@cjylaw.com

Carrie Goldberg (pro hac vice forthcoming)
Naomi Leeds (pro hac vice forthcoming)
C.A. GOLDBERG, PLLC
16 Court Street, 33rd Floor
Brooklyn, New York 11241
Tel: (646) 666-8908
Email: carrie@cagoldberglaw.com
naomi@cagoldberglaw.com

*Attorneys for Plaintiffs*

DATED this 11th day of March, 2026.

By *s/ Ambika Kumar*
Ambika Kumar, WSBA #38237



Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax