UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

COLBY TAYLOR, individually and as a personal representative of the ESTATE OF JAY TAYLOR, a deceased individual; LESLIE TAYLOR, individually and as a personal representative of the ESTATE OF JAY TAYLOR, a deceased individual,

Plaintiffs,

v.

DISCORD INC., a Delaware company,

Defendant.

No. 3:26-cv-5245

**DISCORD INC.'S VERIFICATION OF STATE COURT RECORDS**

I am counsel for Defendant Discord Inc. I verify that attached as Exhibit B are true and complete copies of all pleadings and other papers in Pierce County Superior Court, filed as Case No. 26-2-06361-9.

DATED this 11th day of March, 2026.

DAVIS WRIGHT TREMAINE LLP

By *s/ Ambika Kumar*
Ambika Kumar, WSBA #38237

By *s/ Xiang Li*
Xiang Li, WSBA #52306

920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610



Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

Tel: 206-622-3150
Email: ambikakumar@dwt.com
xiangli@dwt.com

By *s/ Adam S. Sieff*
Adam S. Sieff, WSBA # 59792

By *s/ Marcy Blattner Micale*
Marcy Blattner Micale (*pro hac vice* forthcoming)

350 South Grand Avenue, 27th Floor
Los Angeles, CA 90071
Tel: 213-633-6800
Email: adamsieff@dwt.com
marcymicale@dwt.com

*Attorneys for Defendant Discord Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 11th day of March, 2026, I caused a copy of the foregoing to be served via email as follows:

Corrie J. Yackulic, WSBA No. 16063
CORRIE YACKULIC LAW FIRM, PLLC
110 Prefontaine Place South, Ste. 304
Seattle, WA 98104
Tel: (206) 787-1915
Fax: (206) 299-9725
Email: corrie@cjylaw.com

Carrie Goldberg (pro hac vice forthcoming)
Naomi Leeds (pro hac vice forthcoming)
C.A. GOLDBERG, PLLC
16 Court Street, 33rd Floor
Brooklyn, New York 11241
Tel: (646) 666-8908
Email: carrie@cagoldberglaw.com
naomi@cagoldberglaw.com

*Attorneys for Plaintiffs*

DATED this 11th day of March, 2026.

By *s/ Ambika Kumar*
Ambika Kumar, WSBA #38237



Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax