UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

COLBY TAYLOR et al.,

Plaintiff(s),

v.

DISCORD INC,

Defendant(s).

CASE NO. 3:26−cv−05245−BHS

MINUTE ORDER REASSIGNING CASE

This action has been assigned to the Honorable Benjamin H. Settle, United States District Judge. All future documents filed in this case must bear the cause number 3:26−cv−05245−BHS and bear the Judge's name in the upper right hand corner of the document.

DATED March 19, 2026

Joshua C. Lewis
Clerk of Court

By: /s/ Gayle M Riekena
Deputy Clerk