AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Western District of Washington

COLBY TAYLOR et al.,
*Plaintiff*
v.
DISCORD INC,
*Defendant*

Case No. 3:26−cv−05245−BHS

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs .

Date: 03/23/2026

/s/ Carrie Goldberg
*Attorney's signature*

Carrie Goldberg (4542411)
*Printed name and bar number*

C.A. Goldberg, PLLC
16 Court Street, 33rd Fl
Brooklyn, NY 11241
*Address*

carrie@cagoldberglaw.com
*E-mail address*

(646) 666-8908
*Telephone number*

(347) 599-9998
*FAX number*