The Honorable Judge Benjamin H. Settle

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| COLBY TAYLOR, individually and as a personal representative of the ESTATE OF JAY TAYLOR, a deceased individual; LESLIE TAYLOR, individually and as a personal representative of the ESTATE OF JAY TAYLOR, a deceased individual,<br><br>Plaintiffs,<br><br>v.<br><br>DISCORD INC., a Delaware company<br><br>Defendant. | No. 3:26-cv-05245-BHS<br><br>STIPULATED MOTION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR DEFENDANT TO RESPOND TO COMPLAINT<br><br>NOTE ON MOTION CALENDAR: March 25, 2026 |

## **STIPULATION**

The parties respectfully request that the Court enter the proposed Order set forth below, which extends the deadline for Defendant Discord Inc. to respond to the Complaint until April 24, 2026, and sets a briefing schedule on Discord's forthcoming threshold motions.

In support of this request, the parties represent the following:

1. On February 19, 2026, Plaintiffs filed their Complaint against Discord in Pierce County Superior Court. Dkt. 1-1. On March 5, 2026, Plaintiffs served Discord. Dkt. 1-2 at 37. On March 11, 2026, Defendant removed the action to this Court. Dkt. 1. Accordingly, Discord's response to the Complaint is due March 26, 2026. *See* Fed. R. Civ. P. 12(a)(1)(A)(i).



Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

2. Counsel for Plaintiffs have recently provided Discord the information necessary to locate Plaintiff Colby Taylor's account, and Discord is evaluating its response to the Complaint. To facilitate that evaluation, Discord sought and Plaintiffs agreed to extend Discord's deadline to respond to the Complaint to April 24, 2026.

3. Discord intends to file one or more threshold dispositive motions. Discord and Plaintiffs have agreed that Plaintiffs' response(s) be due May 22, 2026, and that Discord will file its reply briefs June 9, 2026.

4. The parties thus stipulate and jointly request that the Court enter the following Order extending the deadline for Discord to respond to the Complaint to April 24, 2026, setting Plaintiffs' deadline to respond to Discord's threshold motion(s) for May 22, 2026 and for Discord to file its reply brief(s) on June 9, 2026.

IT IS SO STIPULATED.

DATED this 25th day of March, 2026.

CORRIE YACKULIC LAW FIRM, PLLC

By: <u>*s/ Corrie J. Yackulic*</u>
Corrie J. Yackulic, WSBA # 16063
11- Prefontaine Place South, Ste. 304
Seattle, WA 98104
Tel.: 206-787-1915
corrie@cjylaw.com

C.A. GOLDBERG, PLLC
Carrie Goldberg, *pro hac vice*
Naomi Leeds, *pro hac vice*
16 Court Street, 33rd Floor
Brooklyn, New York 11241
Tel.: 646-666-8908
carrie@cagoldberglaw.com
naomi@cagoldberlaw.com

*Attorneys for Plaintiffs*

DAVIS WRIGHT TREMAINE LLP

By: <u>*s/ Ambika Kumar*</u>
Ambika Kumar, WSBA #38237
Xiang Li, WSBA #52306
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Tel: 206-622-3150
ambikakumar@dwt.com
xiangli@dwt.com

Adam S. Sieff, WSBA # 59792
Marcy Blattner Micale, *pro hac vice*
350 South Grand Avenue, 27th Floor
Los Angeles, CA 90071
Tel: 213-633-6800
adamsieff@dwt.com
marcymicale@dwt.com

*Attorneys for Defendant Discord Inc.*

ORDER

IT IS SO ORDERED.

DATED this _____ day of ________________, 2026.

______________________________________
BENJAMIN H. SETTLE
UNITED STATES DISTRICT JUDGE

Presented by:

CORRIE YACKULIC LAW FIRM, PLLC

By: *s/ Corrie J. Yackulic*
Corrie J. Yackulic, WSBA # 16063
11- Prefontaine Place South, Ste. 304
Seattle, WA 98104
Tel.: 206-787-1915
corrie@cjylaw.com

C.A. GOLDBERG, PLLC
Carrie Goldberg, *pro hac vice*
Naomi Leeds, *pro hac vice*
16 Court Street, 33rd Floor
Brooklyn, New York 11241
Tel.: (646) 666-8908
carrie@cagoldberglaw.com
naomi@cagoldberlaw.com

*Attorneys for Plaintiffs*

DAVIS WRIGHT TREMAINE LLP

By: *s/ Ambika Kumar*
Ambika Kumar, WSBA #38237
Xiang Li, WSBA #52306
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Tel: 206-622-3150
ambikakumar@dwt.com
xiangli@dwt.com

Adam S. Sieff, WSBA # 59792
Marcy Blattner Micale, *pro hac vice*
350 South Grand Avenue, 27th Floor
Los Angeles, CA 90071
Tel: 213-633-6800
adamsieff@dwt.com
marcymicale@dwt.com

*Attorneys for Defendant Discord Inc.*