The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

COLBY TAYLOR, individually and as a personal representative of the ESTATE OF JAY TAYLOR, a deceased individual; LESLIE TAYLOR, individually and as a personal representative of the ESTATE OF JAY TAYLOR, a deceased individual,

Plaintiffs,

v.

DISCORD INC., a Delaware company

Defendant.

No. 3:26-cv-05245-BHS

**DECLARATION OF XIANG LI IN SUPPORT OF DISCORD INC.'S MOTION TO COMPEL ARBITRATION AND STAY LITIGATION**

I, Xiang Li, declare:

1.      I am Of Counsel in the law firm Davis Wright Tremaine LLP, counsel for Defendant Discord Inc. I make this declaration based on my personal knowledge and a review of the files and records in this matter.

2.      On March 19, 2026, Plaintiffs' counsel provided the following user IDs and email addresses associated with Jay Taylor's Discord accounts:  imnotpiper@gmail.com, imnotjimmynootnoot@gmail.com, geeseinatrenchcoat@gmail.com, user ID 614981883377483816 (associated with imnotpiper@gmail.com), and user ID 928790762211123250 (associated with geeseinatrenchcoat@gmail.com).

DECL. OF XIANG LI IN SUPPORT OF
DISCORD'S MOTION TO COMPEL - 1
Case No. 3:26-cv-05245-BHS

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 24, 2026, in Seattle, Washington.

_____
Xiang Li

DECL. OF XIANG LI IN SUPPORT OF
DISCORD'S MOTION TO COMPEL - 2
Case No. 3:26-cv-05245-BHS

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax