Corrie J. Yackulic
CORRIE YACKULIC LAW FIRM PLLC
101 Yesler Way, Ste. 600
Seattle, Washington 98104
Tel. 206.787.1915
Fax. 206.299.9725
Corrie@cjylaw.com

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| COLBY TAYLOR, individually and as a personal representative of the ESTATE OF JAY TAYLOR, a deceased individual; LESLIE TAYLOR, individually and as a personal representative of the ESTATE OF JAY TAYLOR, a deceased individual,<br><br>Plaintiffs,<br><br>v.<br><br>DISCORD INC., a Delaware company,<br><br>Defendant. | Case No. 3:26-cv-05245-BHS<br><br>NOTICE OF CHANGE OF ADDRESS |

**TO:** CLERK OF THE COURT
**AND TO:** ALL PARTIES OF RECORD

Please take notice that effective immediately the address of Corrie J. Yackulic and the Corrie Yackulic Law Firm, PLLC, attorney for Plaintiffs named above, will be changed to the following:

Corrie J. Yackulic
Corrie Yackulic Law Firm, PLLC
Olympic Block
101 Yesler Way, Ste. 600
Seattle, WA 98104

All phone numbers, email addresses and facsimile lines remain unchanged.



CORRIE YACKULIC LAW FIRM PLLC
OLYMPIC BLOCK
101 YESLER WAY STE. 600
SEATTLE, WASHINGTON 98104
TEL. 206.787.1915
FAX. 206.299.9725

DATED this 1st day of May, 2026.

CORRIE YACKULIC LAW FIRM, PLLC

*/s/ Corrie J. Yackulic*____________
Corrie J. Yackulic, WSBA No. 16063
101 Yesler Way, Ste. 600
Seattle, Washington 98104
Tel. 206.787.1915
Fax. 206.299.9725
Corrie@cjylaw.com

*Attorney for Plaintiffs*