# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| COLBY TAYLOR, individually and as a personal representative of the ESTATE OF JAY TAYLOR, a deceased individual; LESLIE TAYLOR; individually and as a personal representative of the ESTATE OF JAY TAYLOR, a deceased individual<br><br>Plaintiffs,<br><br>vs.<br>DISCORD INC., a Delaware company,<br><br>Defendant(s). | No. 3:26-cv-05245-BHS<br><br>**DECLARATION OF PLAINTIFF COLBY TAYLOR** |

I affirm this under the penalties of perjury under the law of Washington, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

1. My name is Colby Taylor.
2. I am over the age of eighteen and reside in Gig Harbor, Washington.
3. I am a Plaintiff in this matter individually and as Personal Representative of the Estate of Jay Taylor.
4. Defendant Discord claims that my deceased child, Jay Taylor, signed up for Discord in August 2019, December 2019, and January 2022.
5. Jay would have been age 10 and 13 on those dates.
6. I do not know it to be true that Jay indeed did sign up for Discord at those times.
7. Jay did not sign up for Discord with the knowledge or consent of my wife or me.

8. To my knowledge, Jay did not read the Terms of Service of Discord.
9. Jay would not have known what terms or concepts like "arbitration" "opt-out right" or "survival" meant.
10. I hereby disavow any and all Terms of Service agreements between Discord and Jay.
11. I hereby opt-out of any and all Arbitration agreements between Discord and Jay.

May 15, 2026

Gig Harbor Washington

Jonathan Colby Taylor (May 15, 2026 13:16:00 PDT)

Colby Taylor

Plaintiff

# 20260515_declaration_Colby taylor

Final Audit Report 2026-05-15

| | |
|---|---|
| Created: | 2026-05-15 |
| By: | carrie goldberg (carrie@cagoldberglaw.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAtt6nES4wilMMmlIgCmj1t2N6Frwg6OLQ |

## "20260515_declaration_Colby taylor" History

Document created by carrie goldberg (carrie@cagoldberglaw.com)
2026-05-15 - 4:30:38 PM GMT

Document emailed to colby Taylor (colbytay1134@gmail.com) for signature
2026-05-15 - 4:30:43 PM GMT

Email viewed by colby Taylor (colbytay1134@gmail.com)
2026-05-15 - 8:12:36 PM GMT

Signer colby Taylor (colbytay1134@gmail.com) entered name at signing as Jonathan Colby Taylor
2026-05-15 - 8:15:58 PM GMT

Document e-signed by Jonathan Colby Taylor (colbytay1134@gmail.com)
Signature Date: 2026-05-15 - 8:16:00 PM GMT - Time Source: server - Signature Appearance Selected: MOBILE_DRAW

Agreement completed.
2026-05-15 - 8:16:00 PM GMT

Adobe Acrobat Sign