**THE HONORABLE BENJAMIN H. SETTLE**

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| COLBY TAYLOR, individually and as a personal representative of the ESTATE OF JAY TAYLOR, a deceased individual; LESLIE TAYLOR; individually and as a personal representative of the ESTATE OF JAY TAYLOR, a deceased individual<br><br>Plaintiffs,<br><br>vs.<br><br>DISCORD INC., a Delaware company,<br><br>Defendant(s). | No. 3:26-cv-05245-BHS<br><br>**DECLARATION OF ATTORNEY NAOMI LEEDS IN OPPOSITION TO DISCORD INC.'S MOTION TO DISMISS** |

I, NAOMI LEEDS, declare:

1. I am an attorney at C.A. Goldberg, PLLC, counsel for Plaintiffs, Colby Taylor, individually and as a personal representative of the Estate of Jay Taylor, a deceased individual; Leslie Taylor; individually and as a personal representative of the Estate of Jay Taylor, a deceased individual, and as such am familiar with the facts and circumstances stated herein.

2. I submit this Affirmation in support of Plaintiffs' Opposition to Defendant Discord's Motion to Dismiss, Dkt. 22.

3. Attached hereto as **Exhibit A** is a true and correct copy of a document I will refer to as the "Javan Arrest Warrant." The Javan Arrest Warrant is the arrest warrant issued in 2025 by German law enforcement authorities in connection with the arrest of Shahriar Javan, "White Tiger" in Hamburg, Germany. Javan has been charged with, among other crimes, the murder of Jay Taylor. The Javan Arrest Warrant details the coordinated activities of the 764 network on Discord, including the specific conduct directed at Jay Taylor that resulted in his death on January 17, 2022.

4. The original Javan Arrest Warrant was produced in the German language in PDF format. To make the document accessible for purposes of this filing, I undertook the following steps.

a. I converted the original German-language PDF into a Microsoft Word document.

b. I then used Microsoft Word's built-in translation function to translate the document from German into English. The translated document was otherwise unchanged in substance from the original.

c. I then converted the translated Word document back into PDF format for filing with this Court.

5. I acknowledge that the translation attached hereto as Exhibit A is a working translation prepared by me using Microsoft Word's translation tool and has not been certified by a professional translator. Plaintiffs are prepared to provide the Court with a certified translation of the Javan Arrest Warrant at a later date should the Court require one.

6. I have redacted the legal names of all minor victims other than Jay Taylor to protect their identities and the identities of their families. The redactions do not alter or obscure any information pertaining to Jay Taylor or the 764 network's operation on Discord as it relates to the claims in this

action. An unredacted version of the translated document is available for the Court's in camera review upon request.

7. The Javan Arrest Warrant is relevant to this Opposition as it provides the basis for Plaintiff Colby Taylor's knowledge of the circumstances of his son's death, as described in Mr. Taylor's accompanying declaration.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 22, 2026, in Brooklyn, New York.

Naomi Leeds
C.A. Goldberg, PLLC
16 Court Street, 33rd Fl.
Brooklyn, NY 11241
(646)666-8908
naomi@cagoldberglaw.com
*Attorney for Plaintiffs*