UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

COLBY TAYLOR, individually and as a personal representative of the ESTATE OF JAY TAYLOR, a deceased individual; LESLIE TAYLOR; individually and as a personal representative of the ESTATE OF JAY TAYLOR, a deceased individual

Plaintiffs,

vs.

DISCORD INC., a Delaware company,

Defendant(s).

No. 3:26-cv-05245-BHS

**DECLARATION OF PLAINTIFF COLBY TAYLOR IN OPPOSITION TO DISCORD'S MOTION TO DISMISS**

I affirm this under the penalties of perjury under the law of Washington, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

1. My name is Colby Taylor
2. I am over the age of eighteen and reside in Gig Harbor, Washington.
3. I am a Plaintiff in this matter individually and as Personal Representative of the Estate of Jay Taylor.
4. I submit this Declaration in Opposition to Discord's Motion to Dismiss.
5. I did not discover Discord's culpability in Jay's death until June 18, 2025.
6. Two days earlier, on June 16, 2025, I received a call from an FBI agent who had originally worked on Jay's case. He told me German law enforcement was going to

arrest somebody involved in Jay's death and he wanted to brace me for German authorities making a public statement about the case.

7. On June 18, 2025, I learned through an AP article that a 20 year-old many has been arrested in Germany and was being charged with the murder of Jay. The article said "The man is accused of perpetrating a complex international cybergrooming operation as a member of '764,' which the FBI describes as a violent online network that exploits minors virtually to coerce them into acts of self-harm and sexual abuse." https://apnews.com/article/germany-us-cybergrooming-arrest-4047eec634bb2cd52c15a2787126b8d3 **(See AP News Article attached as Exhibit A)**
8. The AP article said the man was suspected of committing 120 crimes against children age 11 to 15. The article contained a quote posted by FBI Director Kash Patel on X saying that "federal agents were investigating 'hundreds of case around the country.'"
9. Up until June 18, 2025 I did not know Shahriar Javan's identity, his role as "White Tiger" or his leadership role in 764.
10. Until June 18, 2025, I had a vague concept that Jay's death was being investigated in Germany as potentially tied to a broader victim network.
11. On June 19, 2025 German authorities held a press conference the day after Javan's arrest.
12. Through that press conference, investigators described terabytes of evidence, discussed 764's methods, connected Javan to multiple victims internationally, and described the murder charge involving Jay.
13. On June 19, 2025, the information I had allowed me to officially attribute Jay's death to 764 and I developed a theory that his death was part of a coherent enterprise.

14. The Monday following the press release, a German reporter from BILD knocked on my front door and asked me for an interview about the "murder" of my child. This was the first time, his death had been framed as a murder to me. The reporter supplied me with Javan's arrest warrant where I learned the horrific details about Javan and 764. (**See Javan Arrest Warrant attached as Exhibit B; For Translation, see Leeds Decl. Exhibit A)**

15. I began seeking counsel after this newly obtained information because I realized that Discord played a seminal role in the creation and evolution of 764 and if not for Discord, Jay would still be alive.

16. An article about Jay's death published in The Washington Post on October 16, 2025, by William Wan called "'It Broke me': Inside the FBI hunt for the online predators who persuaded a 13-year-old to die" gave me a lot of new behind-the-scenes information about the bureaucratic challenges that the local detectives and FBI investigators had in investigating Jay's death and why nobody could confirm for me who or what coerced Jay into suicide. **(See WaPo Article, attached as Exhibit C)**

17. After Jay died, the FBI took Jay's phone and laptop and I had no access to Jay's accounts until those things were returned to me in 2025.

18. From the warrant and articles, I learned that Discord had long known about 764 and that 764 was inflicting acts of extreme brutality to children on Discord. Once I discovered this confirmation that 764 was involved in my child's death, I learned that Discord has a policy that there is zero corporate oversight of small servers and that Discord failed to warn about this known threat (764) running rampant on its platform. I realized that by having an extremely small number of employees in its trust and safety department,

Discord was making the corporate decision to be willfully ignorant of the extreme abuse occurring on its small servers.

19. My wife, Leslie, learned all the above no earlier than I did.

May 21, 2026

Gig Harbor Washington

Colby Taylor (May 21, 2026 16:56:23 PDT)

Colby Taylor

Plaintiff

# 20260521_declaration_colby_taylor

Final Audit Report 2026-05-21

| | |
|---|---|
| Created: | 2026-05-21 |
| By: | carrie goldberg (carrie@cagoldberglaw.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAYa4XX7UaICQdWb9IMQeaAn9TO5onyxXq |

## "20260521_declaration_colby_taylor" History

Document created by carrie goldberg (carrie@cagoldberglaw.com)
2026-05-21 - 9:39:34 PM GMT

Document emailed to Colby Taylor (colbytay1134@gmail.com) for signature
2026-05-21 - 9:39:39 PM GMT

Email viewed by Colby Taylor (colbytay1134@gmail.com)
2026-05-21 - 11:43:12 PM GMT

Document e-signed by Colby Taylor (colbytay1134@gmail.com)
Signature Date: 2026-05-21 - 11:56:23 PM GMT - Time Source: server - Signature Appearance Selected: MOBILE_DRAW

Agreement completed.
2026-05-21 - 11:56:23 PM GMT