The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| COLBY TAYLOR, individually and as a personal representative of the ESTATE OF JAY TAYLOR, a deceased individual; LESLIE TAYLOR, individually and as a personal representative of the ESTATE OF JAY TAYLOR, a deceased individual,<br><br>Plaintiffs,<br><br>v.<br><br>DISCORD INC., a Delaware company<br><br>Defendant. | No. 3:26-cv-05245-BHS<br><br>**SUPPLEMENTAL DECLARATION OF BEN ROBBINS IN SUPPORT OF DISCORD INC.'S MOTION TO COMPEL ARBITRATION AND STAY LITIGATION** |

I, Ben Robbins, declare:

1. ***Qualifications of Declarant***. As stated in my initial declaration, Dkt. No. 21, I am the Principal eDiscovery Manager at Discord Inc., where I have worked since 2025. I make this supplemental declaration based on my personal knowledge and experience, discussions with appropriate personnel within Discord, and Discord's records kept in the ordinary course of business. I am over the age of eighteen and am competent to testify as to the matters set forth below.

2. ***How Discord Collects User Age Information.*** Since at least August 2019, Discord has required every user to enter a date of birth as part of the account creation process. If



Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

Docusign Envelope ID: 04094165-4CB5-8DD6-809C-7780473A73BE


the user enters a date of birth indicating that s/he is under 13 years old, Discord's system blocks account creation. Users must be at least 13 to use Discord. If the user enters a date of birth indicating that s/he is between 13 and 17 years old, Discord's system permits account creation and stores the date of birth. Discord uses this stored date of birth to determine whether the user may access age-restricted content on the platform. If the user enters a date of birth indicating that s/he is 18 years old or older, Discord permits account creation and does not store the date of birth. This system logic has been consistently applied without modification since at least August 2019.

3. ***Discord's Records of Jay Taylor's Age Information.*** I have reviewed Discord's business records for each of the three Discord accounts identified in my initial declaration, Dkt. No. 21 ¶¶ 3-6. Discord's records contain no stored date of birth for any of the three accounts. Based on the system logic described in paragraph 2 and my knowledge of Discord's internal systems, the absence of a stored date of birth means the user entered a date of birth indicating that he was at least 18 years old at the time each account was created. There is no other system process, error, or date event that would result in the absence of a stored date of birth for a Discord account. I have confirmed this with Discord's personnel responsible for maintaining these systems.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 4, 2026, in San Francisco, California.

Signed by:

Ben Robbins

1B95C8B3BB574C2...

Ben Robbins



Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax