# EXHIBIT A

| | |
|---|---|
| Hamburg District Court<br>Az: **117e Gs 151/23 jug**<br>   7452 Js 345/23 | **Juvenile Court (Dept. 117a-k)**<br>**Sievekingplatz 3**<br>**20355 Hamburg** |

**Telephone (*extension*): (040) 4 28 43 – 2332/2331**
**Telephone (*switchboard*): (040) 4 28 28 - 0**
**Telephone (*post office*): 040) 4 27 9 – 83 20 2**

**Rooms: 126**

Hamburg, 23.05.2025

## Arrest warrant

In the preliminary proceedings against

**Shahriar Javan**,
Born on 12.08.2004 in Kermanshah/Iran,
Nationality: German and Iranian Resident:
Claudiusstraße 45a, 22041 Hamburg

Defenders:
Lawyer **Jacqueline Ahmadi**, Landwehr 25, 22087 Hamburg, is ordered

to be remanded in custody.

On the basis of the investigations to date, in particular the investigations of the FBI and the Hamburg State Criminal Police Office, the evaluations of the data carriers seized from the accused by the IT forensic expert Unucka, as well as the chat histories and image and video files,

Strongly suspected,

in Hamburg and elsewhere

in the period from 22.01.2021 to 08.09.2023 by 123

criminal offences

acting jointly in cases 43, 58-61, 77

in cases 6, 9, 18, 28-30, 33, 34, 37, 40-44, 48, 50, 55, 56, 58-63, 68, 69, 72, 73rd, 76th-78th, 80th, 81st, 107th, 115th, 116th, 118th, 120th acting in unity

– in cases 1-63 and 65-119 as a juvenile with maturity for responsibility and in cases 64, 120 to 123 as an adolescent –

26., 46., 47., 57,
to have killed a human being by another out of a lust for murder and to satisfy the sexual instinct, whereby in one case it remained an attempt to

1st, 2nd, 4th, 5th, 6a., 7th, 8th, 9a., 14th, 16th, 17th, 23rd, 24th, 30a., 33a., 34a., 37a., 40b., 43b., 50a., 51st,
56b., 58a., 59., 60f., 65.67., 68a., 69a., 71., 72a., 73a., 75., 76a., 77a., 81a., 115a.,

to have physically abused another person or to have damaged his health by means of a dangerous tool, whereby in cases 16, 17, 30a., 334, 34a., 43b, 77a. and 58a. the attempt remained

40a., 41a., 423, 43a., 48., 55a., 56a., 59a., 61a., 62a.

to have had this person perform sexual acts on this person against the recognizable will of another person, taking advantage of a situation in which the victim is threatened with a serious evil if he resists, or to have coerced the person by threatening him with a serious evil, and to have similar sexual acts performed on the victim, which particularly humiliate it, especially if they are connected with an intrusion into the body (rape), and in cases 43a., 59a., and 61a. to have acted jointly and to have used another dangerous tool in the acts 56a., 59a., and 62a., whereby in cases 61 and 62a. it remained the attempt.

18a., 60a., 61b., 62b.

to have induced a child to engage in sexual acts, whereby in case 18a. it remained an attempt, and in cases 60a., 61b. and 62b. to have acted with the intention of first making the act the subject of pornographic content (§ 11.3) which is to be disseminated according to § 184b.1 or § 184b., whereby in case 62b. it remained with the attempt.

60b., 61c., 62c.

to have influenced a child through pornographic content (§ 11 paragraph 3 of the Criminal Code) or through corresponding speeches,

60c., 61d, 62d.

to have influenced a child by means of content (§ 11 paragraph 3 of the Criminal Code) in order to induce the child to perform sexual acts in front of the perpetrator and to commit an act according to
§ 184b subsection 1 sentence 1 number 3 or pursuant to § 184b subsection 3

63a.

to have disseminated or made available to the public pornographic content (§ 11 paragraph 3 of the Criminal Code) that has sexual acts by, on or in front of a person under the age of fourteen (child), which has as its object the reproduction of a wholly or partially unclothed child in a provocatively gendered posture or which has as its object the sexually provocative reproduction of the unclothed genitals or the unclothed buttocks of a child (child pornography content),

28a., 30b., 32., 33b., 34b., 35., 37b., 43c., 44a., 56c., 63b., 78a., 84., 87., 94., 98., 100., 401., 105., 107a., 111.-114., 115b., 116a., 117., 118a., 119., 120a.,

to have undertaken to make child pornography content accessible to another person that reproduces an actual or realistic event or to procure possession of it,

22nd, 25th, 60d., 61e.

to have produced child pornography content that reflects an actual event,

6b., 9b., 10.-13., 15., 18b., 19.-21., 25., 40c., 48b., 60e., 61f., 62e., 63c., 64., 68b., 78b., 82., 83rd, 85th, 86th, 89th, 90th, 91st, 92nd, 93rd, 95th, 96th, 97th, 99th, 102nd, 103rd, 104th, 106th, 107b., 108th-110th,
116b., 121.-123.,

to have undertaken to retrieve child pornography content that reflects an actual or realistic event or to have obtained possession of such content or to have possessed such content,

63d.

pornographic content (§ 11 paragraph 3 of the Criminal Code) that contains sexual acts by, on or in front of a fourteen-year-old but not yet eighteen-year-old person, the reproduction of a fully or partially unclothed fourteen-year-old but not yet eighteen-year-old person in a provocatively gendered posture, or the sexually provocative reproduction of the unclothed genitals or the unclothed buttocks of a fourteen,  but not yet eighteen years of age (youth pornography content), disseminated or made available to the public,

29a., 33c., 34c., 37c., 42b., 44b., 62f., 73b., 115c., 118b., 120b.

to have undertaken to make available to another person a youth pornographic content that reproduces an actual or realistic event or to procure possession of it,

39., 40d., 41b., 42c., 43d., 45., 48c., 49., 55b., 56d., 58b., 59c., 88.
to have produced youth pornography content that reproduces an actual event,

27., 28b., 29b., 31., 33d., 77b., 79., 80b., 72.-54., 63e., 69b., 70., 72b., 73c., 74., 76b., 77b., 79., 80b.

to have undertaken to retrieve a youth pornographic content that is more likely to reproduce an actual event, or to have obtained possession of such content or to have possessed such content,

**3.**

to have killed a vertebrate animal by another without reasonable cause by

in each case from his home address using his account name "White Tiger" as a member of the group "764", which is largely active on the services "Discord" and "Telegram", which consists of a large number of young changing members and the exchange of extreme violence-glorifying, satanic and child pornography files as well as the creation of such content by their own
acts of "grooming" and coercion to self-harm to the detriment of mentally unstable children and adolescents, influenced mentally unstable and ill girls and boys for several months by first establishing close contact with them, feigning a friendship or love relationship with them through expressions of love and encouragement, thus making them dependent on himself as well as subservient and encouraging them to perform sexual acts in front of the camera or to send them caused corresponding nude photos of herself and subsequently put her under pressure and degraded her to such an extent that the girls, due to the manipulation and deception by the accused, their mentally unstable state and their still young age, carried out self-injurious acts in accordance with the accused's instructions or committed suicide for him in one case and attempted to do so in three cases,  whereby these actions were carried out in a live chat in front of the camera, of which the accused was informed in each case "screenrecords" and/or demanded the production and sending of images of the self-injuries in each case as "trophies" for storage, in detail:

**Acts to the detriment of the injured party S█████**

1-25., in the period from the beginning of June 2021 until shortly before the search of his living quarters on 08.09.2023, the accused maintained close contact with the Finnish victim L██ S████, who was born on 27.02.2009 and thus – as he knew – 12 or 13 years old ("isa", "needle",
"km*"), had already inflicted considerable self-harm on herself before the start of the contact – as the accused also knew – as a result of psychological instability and had attempted suicide and was treated as an inpatient in a psychiatric clinic at least in October 2021 due to her mental state, and manipulated the injured party for months in hour-long chats through expressions of love and attention on the one hand and insults and threats on the other on the fact that the injured party, who was subservient to him, inflicted self-injurious acts on herself in front of the camera at his instigation and sent him pornographic self-recordings, in detail:

1. on 12.06.2021 from 9.46 p.m., the injured party, who was in bondage to him, scratched her name with a sharp object in accordance with the accused's instruction and demand

"White Tiger" into the skin of her left thigh, whereby the accused continuously praised the injured party during the scratching and encouraged her actions:

2. on 15.06.2021 from 10:48 p.m., the injured party again used a razor blade at the instigation of the accused to insert his account name "WhiteTiger" into the skin of her left thigh,

3. at the latest on 19.06.2021 at around 6:32 p.m., the injured party stepped forcefully on a small bird with her shod foot in accordance with the accused's command, so that it died as a result, whereupon the heavily trembling injured party had to dismember the bird - again according to the accused's demands - drape the parts on a white sheet, additionally paint "WhiteTiger" and a heart on the sheet of paper and present her work to the camera;

4. on 19.06.2021 at around 9:04 p.m., the accused, after being on duty "Discord" had joined a server and the victim S█████ had observed there how she had cut herself in front of the camera, painted a playing field of the game "Tic Tac Toe" on the floor with the blood from her fresh cuts and set the moves with her blood in accordance with the instructions of another unknown user, continued the influence and manipulation of the visibly distraught victim in a one-on-one chat,  in particular, by ordering her to paint a "fansign" for him with the blood and to continue to cut herself, whereupon the victim complied with the demands and cut her legs, finally putting on a blue glove due to her disgust with her own blood and painting "WhiteTiger" on the floor with her fresh blood;

5. on 20.06.2021, the injured party S█████ first confided in the accused that she wanted to leave "Discord" from now on because she needed to get a normal life and she was currently suicidal, whereupon the accused pretended to the injured party that she would never again ask her to cut or do anything similar in order to maintain contact with her, and at the same time tried to get the injured party to commit suicide in front of the camera,  whereby he suggested, among other things, that she slit her wrists or hang herself with her bed sheets, but the injured party ultimately refused, so that the accused asked her to cut as an alternative, whereupon the injured party, who was subservient to him, cut herself into her already heavily scarred leg with a razor blade in front of the camera from 10:01 p.m. onwards – for fear that otherwise she would actually have to commit suicide for the accused;

6. on 27.06.2021 at around 02:30 a.m., the accused first ordered the injured party to show her nude photos, which the injured party refused, however, so that the accused then asked her to get a razor blade and cut herself and to make a "cutsign" for him, whereupon the injured party, who was in bondage to him,
"Telegram* in a chat with the accused in front of the camera, scratched her leg, causing a pool of blood to form on the floor and the victim then scratched a heart into her thigh and the letters "WT" into her hand in accordance with the accused's instructions;

7. on 28.06.2021 from 10.15 p.m., the injured party again scratched the sign "WT" into the back of her hand with a razor blade and made a picture of the fresh "cutsign", which she then sent to the accused;

8. on 29.06.2021 at around 00:36 a.m., the injured party, who was submissive to the accused, again cut her legs in a video call with the accused, knowing from the accused's continuous influence and manipulation that the accused always demanded this of her;

9. on 02.08.2021 from 10:54 p.m., the accused asked the injured party to send nude photos, which she again refused to do and then cut her legs in accordance with the accused's instructions, whereby the accused vehemently ordered the production of a "cutsign" on the victim's feet for several hours, to which the injured party, however, reacted negatively;

10. on 30.08.2021 from 10:30 p.m., the victim sent the accused two nude photos of herself on the "Snapchat" service for a one-time view, each of which shows the victim exposing her breasts in front of the camera, of which the accused made a "screen record" for his own storage while playing the recordings sent;

11. on 01.09.2021 from 10:25 p.m., the accused repeatedly vehemently demanded that the injured party show her exposed breasts to the camera, reacting to the victim's refusal with insults, whereupon the injured party finally presented her unclothed breast twice - partially covering it with one hand - to the camera and waited for further reprimands by the accused on duty
"Snapchat" sent two close-ups of her unclothed breasts for a one-time view, whereby the accused made a "screen record" of all the shots and saved it for himself;

12. on 02.09.2021 at around 07:49 a.m., the victim sent a close-up of her breasts to the accused, which he in turn saved for himself using a "screen record";

13. on 04.09.2021 from 10:10 p.m., the injured party, who was still being manipulated, sent the accused a recording showing her masturbating, whereby, due to a partial blackening of the recording, only her hand movements in the area of the lower body can be seen, whereupon the accused ordered the sending of the unredacted recording and in the further course the sending of further nude photographs, so that the injured party sent him a picture recording, which shows her naked belly and her breasts, and the accused also saved the previously described recordings for himself in this case by making a "screen record";

14. on 04.10.2021 from 8:14 p.m. at the latest, the injured party presented her scarred, blood-smeared leg to the accused and cut further wounds into the skin of her leg with a sharp object in order to please the accused, whereby the accused, however, bored instructed the injured party to "something good" and the abbreviation "WT";

15. on 31.10.2021 from 11:41 p.m., the accused ordered the injured party to send a video recording of her masturbating on her vulva, which the injured party ultimately refused, as she - as the accused knew - was in a psychiatric hospital:

16. on 03.11.2021 from 4:01 p.m., the victim sent the accused, again in order to please him and gain his further attention, several close-ups in response to his inquiry as to whether the plastic protective film of her mobile phone was good to eat, showing how the injured party bites into the plastic and chews on it, whereupon the accused demanded that video recordings be sent, while her mouth was bleeding, and furthermore ordered her to make a "fansign" with the blood, whereby he flattered the injured party with the words that he loved her for exactly such actions;

17. on 08.11.2021 from 5:29 p.m., the accused demanded several times unsuccessfully from the injured party the production of a "cutsign", preferably on the stomach, which, however, the injured party refused, referring to the fact that she would first have to starve for three days, as she found herself unsightly and had gotten rid of all razor blades anyway;

18. on 24.11.2021 from 8:45 p.m., the injured party shared her screen with the accused in a live chat, with the accused vehemently unsuccessfully demanding that the injured party show him her nude photos so that he could make "screen records" of them for his own storage, which, however, the injured party refused, whereupon the accused demanded the sending of ordered nude shots and masturbation with one finger in front of the camera;

19. on 10.12.2021 from 12:48 p.m., the accused asked the injured party to send nude photographs, whereupon the injured party sent a recording of her face and unclothed breast, which the accused saved directly on his computer, as well as another close-up of the injured party's breasts sent on the same day;

20. on 11.12.2021 from 11:37 a.m., the accused first got upset about the conduct of the injured party and reprimanded her for the fact that, contrary to her promise, she had only sent low-quality nude photos of herself, while at the same time degrading her as a "slut", so that the injured party sent the accused a total of three nude photos at his instigation, which the accused immediately saved, among other things, a file showing the labia and anus of the injured party, furthermore a file showing how the victim's hand is brought to her vulva, in the further course of the incident the injured party sent – again to the victim's

– another one-time view recording showing her manipulating her vulva, whereby again a large part of the recording was blacked out, whereupon the accused demanded the uncensored version and received it from the injured party,

21.  on 04.02.2022 from 10:37 p.m., the accused again demanded that the injured party show her unclothed vulva, which the injured party ultimately refused, citing her menstrual period;

22.  on 11.02.2022 from 8:29 p.m., at the instigation of the accused, the injured party sent three video recordings for one-time viewing on the "Snapchat" service, which show her unclothed breast and were immediately saved by the accused by means of a screen recording;

23.  on 10.03.2022 from 8:02 p.m., the injured party sent several recordings on the duty due to the continuous influence and manipulation of the accused
"Snapchat", which show how the victim cuts open her leg with a razor blade and pushes the razor blade under her skin, whereby the victim performed these actions due to the continuous influence of the accused in order to maintain his attention;

24.  on 08.05.2022 from 00:03 a.m., the injured party again scratched her leg for him with a razor blade under the continuous manipulation of the accused, wiped up the blood escaping from her wounds with a finger and then pushed the finger into her cat's mouth, whereupon the cat squirmed and tried to escape the victim's grip,  the victim then poured liquid candle wax over her thigh, inflicting the very painful acts on herself due to her bondage and the knowledge she had gained that the accused would like them;

25.  on 21.05.2022 from 12:30 p.m., the victim sent a close-up of her naked vulva on the "Snapchat" service for a one-time view, whereby the accused again saved it for himself by means of a "screen record";

## II. Offence to the detriment of the injured party Taylor

26.  on 17.01.2022, the accused acted to live out his sexually motivated killing fantasies by the witness S████, who had previously been made submissive to him for at least seven months and prepared for such acts by sending suicide instructions, guidelines for conducting conversations and instructing to set up group calls to stream the suicide – as he knew – under criminal age (cf. no. 1.-25.) on the American ████ Jay Taylor, who was born on 19.08.2008 and was therefore 13 years old at the time of the crime, in order to bring him to suicide in front of the camera;

the injured Taylor, at the time of the crime, was on medication due to his unstable mental state and was gaining weight due to the accompanying weight gain.

he had already committed self-harm in the past and did not want to commit suicide alone;

the witness S████ was afraid at that time that she would have to take her own life for the accused, as the accused had already influenced her accordingly beforehand and she knew that the only thing that mattered to the accused was that someone committed suicide for him in the livestream;

in accordance with the procedure previously learned by the accused, the witness S████ contacted the injured party Taylor specifically as a mentally unstable and suicidal minor, in a suicide forum, where he was seeking help at that time; the witness S████ then first sent the victim the suicide instructions previously made available to her by the accused for this purpose and asked whether the injured party wanted to kill himself, then the witness S████ continued the contact with the injured party on the "Discord" service and falsely pretended to him – again according to the instructions of the accused – that she wanted to commit suicide together with him in front of the camera as a "suicide beast", to which the injured party Taylor initially reacted negatively;

in the further course of the case, the injured party nevertheless decided to do so due to the previous deception, his still childlike age as well as his mental state and the resulting pressure to miss the possibility of a joint suicide, whereby he explained that he was now inspired by an adrenaline rush and wanted to get a rope, whereby the witness S████ realized that the previously forged plan was successful;

in panic, the witness wrote to the accused that a "girl" wanted to kill herself in a phone call with her and at the same time asked him for help, while at the same time - in accordance with the procedure taught by the accused - she kept in touch with the injured party by talking to him on the phone;

meanwhile, the injured party went to a supermarket parking lot at 4831 Point Fosdick Dr in Gig Harbor, WA 98335, at around 1:00 p.m. German local time, and prepared the suicide in front of the camera, while the witness S████, filled with panic fear, called the accused again, but he did not arrive on duty until around 1:32 p.m.
"Instagram" wrote without further explanation that she should record it, whereupon the witness frantically referred him to the Instagram group call "live laugh rip jay LMAO", which she had previously founded, in which she had previously invited the accused ("erika.prv_") and the still unknown user "stepan" in addition to the victim's account ("jay.peepeeepoopoo");

the accused then took over the conversation with the injured party Taylor in the group chat, asked him if he had a rope with him, and unsuccessfully demanded that he take off his clothes because it was "hotter" ("You got a rope? Take your clothes off, it's hotter");

the accused then made use of the further events with his mobile phone
"screenrecords" for his own storage and observed the suicide live, giving him an erection;

on the "screen records" you can see how the injured party begins his suicide from 1:36 p.m. German time at the latest by placing his camera sideways next to a chain-link fence with a rope attached to it, pointing it to an elevation in front of the

steps on chain-link fence, puts the rope around his neck and pushes away the elevation, so that he ultimately hangs on the fence, twitches and cramps his body;

at around 1:42 p.m. at the latest, the body of the injured party hung lifeless on the fence and the injured party died, whereupon the accused talked to the now completely panicked witness S█████ about the suicide in a chat, suggested to her, among other things, veiling measures and was amused by her panic;

**Acts to the detriment of the injured party** ████████

27-57 in the period from 30.06.2021 to 07.03.2022, the accused had contact with the injured party ████████████, who was born on 22.10.2006 and thus - as he knew - 14 or 15 years old, living in Nova Scotia (Canada), knowing that the girl had already experienced abuse and had recently lost her mother, was psychologically unstable and extremely insecure about her external appearance and sexual identity, and had excluded herself at school and felt hated by everyone, which had also led to suicide attempts, self-harm and hospital stays in the girl

the accused pretended to enter into a love affair with the injured party, gained her trust and was her firm friend in her eyes, which was of great importance to her due to her "painful real life"; he also seemed to help the girl and complimented her, so that she turned to him trustingly in case of problems or with the most intimate secrets, but he took advantage of this to make the injured party compliant in his sense;

he manipulated the girl for months in hour-long chats through declarations of love and attention on the one hand and insults and threats on the other hand, to the effect that he was her only caregiver and that she could not resist his sadistic wishes, whereby he also constantly showed her extremely violent pictures and films and steered their conversations to the topics of suicide and death,  to normalize all this for the injured party;

in doing so, the accused induced the injured party ██████████ to inflict injuries on herself in front of the camera and to send him pornographic recordings of herself, whereby the injured party also had to follow his instructions because the accused continuously threatened to publish compromising recordings and to end the relationship;

at the same time, the accused was able to intensify the already existing thoughts of suicide in the case of the injured party ██████████, who was subservient to him, because it was important to him that the girl ultimately committed suicide for him live in front of the camera, whereby the accused also acted here out of the motive of living out his sexually motivated killing fantasies and his joy in the death and torment of others;
in detail:

27.  on 30.06.2021, the accused saved two files showing the victim penetrating herself vaginally with the blade of a knife and manipulating her vulva;

28. on 01.07.2021, the accused shared his screen with the injured party and showed her content, in particular a turtle orally abused by a man

raped persons as well as a naked woman impaled through the anus and mouth with a wooden trunk and also demanded pornographic recordings from the injured party, whereby he also played child pornography content, including oral sex on a girl about eight years old;

29. on 02.07.2021, the accused sent the injured party a video recording in which she herself can be seen kneeling naked on the floor and manipulating her vulva, and asked her to write a "fansign" for him on her entire body and then to make a new masturbation video, which she ultimately refused;

30. on 03.07.2021 from 00:57 a.m., the accused sent the victim files that show, among other things, how another victim of the accused cuts into the wrists in the bathtub and how the camera is focused on the vulva of a girl who is about 12 years old, in order to then demand a corresponding picture from the injured party and also to demand it, that she cut "cutsigns" for him using knives or a broken sharpener, which she did not do, whereupon he sent the victim recordings of corpses and files in which she masturbates, asking her to take certain poses for him and, in particular, to pull in her stomach in order to degrade her;

31. on 03.07.2021 at around 03:42 a.m., the accused obtained an image file from the injured party, in which she strangled herself naked with a belt around her neck, and saved it for himself;

32. on 03.07.2021 from 7:14 p.m., the accused informed himself about the suicidal tendencies of the injured party from a third person, shared his screen with her and streamed amused corpses of infants, image files of a twelve-year-old girl, with the exposed buttocks in focus, as well as content of decapitated and strangled women, whereby they sexually aroused him, but the injured party firmly rejected these acts of violence;

33. on 04.07.2021, the accused shared his screen with the victim and showed her, in addition to numerous files of desecrated children's corpses, recordings of torture and serious abuse to the detriment of young children (such as an anal rape), in which one of the children is kicked into a toilet, as well as masturbation videos of a teenager and pictures of a juvenile male victim of the accused with an erect penis, whereupon the injured party, whom he had previously massively threatened and insulted, sent him a video of her masturbating, which the accused in turn took as an opportunity to ask the injured party to cut a "cutsign" for him with a razor, which she did not do;

34. on 05.07.2021, the accused sent a picture of the injured party with a "Fansign" next to her vulva to another user and asked the victim to stop being so shy, threatened to publish the files and then showed her recordings

in which an infant is anally raped and in which a child is licked by a dog in the genital area, whereupon he asked the injured party to carve a "cutsign" into her skin, whereby he reinforced the request with appropriate pictures, but also with insults ("shy slut"), but this did not lead to success;

35. on 06.07.2021, the accused inquired whether the victim had tried to commit suicide for other people and whether she would kill herself for him, whereupon she stated that she took his call to suicide seriously if someone was important to her, whereupon he assured her of his love and boasted to her that he could send child pornography to other users and ruin the lives of others, whereby the injured party prevented him from broadcasting and he then made further child pornography content accessible to the injured party, including oral sex on a young boy;

36. on 06.07.2021, the accused saved an image file sent by the injured party, which shows her exposed vulva and the lettering "White Tiger" on her lower legs;

37. on 07 07 2021, the injured party informed the accused that she had tried to take her own life with pills, to which he reacted indignantly and got upset that she had not informed him, and enumerated who hated the injured party, and threatened her in the further course when she did not want to say something in a certain voice for him, to end the relationship because she was too shy and insecure for him, she described as
"slut" and "wild creature", audibly loading a firearm; the accused then showed the victim footage of "fansigns" and sliced wrists and, when the victim reported on the rape she had suffered, happily video footage of a child raped vaginally and a girl strangling herself, who inserted a knife vaginally, whereupon he demanded a corresponding video from the victim;

then the accused streamed pornographic content of children, including a file in which a five-year-old girl presents her vagina for the camera and the text "I <3 child cunt" was added to the picture, as well as footage of rape and chopped or dismembered animals, which audibly aroused him, but the victim rejected in horror;

all this served the accused to get the injured party in the mood for her to cut "cutsigns" for him in her skin in the areas of her vulva, her breasts and her thighs, which he then demanded massively, but the injured party initially refused;

then the accused streamed further abuse footage of children, including oral sex on a man by an approximately five-year-old girl, and a video file showing a teenager stabbing herself with a large knife and then demanded further nude recordings of the victims;

subsequently, the accused again increased the pressure on the injured party ███████ reproached her for doing nothing for him and again threatened to end the relationship, whereupon the injured party could no longer withstand the pressure, cut the "cutsign" "White Tiger" into her skin and sent the corresponding picture to the accused, who – visibly proud – immediately forwarded it to another person;

38. on 09.07.2021, the accused called up a chat with the injured party, in which recordings can be seen in which the injured party poses naked for him and which she had sent him shortly before;

39. on 27.07.2021, the accused made a screen recording showing the injured party penetrating herself vaginally with her fingers;

40. on 11.08.2021, the accused asked the injured party to do something with her box cutter, which she refused and also feared that the accused would be untruthful. The accused then increased the already strong pressure on the injured party even further by reproaching her that she was too shy for him, whereupon she prepared for his work out of fear of the accused and the loss of her only caregiver and the already threatened publication of her files. desire penetrated vaginally with a dildo; the injured party ████████ was visibly in severe pain, which seemed to please the accused and prompted him to demand that the injured party should penetrate herself vaginally with scissors and cut her thigh, which she was forced to do in severe pain and complied; the accused exchanged child pornography content with other persons at the same time; among other things, he forwarded previously received recordings to other users in a chat showing two exposed toddlers and an infant in a bathtub, as well as the vaginal penetration of a twelve-year-old girl with her fingers;

41. on 12.08.2021, the accused demanded that the injured party undress, which she did, he made negative comments about her body and ordered her to insert objects such as a toy baseball bat, which she complied with;

the accused then instructed her to lick her box cutter and insert a real knife and further stated, in order to increase the pressure further, to torture her by blows on her vagina, but not, as with other women, to cut off the clitoris, whereupon she slapped her vulva and buttocks on his command and also inserted a hairbrush anally, in which she suffered visibly severe pain;

42. on 13.08.2021, the accused asked the injured party to insert ice cubes into her vagina, which she refused, whereupon he devalued her on the basis of her clothing and appearance and at the same time implicitly questioned their relationship, which frightened the witness so much that she penetrated herself vaginally with a dildo, but then had to stop crying because of her pain;

the accused made fun of the pain of the injured party and urged her several times and insistently to continue penetrating herself with the dildo, which she had to refuse, crying and writhing in pain, because she was physically unable to do so;

Thereupon, the accused sent her a recording of the exposed breasts of a girl about 16 years old and demanded such a recording from her, whereby, in view of the pain of the injured party, he asked with amusement whether she would now die;

43. on 14.08.2021, at the insistence of the accused, the injured party penetrated herself vaginally with a dildo, whereby he sent her files of the aggrieved child ███████████ as a template, the accused then invited the "764" member "Pomegranate" to the chat, since the injured party was supposed to masturbate in front of him with a hairbrush, for example, she still refused to do so and left her video camera switched off,  however, he then threatened her that he would not accept a "but", that she should now destroy her vagina with the dildo, that he would leave her if she did not, while at the same time he insulted her in the chat with "Pomegranate", which the victim could hear, whereupon she finally switched on her camera and had to penetrate herself vaginally with her dildo in front of it,  the accused subsequently treated her as his or "764" property and asked her to carve "fansigns" and "cutsigns" for "Pomegranate" and him, instructed her for further penetration and asked her to cut her skin with a "pizza cutter"; due to this influence, the injured party wanted to take her own life, which the accused prevented her from doing and stated that he still needed her;

44.  on 16.08.2021, the accused and the injured party "streamed" child and youth pornography content to another user, whereupon the latter threatened to report it to the injured party, the injured party then turned to the accused, crying and completely distraught, who instructed her to delete her account and messages, and announced that he would henceforth determine with whom she was no longer allowed to have contact,  including the ",764" member "Affi";

45.  on 16.08.2021, the injured party undressed at the request of the accused, so that her breasts and vulva were the focus of the video recording and then penetrated herself with a dildo and toy figures at the request of the accused;

46.  on 27.08.2021, the injured party ██████████ was in an extremely depressive state, had dyed her light brown hair pitch black and was sitting in her room deeply sad, which the accused noticed and now, due to her desolate condition, recognized his opportunity to finally use the emotional dependence, fear and bondage of the injured party that he had built up over weeks to kill the girl,  so he ordered her to kill herself and do it much better than before, taking a knife and cutting open her wrists and wrists to "bleed out";

since the injured party hesitated at first, he described her as "pathetic", whereupon the injured party began to cry and said that he apparently did not care about her, and the accused replied that he no longer saw any reason to stop her from committing suicide because she no longer meant anything to him and she would now have to kill herself anyway, whereupon the defenceless injured party saw no other way to get a knife;

The accused reacted appreciatively to this knife and ordered several times audibly that the injured party should undress and now "start", whereby it was clear to both of them that

that the accused wanted the victim to cut her wrists open, she held the knife in her hands to attach it to her wrists, he further urged her to undress because this was arousing for him, whereupon the girl turned off the camera and ended the chat;

when the chat was continued some time later, it can be seen that the victim had contact with the user "AffiX" and the accused then tried to dissuade the user "AffiX" from contact with the victim in order not to jeopardize his plan, and he then asked the victim again to finally take off her clothes and demanded that she should now kill herself,  said that everything else didn't matter anyway, since she was going to kill herself now, and vehemently ordered her to finally do what he told her, and the accused continued to push for suicide using the box cutter, with which she should "split" her wrists and "bleed to death", whereupon the victim then had to break off the chat,  without taking her own life because she had been called by her father;

47. on 29.08.2021, the accused again began to influence the severely depressed and highly unstable victim ▮▮▮▮▮▮▮, who was still massively under his influence, so that she would commit suicide with the knife in her room, whereby he wanted to record the girl's suicide and use it for her sexual arousal; he tried to call the victim a total of 19 times within 20 minutes, while he chatted with her and asked her several times to kill herself "finally for him" in front of the camera, to which the victim replied that she would do so when her grandmother had left the house;

the injured party, who believed herself to be in a relationship with the accused, asked if he did not want a family with her, which the accused refused, since the injured party was now going to kill herself, to which she sadly replied that she would never be a mother now, but the accused only asked if the grandmother was gone;
the accused called the witness again several times and urged her more and more insistently that she should stop being a "slut" and kill herself "damn it" in front of the camera, that she should do it for him, that he wanted to see her suicide at last;

when the injured party ▮▮▮▮▮▮ continued to hesitate, the accused steadily increased the pressure, called the witness several times, demanded that she finally stream her suicide live, otherwise he believed it was worthless to her, but he also showed feigned indignation when the injured party indicated that he wanted to drive her to her death, he had wanted to talk her out of it in the past,  commit suicide;

the accused then switched to the "Telegram" chat with the "764" member "Pomegranate", who was privy to the murder plans of the accused, and wrote to him that the "slut" would not do it, while at the same time he again emphatically ordered the injured party to kill herself for him in front of the camera, whereupon the girl was able to withstand this massive pressure, so that the accused told the "Pomegranate" aggressively, harriedly and regretfully that it was now clear that  that the injured party did not kill herself, and further stated that something had apparently happened, that the "AffiX Nigga" had talked her out of it and influenced her and that one should never trust the "AffiX Nigga";

48. on 30.08.2021, the accused, who also recorded the following events, asked the frightened and dejected injured party to undress, which she

She also did, and continued to demand, to fetch her marker and dildos for penetration, to which the victim initially did not comply, while the accused downloaded child pornography content on the "Darknet", which show, among other things, a four-year-old girl being vaginally penetrated with a dildo, and complained about the lack of obedience of the injured party and at the same time demanded that to masturbate with the highlighters and the dildo, which the injured party refused and remained sitting unchanged, crying, whereupon the accused talked vehemently and aggressively to her and reproached her that she would not do anything for him, in particular that she had not killed herself at his request, laughing conspicuously at her and asking her to spread her legs, which the injured party did reluctantly and exposed her vulva for the accused and the accused then asked the injured party several times to penetrate herself with the pens, which she did not do and he finally made a recording in which you can see how the exposed victim strokes her chest along the neck/heart region with a marker, and the accused "zoomed in" to it and inserted the text "She did not commit suicide herself" in the video in German;

49. on 07.09.2021, the accused made a video file of a "Snapchat" chat with the victim and saved it for himself, where the victim can be seen penetrating herself vaginally with two fingers;

50. on 12.09.2021, the accused saved a video file from 2:45 p.m., in which various image files can be seen in particular, which show how the injured party cuts his name "WT" under the breasts into her skin for the accused, with various other cuts visible on her body and above her belly button with Edding is the "fansign" "White Tiger"; other files of the accused show the exposed breasts and the focused vulva of the injured party as well as how the injured party cuts herself into her left leg for the accused and her vulva is exposed;

51. -53. the accused made a "screen record" on 12.09.2021 from 6:16 p.m., whereupon he scrolls through past chats with the injured party, which show the following acts to the detriment of the injured party:

51. on 14.08.2021, the injured party sent two pictures showing her thighs with several cuts, which the injured party, who was still severely depressed and subservient to the accused, had inflicted on herself shortly before at his instigation;

52. on 05.09.2021, the injured party sent the accused a picture of herself posing naked;

53, between 06.09.2021 and 09.09.2021, the victim sent another recording of herself showing her completely exposed:

54. on 12.09.2021 at 9:27 p.m., the accused made a video file that shows. how the victim penetrates herself vaginally with her fingers and stands above her belly button "AffiX", and saved another picture showing the victim strangling herself, presenting her vulva and standing "AffiX" on her stomach and thighs;

55. on 22.09.2021, the accused demanded that the injured party, who was still highly unstable, insert an anal dildo, which she initially resisted, but the accused then vehemently persuaded her, whereupon the victim had to bow to the pressure due to the accused's months of threats, expressions of love and manipulation and inserted an anal dildo;

56. on 26.09.2021, the accused demanded that the injured party ▉▉▉▉▉ put on a collar and lock the door, whereupon he showed her footage of women being brutally raped and toddlers abused, including oral sex by partially tied girls between the ages of two and six on adult men;

subsequently, the accused ordered the injured party to penetrate herself anally and vaginally with various objects, whereby he also degraded her and called her a "house bull", so that the injured party complied with the demands and penetrated herself vaginally and anally with a dildo in tears, while the accused laughed at her mockingly;

later, the victim held a knife in her hand, which she first had to lick at the request of the accused, but then also had to insert it vaginally and anally, which caused her considerable pain;

in order to further increase the pressure on the injured party, the visibly agitated accused threatened her that, if he were with her, he would pull her head back by the hair, hold the knife to her neck, chop off her head and execute her, whereupon he instructed her, under further threats, to clamp a "nipple clamp" or a hair clip to her clitoris,  which the injured party also felt compelled to do and suffered considerable pain;

she then had to insert the dildo vaginally again, whereupon the accused threatened that he would distribute the recordings he had made of the events at her school, whereupon the victim reacted in panic and continued to push the dildo between her labia until she cried in dissolution, whereupon the accused laughed at her and further insulted her;

57.  on 07.03.2022 from 03:26 a.m., the accused again wanted to use the very poor mental state of the injured party and her docility towards him, which he had built up over months, to force her to slit her wrists in front of the camera with the knife in her room, whereby the accused wanted to sexually arouse herself at her death;

he first sent her an image file in a written chat showing how the victim had cut the letters "WT" into her skin below her breast, how "WT" was written above her navel with a marker and there were various other cuts on her stomach and above her genital area and asked her if she remembered this,  reproached her that this had been her excuse for deceiving him

and then asked her to finally kill herself this time, and also deeply disparaged her. Told her that no one liked her, that she was worth nothing, and that her mother and grandmother were right when they said it was better that she had never been born;

the accused set out here one last time to drive the injured party, who was still deeply mentally unstable, to her death, but since there is no further communication between the two, it is assumed at the current stage of the investigations in favour of the accused that the girl survived;

**IV. Acts to the detriment of the injured party** █████████

58. and 59. in the period from 02.07.2021 to 06.07.2021, the accused conducted several group chats on the "Discord" service with his account "White Tiger#5866" with the participation of the other users "Kink", "Sno", "Vpn" and "AffiX" with the – as the accused knew – at most 15-year-old American ██████████ ("anorexic"), which the accused saved for himself on his computer using "screen records",  in detail:

58. on 02.07.2021 from 01:01 a.m., the injured party ████ performed several sexual acts in front of the camera for the accused and the other users, in particular she held a heart-shaped butt plug inserted into her anus and, frightened, inserted a skin-colored elongated dildo vaginally several times at the same time at the vehement demand of the other users;

in the further course of the attack, the accused demanded that the injured party carve the account names of the chat participants into her skin, which the other chat participants repeated in accordance with their joint crime plan, loudly harassing the injured party and calling her a "caustic insults, but the injured party was able to resist and did not hurt herself

59. on 05.07.2021 from 10:49 p.m., the accused again conducted a group chat with the victim "anorexic" on the basis of a joint crime plan and with the other users "sno" and "kink", in which the victim was first urged by the perpetrators for several hours to undress and carve the names "Kink", "Sno" and "WhiteTiger" deep into her body,  which the injured party, who was crying and trembling more and more, initially refused,

however, after hours of demands, insults and defamation of the perpetrators and other users who joined the chat, as well as the threat to send the recordings she made on 02.07.2021, which show her masturbating (cf. no. 58), to her father, to the FBI and to her school, as well as the feigned announcement that the perpetrators would subsequently delete her recordings, the injured party then had to bow to the perpetrators,  by undressing in front of the camera, temporarily covering her breasts with her hands and hesitantly scratching the account names "Kink", "WhiteTiger", "764" and "AffiX" into her abdominal wall with a 10-20 cm folding knife;

at the suggestion of the accused, the perpetrators then demanded that the injured party masturbate with the folding knife, whereupon the sobbing victim begged the perpetrators to stop, but on the contrary they intensified the pressure on the injured party and suggested that alternatively she could kill herself, that she should cut open her wrists

or masturbate with a knife, whereupon the girl could no longer withstand the massive pressure of the accused and the meanwhile at least 16 other participants, squatted on her desk chair crying and inserted the edge of the folding knife vaginally several times, moaning and grimacing due to her pain;

## V.  Acts to the detriment of the injured party ▮▮▮▮▮

60-64 in a period from 06.07.2021 to 01.08.2021 and 10.04.2023 respectively, the accused - in cases 60 and 61 each acting with other members of the group "764" on the basis of a joint crime plan as well as by making reciprocal contributions to the crime and by using various individual and group chats on the eleven-year-old injured party ▮▮▮▮▮▮▮▮ from the USA, as he knew,  of which he again recorded and saved "screen records", first and foremost the user "AffiX", according to the usual modus operandi of the group, pretended to the child that he was friends with her or in a relationship, in order to gain her trust and get her to pose naked in front of the camera, to insert objects anally and vaginally, to perform sexual acts on her dog and to cut "cutsigns" into her skin,  whereby, as planned, the group member "AffiX" first contacted the injured party, influenced her in several video chats and gained her trust by stealth, while at the same time – without the knowledge of the injured party – he chatted with the other group members, who gave him advice and instructions on how he could manipulate the injured party even better;

for example, the young girl was influenced with serious violence-glorifying and pornographic content in order to urge her in turn to ever more extreme sexual acts, whereby she was threatened that files already prepared by her to personal contacts that the accused and the perpetrators had previously obtained for this purpose would be published if she did not obediently comply with the orders of the perpetrators;

after the group chat had dissolved, the accused then continued to influence the injured party alone;

on 10.04.2023, the accused then again created "screen records" of the offences from 2021;

in detail:

60.  on 06.07.2021, one of the perpetrators first streamed a recording in the group chat showing a three-year-old girl having to perform oral sex on an adult man, whereupon the accused saved this film for himself, then the user "AffiX" shared his video chat with the unsuspecting victim Phillips for the other group members, whereupon the victim had to penetrate herself vaginally with a hairbrush on the instructions of the "AffiX",  whereby he instructed them precisely in order to improve the reception for the other offenders;

the accused, in turn, then asked the "AffiX" to get the victim to insert a brush and a knife anally and vaginally, to cut his "nickname" into her skin, to perform sexual acts with her father and on her dog

to injure the animal, to put a fist of fist in its anus and to insert food into its vulva, which it must then eat;

of the injured party, to injure himself with a knife, and to cut the "cutsigns" of the perpetrators into his skin, whereby the "affix" was precisely instructed by the other perpetrators, the accused demanded in particular that he wanted to see the blood drip and gave instructions on "cutting technique", which "AffiX" passed on to the injured party;

the child followed these instructions and cut the "cutsign" "AffiX" into his skin;

61. on 13.07.2021, the accused and the other group members again planned to influence the injured party ███████, to threaten her with the publication of her previous recordings to her personal contacts, to show her the accused's firearm and now to harass the child with several people, while in the stream the unclothed injured woman was lying on her back on the instructions of the "affix",  pulled her knees to her stomach with her left arm, presented her genitals to the camera and held a hairbrush in her right hand, the handle of which, like her vulva, was smeared with blood;

the accused suggested to the other perpetrators that the injured party should perform sexual acts on her dog and that the dog should lick her genitals, whereupon the injured party was then added to a group chat and was suddenly confronted by several perpetrators who threatened to send their pornographic recordings to her father and to her wider private environment, whereby the accused in particular announced that he would show her father files on which his daughter was "bleeding from the vagina", while the perpetrators showed the child his address and other personal information, they knew who her parents were and had her – the injured party – in their hands;

the accused asked the injured party to turn on her camera and undress, in order to then make her perform even more serious sexual acts than before under the aforementioned threats, whereby the child was also threatened to kill her.
and to report her because of her child pornography recordings, but the victim called the police during the chat;

62. on 13.07.2021 from 11:41 p.m., only the accused had contact with the injured party ███████ made it clear to her that he was in possession of a firearm, and sent her image files of the injured party ████████, who had cut his name into her skin as a "cutsign", whereupon he demanded that the injured party masturbate with a knife and take pictures of it,  just as she had already had to do for "AffiX"; the injured party did not comply, whereupon the accused threatened to publish her nude photo "on a website" and thus ruin it if she did not penetrate herself;

he further asked the girl how she had managed to make her vagina bleed and whether it had been her period, which he found "hot", whereupon he showed her pictures of other young, naked victims wearing his "cutsigns", including a female torso with the lettering "WHITE TIGER" and a swastika below the chest, and then demanded from the child that  to do further "things" for him, not without again pointing out that he could publish the address and telephone number of the injured party and also videos already made by her;



finally, the accused sent the victim pornographic files of the victim ▮▮▮▮▮ and another, possibly juvenile victim named "▮▮▮▮ on which it can be seen, among other things, that she is gagged, that "Whi-te Tiger" is written on her pubic mound, that her anus and vulva are smeared with blood, that clothespins have been attached to her labia and that a knife is stuck between her labia;

63. on 01.08.2021, the "764" member "Kink" shared pornographic videos of the victim ▮▮▮▮ namely how the child has to penetrate himself with various objects and recordings of the exposed breasts of his other teenage victims, which the accused saved for himself; in particular, he himself forwarded a video of the injured party ▮▮▮▮ in which she has to masturbate with a hairbrush, to another user, and then posted this video and a film in which the injured party ▮▮▮ has to masturbate with a knife in a larger chat group;

64. on 10.04.2023 at around 02:59:30 a.m., the accused created three "screen records" and saved them for himself, with the videos each showing the eleven-year-old victim ▮▮▮▮ who has to vaginally penetrate herself with various objects on the instructions and instructions of "AffiX" in particular, while another user played a pitying "Oooohh" and laughs at the injured party, whereupon she has to continue masturbating in front of the group members, visibly strained and pained;

## VI. Acts to the detriment of the injured party

65.-66. in the period from 22.01.2021 to 05.02.2022, the accused had contact on "Snapchat" with the injured party ▮▮▮ (▮▮▮▮▮▮, who was born on 12.02.2007 and was therefore still 13 years old at the time of the crime, who – this was also clear to the accused – was psychologically highly unstable;

65. on 22.01.2021 from 8:51 p.m., the accused had a chat with the injured party ▮▮▮, in which the injured party sent him several recordings of cuts on her body, including in the area of the wrists, and the accused then realised at the latest that the injured party was prone to self-harming acts;

the accused then commented on the recording with "Yes, that's cool" and demanded that more pictures be sent with "Lol send them", whereupon the injured party asked the accused whether she should "also make a heart" - i.e. cut herself into the skin - which the accused, knowing and taking advantage of the injured party's condition, affirmed with the words "Yes man",  so that a short time later, at around 9:09 p.m., the victim presented a picture of her naked right thigh, on which a small heart for the accused was scratched, as well as a picture of the close-up of the heart;

66. on 05.02.2021 from 2.04 p.m., the accused again chatted with the injured party ▮▮▮ whereby the injured party first sent the accused a video recording of the inside of her forearm, on which fresh cuts with partly leaking blood can be seen in the area of the wrists and asked the accused what she should cut now, knowing that that he demanded appropriate recordings from her, then sent another recording to the accused at around 5.44 p.m., on which fresh cuts on her thigh can be seen, then the accused asked what she had used in the past, to which the injured party replied with "scissors" and the accused again referred to a "good Kichenmesser", but then steered the conversation to razor blades with the result, that the injured party sent an image of her thigh at around 6:07 p.m., on which fresh cuts can be seen;

**VII. Acts to the detriment of the injured** ▮▮▮▮▮

67.-68. In the period from 15.02.2022 to 21.02.2022 at the latest, the accused kept in online contact with the injured party ▮▮▮▮ ▮▮▮▮, who was born on 08.02.2008 and was therefore just 14 years old at the time of the offence, who attended the accused's school and went there with the accused at times, whereby the injured party had romantic feelings for the accused at that time, affectionately called him "Babe" and, due to this relationship of trust, wrote at the beginning of the chat that she was in therapy, whereupon the accused took advantage of the affection and instability of the injured party and caused her to give him several "Cutsigns", and to send nude photos, which the accused secured by means of the "Snapsaver", in detail:

67. on or shortly before 15.02.2022, the injured party made several "cutsigns" on her chest in accordance with the accused's instructions, including scratching a heart into her skin, of which she sent the accused a picture at around 3:32 p.m.;

68. on 21.02.2022 from 3.32 p.m., in order to please the accused and win his love, the injured party again made several "cutsigns" by writing the letter sequences "WT" (for "WhiteTiger"), "764" and "Sex" into her skin, of which she sent a recording to the accused;

from 7:43 p.m., the accused then received several image and video files showing the victim lying naked in a bathtub or masturbating, whereby the victim asked whether the recordings were made correctly, and the accused then instructed her how to position herself, whereupon the victim also sent recordings in which she scratched her blood-stained leg and pricked her tongue with a needle;

**Acts to the detriment of the victim "** ▮▮▮▮▮▮

69.- 81. in the period from 13.03.2021 to 21.02.2022, the accused, in case 77. in conscious and deliberate cooperation with the group member "AffiX", approached the injured party " ▮▮▮▮▮ with the aim of inducing her to commit self-destructive acts in front of the camera and then "recruiting" her as a perpetrator for her group "764", whereby the injured party was most likely 13 or 14 years old and suicidal at the time of the offence - recognisable to the accused, consumed drugs and alcohol, came from a precarious family background and had already been the victim of rape, so that she presented herself to the accused as a supposedly "easy victim" and, moreover, he had been influencing her by way of "grooming" since she was twelve years old, in order to get her to do so by feigning friendship and a relationship, to injure oneself for him and to perform sexual acts and to prepare corresponding files,

69. on 13.03.2021 from 01:53 a.m., the injured party, who was now subservient to the accused, sent an image file at his instigation showing how she cut five deep incisions in her breasts for him, whereupon the accused saved this file for himself;

70. on 13.03.2021 from 6:39 p.m., the injured party made various image and video files at the instigation of the accused and sent them to him, whereby the files show in particular how the injured party strokes her exposed breast and vulva and spreads her labia with her fingers, whereby she had previously written for the accused "White Tiger", "764" and had written a swastika with an Edding pen on her torso,

the accused then made another video file for himself, which shows a nude picture of the injured party with various digital changes, namely a knife that penetrates her vaginally, a knife that is rammed into her left breast and a knife that is thrust into a heart written on her left breast;

71. on 14.03.2021 from 03:33 a.m., the injured party sent the accused a file showing how the injured party cuts a swastika into her skin at the instigation of the accused due to his fascination with right-wing extremist content;

72. on 14.03.2021 from 6:21 p.m., the accused asked the injured party to strangle and cut herself, whereupon she cut a swastika into her skin, the accused then insulted the injured party and she sent him pictures of her vulva and her exposed breasts;

73. on 15.03.2021, the accused showed the injured party a photograph of the exposed breasts of a teenage girl, so that the injured party sent him a picture of her naked breasts, whereupon he sent her a recording in which a partially naked woman strangles herself, and the injured party, at the instigation of the accused,

Ten inflicted a cut on her knee and sent him a recording and a video of it, in which her breasts in the centre of the picture can again be seen;

74. on 17.082021, the injured party sent the accused at his instigation the image files that he saved for himself, which show the exposed buttocks and breasts of the injured party;

75.  on 28.03.2021, at the request of the accused, the injured party inflicted a cut on herself and poured an apparently corrosive liquid from a green bottle onto the dignity, grimacing in pain and making video files of this for the accused;

76.  on 14.05.2021, the injured party sent the accused files of her naked bris and her exposed buttocks, inflicted an injury on her forearm and also sent a recording of this to the accused;

77.  on 27.06.2021, the accused, together with "AffiX", influenced the injured party, demanded that she insert a knife anally and send files of it as well as kill her dog and then that the injured party should kill the other injured party.
and make a "cutsign" for him and "AffiX", which she agreed to do, as she told him whether there was anal penetration with the knife, self-harm of the injured party and the killing of the dog is still uncertain;

78. on 28.06.2021, the accused sent the user "███████ files of the bloody vagina of a girl about twelve years old, told her amused about the bullying of the victim "█████" by the group "764" and then sent files of the exposed and cut breasts of a girl about twelve years old, then the accused switched to the chat of the group "Rape Cast",  which is a
"Meme" on the subject of "rape" as well as image files of naked, bound and gagged women and children, corpses, killings, swastikas and animal pornography, sending a recording of a toddler being severely sexually abused with candle wax to the "Forwards Cover Bot";

79. on 28.06.2021, the accused saved two photographs showing how the victim wrote "█████ on her exposed and focused buttocks at the instigation of the accused;

80.  on 12.12.2021, the accused saved two "Snapchat" videos for himself, which show that the victim had cut a swastika into her hip for the accused "White Tiger" shortly before and that her exposed vagina can also be seen;

81. on 21.01.2022, the injured party had to take further action at the instigation of the accused. cut "cutsigns" into her skin, show the "White Tiger" and a swastika, penetrate herself vaginally with her finger and then send him photographs and video files of them, which he saved for himself;

## IX. Handling of child pornography content

82.-123. in a period from 12.02.2021 to 31.12.2022, the accused was on the services "Discord" and "Telegram" in various servers and group or individual chats, which were used, among other things, to share extremely serious child pornography content, of which the accused made "screen records" in order to secure this content for his own use;
in addition, in some cases, the accused himself streamed child pornography content. sent them to other users or received them, in detail:

83. on 12.02.2021 at around 6:28 p.m., the accused ("WhiteTiger#6709") made a "Screenrecord" and saved it for himself, which shows a "Discord chat" in the course of which the user "proud satanist" streamed a file in which a baby is severely sexually abused and tortured and for this purpose it is already tied up and exposed on the floor while an adult person steps on the baby;

83. on 11.05.2021 at around 11:07 p.m., he ("WhiteTiger#3283") made a "screen record" showing a "Discord chat" in which the user "nostalgia" streamed child pornography files, on which, among other things, a twelve-year-old girl can be seen masturbating;

84. on 16.05.2021, the accused ("WhiteTiger#3283") made a "Screenrecord", which shows how he showed child pornography content in a "Discord chat" of the user "raw fetus", including a series of pictures of a girl about six years old, with the child's vagina in focus;

85. on 08.06.2021 at around 11:57 p.m., he ("WhiteTiger") made a "screen record" showing how the user "Felix" streamed child pornography content in a "Discord chat", including a file in which the vagina of a girl about six years old is licked, and a file in which a girl of about ten years old has to perform oral sex on an adult man, whereupon the accused has to perform another sex on an adult man from 11:58 p.m.
"screen record" of a "Discord chat" in which the user "Felix" continued to stream child pornography content, whereby the file shows, among other things, how a girl of about ten years old has to perform oral sex on an adult man;

86. on 09.06.2021 at around 9:36 p.m., he made a "screen record", which shows how the user "Felix" used child pornography content in a "Discord chat"

streamed, on which, among other things, anal intercourse on a four-year-old girl can be seen;

87. on 10.06.2021 at around 02.25 a.m., he made a "screen record" which shows how the accused streamed child pornography files on "Telegram" in a chat with the user "griffin", which, among other things, he used to have anal intercourse with an approximately two-year-old girl, oral intercourse by a four-year-old girl on an adult man, anal intercourse on a female infant a few weeks old and an approximately three-month-old exposed boy with the erect penis of an adult man show;

88. on 16.06.2021 at around 7:12 p.m., the accused made a "screen record" with a playback time of 21:04 minutes of a video conversation of the "AffiX" with the unknown, possibly 16-year-old victim ▮▮▮▮ whereby "AffiX" had shared his screen with the accused and on the recording you can see, among other things, how the injured party at the request of the "AffiX" her naked buttocks,  on which they put the name
"AffiX", and presented her vulva to the camera; as the accused knew, the injured party had no knowledge of the recording being made;

89. on 17.06.2021 at around 02:32 a.m., he made a "screen record" showing how the accused ("White-Tiger") participated in a group chat called "Project Bluebird" on the "Telegram" service and the user "mk ultra*ARTDEALER*" streamed child pornography content from other users/channels, including:

Files of the user ▮▮▮▮▮▮▮ which show, among other things, anal, oral and vaginal intercourse on an approximately five-year-old girl,

Files from "Forwards Cover Bot" showing oral and vaginal intercourse of an eight-year-old girl,

Files of the user "buddy" showing oral sex of a girl about six years old, a file of the user "GL" showing vaginal sex on a girl about three years old,

a file by the user "cp (sotah euk)" showing an exposed eight-year-old girl with a focused vagina,

Files of the user "migurl", which show, among other things, anal intercourse on a girl about three years old,

a file of the user "Juan", which shows the rape of a girl about ten years old,

a file of the user "Deleted Account", which shows oral sex of a boy about five years old,

Files of the user "Symbol of a syringe", which shows anal intercourse on an approximately two-year-old girl,

a file of the user "cp (memer)" showing anal or vaginal intercourse on a girl about ten years old and a file from "Forwards cover bot" showing anal intercourse on an infant,

that the view of his naked vulva is released and the word "Rape" has been written on the girl's belly,

- the image file with the file name "srh_r_set(31).jpg", which shows in close-up the genital area of the presumably same previously described four-year-old girl: whereby the naked penis of an adult man is brought to the vulva of the girl.

- the image file with the file name "IMG 3455.jpg", which shows two shots of a naked, blue-tarnished - presumably dead - infant, whereby in one shot the erect penis of an adult man is held in the child's mouth and in the other shot the genital area of the child is spread with the hands in such a way that the view into the anus is revealed.

Crimes and misdemeanours, punishable under §§ 176a (1) nos. 2 and 3, (3), 176b (1) nos. 1 and 2, (2), 177 (1), (2) no. 4 and no. 5, (3), (6) sentence 2 nos. 1 and 2, (2), (3), (3), (6) sentence 2 nos. 1 and 2, (2)
6 no. 1 and no. 2, para. 8, 184b para. 1 no. 1 a), b), c), no. 2 and no. 3, para. 2, para. 3, 184c Para. 1 no. 1 a), b), c), para. 3, 211 para. 1, para. 2 Group 1 Var. 2, 212 (1), 223 (1), 224 Sec. 1 Nos. 2 and 4, 22, 23 Sec. 1, 25 Sec. 1 Alt. 2, Sec. 2, 52, 53 Criminal Code, 17 Sec. 1 No. 1
Animal Protection Act, (in cases 6, 27, 69, 70, 72-74, 76-79, 82-94 concerning the charges i.Ü.n.F.); §§ 1, 3, 105 JGG

First of all, there is the reason for detention of the risk of **absconding** pursuant to § 112.2 no. 2 of the Code of Criminal Procedure.

The accused must expect a long-term deprivation of liberty due to the crimes of which he is strongly suspected, which already constitutes a considerable incentive to flee.

Due to his many years of group membership ("764", "CVLT"), he has various contacts abroad. For example, the accused took a photograph with his weapons and added the translated text: "Do you think I would survive in the UK?" There are also indications that the "AffiX" who often acts with him comes from Great Britain. The accused also maintained close contact with other perpetrators such as "Riley" (Romania).

The accused has been in Germany since 2014, is originally from Iran and speaks English and fluent Persian, so there is also a family background and corresponding contacts abroad. For example, the accused regularly spends holidays in Iran with his family. On the other hand, there are no known sustainable ties in the "real life" of the accused in Germany. Rather, it can be assumed that all reliable contacts move in the "virtual space". If the accused had contact with other persons in "real life", these were also girls against whom he committed crimes (such as the injured party ████████████, case file 9 or the injured party ████████, case file 15),

The accused was exmatriculated from his university (UMCH) due to his crimes, so that he was also deprived of this bond. Moreover, studying at the university would not be suitable for inhibiting the incentive to flee. It is a Romanian private university with a branch in Hamburg, although practical parts would also be completed in Romania.

The assessment of the overall circumstances reveals the risk that the accused will evade the criminal proceedings by fleeing

There is a reason for detention of the risk of **obscuration** pursuant to § 112 para. 2 no. 3 lit. a-c StPO.

The conduct of the accused gives rise to the strong suspicion that he destroys, alters, removes, suppresses or falsifies evidence or influences co-accused or witnesses in an unfair manner or induces others to behave in such a way. On the basis of the available evidence, it can already be understood that the accused instructed the injured party S███ to delete her files. He also influenced the injured party ████████ to delete incriminated content and accounts and remove her "traces". The accused also exchanged ideas with the user "Kink" about how his own position could be concealed in order to be able to commit significant crimes undetected.

Overall, the accused shows a deeply manipulative and threatening behavior towards other participants. There is therefore a strong suspicion that he will influence other group members and in particular injured parties – who have yet to be questioned – which would make it more difficult to establish the truth. In her interrogation, the injured party S███ stated, among other things, that she had been in contact with the accused one week before and one month after her first interrogation. Due to the many years of contact and the large number of joint chats, nothing else will apply to the other injured parties

The "reason for detention" of "serious crime" according to § 112.3 of the Code of Criminal Procedure also exists.

The accused is strongly suspected of having committed criminal offences under § 176c of the Criminal Code and § 211 of the Criminal Code.

In an interpretation of the provision in conformity with the Constitution, there is also a risk of flight or concealment that cannot be ruled out (see above) and there is also a serious fear that the accused will commit further crimes of a similar nature:
First of all, there is a serious fear that the accused will commit further offences according to the present modus operandi (i.e. predominantly online). After a first state intervention in 2021 due to a relevant allegation (see accompanying file), the accused continued and even intensified his actions over a long period of time. The interrogation by the criminal investigation department on 22.11.2021 (Bl. 97 et seq. of the accompanying file) left the accused unimpressed, in particular he continued his actions just two days later (cf. 18.).
It can also be assumed that the accused continues his behaviour undeterred to this day after the search of 08.09.2023. In view of the crimes and the content found, the criminal psychologist assumes that the LKAHH212 has a highly complex and multi-layered disorder in the accused. It is far from

that the latter ceases and can cease his or her criminal conduct, which has been tried and tested over many years and has always been intensified.

In addition, there is also the well-founded serious fear that he will commit the most serious crimes in "real life". The accused already has various knives, sibels and firearms, with which he depicts beheadings and suicides, among other things. In addition, his PC contained various instructions on how to build and use firearms (in general), an AK 47 (Kalashnikov), an AR 15 rifle, car bombs, explosives and bombs, flamethrowers, hand grenades, biological and chemical weapons, pipe bombs, submachine guns and a manual on how to commit terrorist attacks, especially with bombs and weapons.

It can also be assumed that his medical studies serve to live out his fantasies in "real life" on groups of people who are also vulnerable.

Even the letter of motivation to the university is highly questionable in view of the facts at hand, the content and the personality of the accused. For example, the accused writes that some people are disgusted or afraid of blood and organs, but he would remain calm in such situations. He is also interested in the circulatory system, muscle building and the skeleton of humans. He also states that he carried out autopsies on rabbits and frogs at school. In any case, it is clear that the accused took pictures of a rat killed and dissected by him at his home. During the search on 08.09.2023, other animals killed by him were also found.

During an internship, the accused already behaved very conspicuously and was particularly interested in pathology and head and neck surgery. Within his deeds, he reported on his fantasies of killing people, for example together with "AffiX" to the victim ████████, where they wanted to sew dismembered people back together in a different composition and cut off the neck, or to the victim ████████, whose head he would like to chop off. According to his own statement, the only thing that keeps him from committing a murder in "real life" is that he has no desire for prison, but expressly not his reason.
His desire and his fantasies to commit such acts in the "actual area" are also supported by the fact that the injured parties ████████ and ███ are girls from Hamburg with whom he has made personal contact.

In addition, it was found that the accused spied on his neighbours from his home address and, using his devices, made secret recordings, in particular of the exposed buttocks and genitals of a neighbour boy about four to six years old, and saved them for himself.

Since medical studies can already be classified as living out and shifting one's fantasies into the analogue space, it can also be safely assumed that his deeds will continue in the digital realm. It is unlikely that the accused will not continue his serious criminal offences,

There is also the (subsidiary) reason for detention of the **risk of recurrence** according to § 112a.1 no. 1 and no. 2 of the Code of Criminal Procedure.

The accused is strongly suspected of having committed criminal offences under §§ 176a-176c, 177 of the German Criminal Code. There is a risk that he will commit further serious crimes of the same kind or continue to commit the offence before a final conviction, so that

detention is necessary to avert the imminent danger. Reference is made in full to the above statements on the considerable fear of committing serious criminal offences.

The order of pre-trial detention is not disproportionate to the importance of the matter, in particular the significant acts at issue in the proceedings to the detriment of mentally unstable minors and the expected punishment or the expected juvenile criminal law measure. It is not only proportionate, but also urgently necessary.


Issued


Dr. Tichbi                                    Kramer, Chief Secretaries of Justice
Judge at the District Court         as clerk of the registry