# EXHIBIT B

Amtsgericht Hamburg
Az: **117e Gs 151/23 jug**
7452 Js 345/23

**Jugendgericht (Abt. 117a-k)**
**Sievekingplatz 3**
**20355 Hamburg**

**Telefon (*Durchwahl*): (040) 4 28 43 – 2332/2331**
**Telefon (*Zentrale*): (040) 4 28 28 - 0**
**Telefon (*Poststelle*): 040) 4 27 9 – 83 20 2**

**Zimmer: 126**

Hamburg, den 23.05.2025

## Haftbefehl

In dem Ermittlungsverfahren gegen

**Shahriar Javan**,
geboren am 12.08.2004 in Kermanshah/Iran,
Staatsangehörigkeit: deutsch und iranisch
wohnhaft: Claudiusstraße 45a, 22041 Hamburg

<u>Verteidiger:</u>
Rechtsanwältin **Jacqueline Ahmadi**, Landwehr 25, 22087 Hamburg,

wird die Untersuchungshaft angeordnet.

Der Beschuldigte ist aufgrund der bisherigen Ermittlungen, insbesondere der Ermittlungen des FBI und des Landeskriminalamts Hamburg, der Auswertungen der bei dem Beschuldigten sichergestellten Datenträger durch den IT-Forensiker Unucka sowie der festgestellten Chatverläufe und Bild- und Videodateien,

dringend verdächtig,

in Hamburg und andernorts

in der Zeit vom 22.01.2021 bis zum 08.09.2023

durch 123 Straftaten

in den Fällen 43, 58.-61., 77. gemeinschaftlich handelnd

in den Fällen 6., 9., 18., 28.-30., 33., 34., 37., 40.-44., 48., 50., 55., 56., 58.-63., 68., 69., 72., 73., 76-78., 80., 81., 107., 115., 116., 118., 120. tateinheitlich handelnd

– in Fall 1.-63. und 65.-119. als Jugendlicher mit Verantwortungsreife und in den Fällen 64., 120.-123. als Heranwachsender –

26., 46., 47., 57,
durch einen anderen aus Mordlust und zur Befriedigung des Geschlechtstriebs einen Menschen getötet zu haben, wobei es bei einem Fall bei dem Versuch blieb,

1., 2., 4., 5., 6a., 7., 8., 9a., 14., 16., 17., 23., 24., 30a., 33a., 34a., 37a., 40b., 43b., 50a., 51., 56b., 58a., 59., 60f., 65.67., 68a., 69a., 71., 72a., 73a., 75., 76a., 77a., 81a., 115a.,

durch einen anderen mittels eines gefährlichen Werkzeugs eine andere Person körperlich misshandelt oder an der Gesundheit geschädigt zu haben, wobei es in den Fällen 16., 17., 30a., 334, 34a., 43b, 77a. und 58a. bei dem Versuch blieb,

40a., 41a., 423, 43a., 48., 55a., 56a., 59a., 61a., 62a.

gegen den erkennbaren Willen einer anderen Person seuelle Handlungen an dieser Person von ihr vorgenommen lassen zu haben und dabei eine Lage ausgenutzt zu haben, in der dem Opfer bei Widerstand ein empfindliches Übel droht, oder dabei die Person durch Drohung mit einem empfindlichen Übel genötigt zu haben, und dabei ähnliche sexuelle Handlungen an dem Opfer vorgenommen lassen zu haben, die dieses besonders erniedrigen, insbesondere wenn sie mit einem Eindringen in den Körper verbunden sind (Vergewaltigung), und in den Fällen 43a., 59a., und 61a. gemeinschaftlich gehandelt zu haben und bei den Taten 56a., 59a., und 62a. ein anderes gefährliches Werkzeug verwendet zu haben, wobei es in den Fällen 61. Und 62a. bei dem Versuch blieb.

18a., 60a, 61b., 62b.

ein Kind bestimmt zu haben, dass es sexuelle Handlungen vornimmt, wobei es in Fall 18a. beim Versuch blieb, und in den Fällen 60a., 61b. und 62b. in der Absicht gehandelt zu haben, die Tat erst zum Gegenstand eines pornographischen Inhalts (§ 11 Absatz 3) zu machen, der nach § 184b Absatz 1 oder 2 verbreitet werden soll, wobei es in Fall 62b. bei dem Versuch blieb.

60b., 61c., 62c.

auf ein Kind durch einen pornographischen Inhalt (§ 11 Absatz 3 StGB) oder durch entsprechende Reden eingewirkt zu haben,

60c., 61d, 62d.

auf ein Kind durch einen Inhalt (§ 11 Absatz 3 STGB) eingewirkt zu haben, um das Kind zu sexuellen Handlungen zu bringen, die es vor dem Täter vornehmen soll und um eine Tat nach § 184b Absatz 1 Satz 1 Nummer 3 oder nach § 184b Absatz 3 zu begehen

63a.

einen pornographischen Inhalt (§ 11 Absatz 3 StGB), der sexuelle Handlungen von, an oder vor einer Person unter vierzehn Jahren (Kind), der die Wiedergabe eines ganz oder teilweise unbekleideten Kindes in aufreizend geschlechtsbetonter Körperhaltung oder der die sexuell aufreizende Wiedergabe der unbekleideten Genitalien oder des unbekleideten Gesäßes eines Kindes zum Gegenstand hat (kinderpornographischer Inhalt), verbreitet oder der Öffentlichkeit zugänglich gemacht zu haben,

28a., 30b., 32., 33b., 34b., 35., 37b., 43c., 44a., 56c., 63b., 78a., 84., 87., 94., 98., 100., 401., 105., 107a., 111.-114., 115b., 116a., 117., 118a., 119., 120a.,

es unternommen zu haben, einer anderen Person einen kinderpornographischen Inhalt, der ein tatsächliches oder wirklichkeitsnahes Geschehen wiedergibt, zugänglich zu machen oder den Besitz daran zu verschaffen,

22., 25., 60d., 61e.

einen kinderpornographischen Inhalt, der ein tatsächliches Geschehen wiedergibt, hergestellt zu haben,

6b., 9b., 10.-13., 15., 18b., 19.-21., 25., 40c., 48b., 60e., 61f., 62e., 63c., 64., 68b., 78b., 82., 83., 85., 86., 89., 90., 91., 92., 93., 95., 96., 97., 99, 102., 103., 104., 106., 107b., 108.-110., 116b., 121.-123.,

es unternommen zu haben, einen kinderpornographischen Inhalt, der ein tatsächliches oder wirklichkeitsnahes Geschehen wiedergibt, abzurufen oder sich den Besitz an einem solchen Inhalt zu verschaffen oder einen solchen Inhalt besessen zu haben,

63d.

einen pornographischen Inhalt (§ 11 Absatz 3 StGB), der sexuelle Handlungen von, an oder vor einer vierzehn, aber noch nicht achtzehn Jahre alten Person, der die Wiedergabe einer ganz oder teilweise unbekleideten vierzehn, aber noch nicht achtzehn Jahre alten Person in aufreizend geschlechtsbetonter Körperhaltung oder der die sexuelle aufreizende Wiedergabe der unbekleideten Genitalien oder des unbekleideten Gesäßes einer vierzehn, aber noch nicht achtzehn alten Person zum Gegenstand hat (jugendpornographischer Inhalt), verbreitet oder der Öffentlichkeit zugänglich gemacht zu haben,

29a., 33c., 34c., 37c., 42b., 44b., 62f., 73b., 115c., 118b., 120b.

es unternommen zu haben, einer anderen Person einen jugendpornographischen Inhalt, der ein tatsächliches oder wirklichkeitsnahes Geschehen wiedergibt, zugänglich zu machen oder den Besitz daran zu verschaffen,

39., 40d., 41b., 42c., 43d., 45., 48c., 49., 55b., 56d., 58b., 59c., 88.
einen jugendpornographischen Inhalt, der ein tatsächliches Geschehen wiedergibt, hergestellt zu haben,

27., 28b., 29b., 31., 33d., 77b., 79., 80b., 72.-54., 63e., 69b., 70., 72b., 73c., 74., 76b., 77b., 79., 80b.

Case 3:26-cv-05245-BHS Document 7-5 Filed 05/12/26 Page 5 of 11

es unternommen zu haben, einen jugendpornographischen in halt, der ein tatsächlichen Geschehens eher wiedergibt, abzurufen oder sich den Besitz an einem solchen Inhalt zu verschaffen oder einen solchen Inhalt besessen zu haben,

**3.**

durch einen anderen ein Wirbeltier ohne vernünftigen Grund getötet zu haben,

indem er

jeweils von seiner Wohnanschrift aus online unter Verwendung seines Accountnamens „White Tiger' als Mitglied der weit überwiegend auf den Diensten „Discord" und „Telegram" handelnden Gruppierung „764", welche aus einer Vielzahl junger wechselnder Mitglieder besteht und dem Austausch von extremen gewaltverherrlichenden, satanistischen und kinderpornographischen Dateien sowie der Erstellung derartiger Inhalte durch eigene „Grooming"-Taten und Nötigungen zu selbstverletzenden Handlungen zum Nachteil von psychisch instabilen Kindern und Jugendlichen dient, über mehrere Monate auf psychisch instabile und erkrankte Mädchen und Jungen einwirkte, indem er zunächst einen engen Kontakt zu ihnen aufbaute, ihnen durch Liebesbekundungen und Zuspruch eine Freundschaft oder Liebesbeziehung vortäuschte, sie so von sich abhängig sowie hörig machte und sie zur Vornahme sexueller Handlungen vor der Kamera oder Übersendung von entsprechenden Nacktaufnahmen von sich veranlasste und sie im weiteren Verlauf derart unter Druck setzte sowie degradierte, dass die Mädchen aufgrund der Manipulation sowie der Täuschung durch den Beschuldigten, ihres psychisch instabilen Zustands und ihres noch jungen Alters selbst-verletzende Handlungen entsprechend den Vorgaben des Beschuldigten vornahmen oder sich für ihn in einem Fall suizidierten und dies in drei Fällen versuchten, wobei diese Handlungen im Livechat vor der Kamera durchgeführt wurden, wovon der Beschuldigte jeweils „Screenrecords" fertigte und/oder die Fertigung sowie Übersendung von Bildaufnahmen der Selbstverletzungen jeweils als „Trophäen" zur Speicherung forderte, im Einzelnen:

**Taten zum Nachteil der Geschädigten S[redacted]**

1-25. hielt der Beschuldigte in der Zeit von Anfang Juni 2021 bis kurz vor der Durchsuchung seiner Wohnräume am 08.09.2023 engen Kontakt zu der am 27.02.2009 geborenen, mithin – wie er wusste – 12- bzw. 13-jährigen finnischen Geschädigten L[redacted] S[redacted] („isa", „needle", „km*), weiche sich bereits vor Beginn des Kontakts – wie der Beschuldigte ebenfalls wusste – infolge psychischer Instabilität erhebliche Selbstverletzungen zugefügt sowie Suizidversuche unternommen hatte und aufgrund ihres psychischen Zustandes zumindest im Oktober 2021 in einer psychiatrischen Klinik stationär behandelt wurde, und manipulierte die Geschädigte über Monate in stundenlangen Chats durch Liebesbekundungen und Aufmerksamkeit einerseits sowie Beleidigungen und Drohungen andererseits dazu, dass die ihm hörige Geschädigte jeweils auf seine Veranlassung hin sich vor der Kamera selbstverletzende Handlungen zufügte und ihm pornographische Selbstaufnahmen übersandte, im Einzelnen:

1. am 12.06.2021 ab 21.46 Uhr ritzte sich die ihm hörige Geschädigte mit einem scharfen Gegenstand entsprechend der Anweisung und Forderung des Beschuldigten den Namen

„White Tiger" in die Haut ihres linken Oberschenkels ein, wobei der Beschuldigte die Geschädigte während des Ritzens fortlaufend lobte und in ihrem Handeln bestärkte:

2. am 15.06.2021 ab 22:48 Uhr fitzte sich die Geschädigte mit einer Rasierklinge erneut auf Veranlassung des Beschuldigten dessen Accountnamen „WhiteTiger" in die Haut ihres linken Oberschenkels,

3. spätestens am 19.06.2021 gegen 18:32 Uhr trat die Geschädigte entsprechend dem Befehl des Beschuldigten mit ihrem beschuhten Fuß kraftvoll auf einen kleinen Vogel, sodass dieser infolgedessen verstarb, woraufhin die stark zitternde Geschädigte den Vogel - erneut entsprechend den Forderungen des Beschuldigten - zerstückeln, die Teile auf einem weißen Blatt drapieren, zusätzlich auf dem Blatt „WhiteTiger" und ein Herz malen sowie ihr Werk in die Kamera präsentieren musste;

4. am 19.06.2021 gegen 21:04 Uhr setzte der Beschuldigte, nachdem er auf dem Dienst „Discord" einem Server beigetreten war und die Geschädigte S[redacted] dort beobachtet hatte, wie sie sich vor der Kamera geritzt, mit dem Blut aus ihren frischen Schnitten ein Spielfeld des Spiels „Tic Tac Toe" auf den Boden aufgemalt und entsprechend der Anweisung eines weiteren unbekannten Nutzers mit ihrem Blut die Spielzüge gesetzt hatte, die Einwirkung und Manipulation der sichtlich aufgelösten Geschädigten in einem Einzelchat fort, indem er ihr insbesondere befahl, mit dem Blut ein „Fansign" für ihn zu malen und sich weiter zu ritzen, woraufhin die Geschädigte den Forderungen nachkam und sich ihre Beine aufritzte, wobei sie aufgrund des Ekels vor ihrem eigenen Blut letztlich einen blauen Handschuh anzog und mit ihrem frischen Blut „WhiteTiger" auf den Boden malte;

5.am 20.06.2021 vertraute sich die Geschädigte S[redacted] dem Beschuldigten zunächst dahingehend an, dass sie .,Discord" fortan verlassen wolle, da sie ein normales Leben bekommen müsse und sie derzeit suizidal sei, woraufhin der Beschuldigte der Geschädigten vortäuschte, sie nie wieder zum Ritzen oder zu Ähnlichem aufzufordern, um den Kontakt zu ihr aufrechtzuerhalten, und gleichzeitig versuchte, die Geschädigte zum Suizid vor laufender Kamera zu bringen, wobei er ihr unter anderem vorschlug, sich die Pulsadern aufzuschneiden oder sich mit ihren Bettlaken zu erhängen, was die Geschädigte aber letztlich ablehnte, sodass der Beschuldigte sie alternativ zum Ritzen aufforderte, woraufhin sich die ihm hörige Geschädigte – aus Angst, sich anderenfalls tatsächlich für den Beschuldigten suizidieren zu müssen – ab 22:01 Uhr vor laufender Kamera mit einer Rasierklinge in ihr bereits stark vernarbtes Bein ritzte;

6. am 27.06.2021 gegen 02:30 Uhr befahl der Beschuldigte der Geschädigten zunächst, ihre Nacktaufnahmen zu zeigen, was die Geschädigte allerdings ablehnte, sodass der Beschuldigte sie anschließend aufforderte, eine Rasierklinge zu holen und sich zu ritzen sowie ein „Cutsign" für ihn zu fertigen, woraufhin die ihm hörige Geschädigte sich auf dem Dienst „Telegram* in einem Chat mit dem Beschuldigten vor der Kamera in ihr Bein ritzte, wobei sich auf dem Boden eine Blutlache bildete und die Geschädigte sich dann entsprechend der Anweisung des Beschuldigten ein Herz in ihren Oberschenkel sowie die Buchstaben „WT" in ihre Hand ritzte;

7. am 28.06 2021 ab 22.15 Uhr ritzte sich die Geschädigte erneut und aufgrund der Anweisung des Beschuldigten mit einer Rasierklinge das Zeichen „WT“ in den Handrücken und fertigte von dem frischen „Cutsign" ein Bild, welches sie dem Beschuldigten anschließend übersandte;

8. am 29.06.2021 gegen 00:36 Uhr ritzte sich die dem Beschuldigten gefügige Geschädigte erneut in einem Videocall mit dem Beschuldigten ihre Beine auf, wobei sie aufgrund der fortlaufenden Einwirkung und Manipulation des Beschuldigten wusste, dass der Beschuldigte dies immer von ihr verlangte;

9. am 02.08.2021 ab 22:54 Uhr forderte der Beschuldigte die Geschädigte zur Übersendung von Nacktaufnahmen auf, was sie allerdings erneut ablehnte und sich im weiteren Verlauf sodann entsprechend der Anweisung des Beschuldigten die Beine aufritzte, wobei der Beschuldigte über mehrere Stunden vehement auch die Fertigung eines „Cutsigns" auf den Füßen der Geschädigten befahl, worauf die Geschädigte allerdings ablehnend reagierte;

10. am 30.08.2021 ab 22:30 Uhr übersandte die Geschädigte dem Beschuldigten zur Einmalansicht zwei Nacktaufnahmen von sich auf dem Dienst „Snapchat", auf welchen jeweils zu sehen ist, wie die Geschädigte ihre Brüste vor der Kamera entblößt, wovon der Beschuldigte zur eigenen Speicherung einen „Screenrecord" fertigte, während er die übersandten Aufnahmen abspielte;

11. am 01.09.2021 ab 22:25 Uhr forderte der Beschuldigte die Geschädigte mehrfach vehement dazu auf, ihre entblößten Brüste in die Kamera zu zeigen, wobei er auf die Ablehnung der Geschädigten mit Beleidigungen reagierte, woraufhin die Geschädigte letztlich zweimal ihre unbekleidete Brust - diese teilweise mit einer Hand verdeckend - in die Kamera präsentierte und auf weitere Maßregelungen durch den Beschuldigten auf dem Dienst „Snapchat" zur Einmalansicht zwei Nahaufnahmen ihrer unbekleideten Brüste übersandte, wobei der Beschuldigte von allen Aufnahmen einen „Screenrecord" fertigte und für sich abspeicherte;

12. am 02.09.2021 gegen 07:49 Uhr übersandte die Geschädigte eine Nahaufnahme ihrer Brüste an den Beschuldigten, welche er wiederum mittels eines „Screenrecords" für sich abspeicherte;

13. am 04.09.2021 ab 22:10 Uhr übersandte die weiterhin manipulierte Geschädigte dem Beschuldigten eine Aufnahme, welche sie masturbierend zeigt, wobei aufgrund einer teilweisen Schwärzung der Aufnahme lediglich ihre Handbewegungen im Bereich des Unterkörpers zu sehen sind, worauf der Beschuldigte die Übersendung der ungeschwärzten Aufnahme und im weiteren Verlauf die Übersendung weiterer Nacktaufnahmen befahl, sodass die Geschädigte ihm eine Bildaufnahme übersandte, welche ihren nackten Bauch und ihre Brustansätze zeigt, und der Beschuldigte die zuvor beschriebenen Aufnahmen auch in diesem Fall durch die Fertigung eines „Screenrecords" für sich abspeicherte;

14. am 04.10.2021 ab spätestens 20:14 Uhr präsentierte die Geschädigte dem Beschuldigten ihr vernarbtes, blutverschmiertes Bein und schnitt mit einem scharfen Gegenstand weitere Wunden in die Haut ihres Beins ein, um so dem Beschuldigten zu gefallen, wobei der Beschuldigte die Geschädigte jedoch gelangweilt anwies, „etwas Gutes“ und die Abkürzung „WT“ zu ritzen;

15. am 31.10.2021 ab 23:41 Uhr befahl der Beschuldigte der Geschädigten, eine Videoaufnahme zu übersenden, auf der sie an ihrer Vulva masturbiert, was die Geschädigte letztlich ablehnte, da sie sich - wie der Beschuldigte wusste – in einer psychiatrischen Klinik aufhielt:

16. am 03.11.2021 ab 16:01 Uhr übersandte die Geschädigte dem Beschuldigten, erneut um ihm zu gefallen und seine weitere Aufmerksamkeit zu erlangen, auf seine Nachfrage, ob die aus Plastik bestehende Schutzfolie ihres Handys gut zu essen sei, mehrere Nahaufnahmen, auf denen zu sehen ist, wie die Geschädigte in das Plastik beißt und darauf kaut, worauf der Beschuldigte die Übersendung von Videoaufnahmen forderte, während ihr Mund blute, und ihr darüberhinausgehend die Fertigung eines „Fansigns" mit dem Blut befahl, wobei er die Geschädigte mit den Worten umschmeichelte, sie für genau solche Handlungen zu lieben;

17. am 08.11.2021 ab 17:29 Uhr verlangte der Beschuldigte von der Geschädigten mehrfach erfolglos die Fertigung eines „Cutsigns“, vorzugsweise auf dem Bauch, was die Geschädigte jedoch unter Verweis darauf ablehnte, dass sie erst für drei Tage hungern müsse, da sie sich unansehnlich finde und ohnehin alle Rasierklingen losgeworden sei;

18. am 24.11.2021 ab 20:45 Uhr teilte die Geschädigte in einem Livechat mit dem Beschuldigten ihren Bildschirm, wobei der Beschuldigte vehement erfolglos forderte, dass die Geschädigte ihm ihre Nacktaufnahmen zeigen solle, damit er von diesen „Screenrecords" zur eigenen Abspeicherung fertigen konnte, was die Geschädigte allerdings ablehnte, worauf der Beschuldigte über einen längeren Zeitraum sowie nach weiteren Liebesbekundungen und der Androhung eines Kontaktabbruchs die Übersendung von Nacktaufnahmen und die Masturbation mit einem Finger vor der Kamera befahl;

19. am 10.12.2021 ab 12:48 Uhr forderte der Beschuldigte die Geschädigte zur Übersendung von Nacktaufnahmen auf, woraufhin die Geschädigte eine Aufnahme ihres Gesichts und ihrer unbekleideten Brust übersandte, welche der Beschuldigte ebenso unmittelbar auf seinem Computer abspeicherte, wie auch eine weitere am selben Tag übersandte Nahaufnahme der Brüste der Geschädigten;

20. am 11.12.2021 ab 11:37 Uhr echauffierte sich der Beschuldigte zunächst über das Verhalten der Geschädigten und maßregelte sie dafür, dass sie entgegen ihres Versprechens nur qualitativ schlechte Nacktaufnahmen von sich übersandt habe, wobei er sie gleichzeitig als „Schlampe" herabwürdigte, sodass die Geschädigte dem Beschuldigten auf dessen Veranlassung insgesamt drei Nacktaufnahmen übersandte, die der Beschuldigte unmittelbar abspeicherte, unter anderem eine Datei, welche die Schamlippen und den Anus der Geschädigten zeigt, ferner eine Datei, auf der zu sehen ist, wie die Hand der Geschädigten an ihre Vulva geführt ist, im weiteren Verlauf übersandte die Geschädigte – erneut um dem Be-

schuldigten zu gefallen – eine weitere Aufnahme zur Einmalansicht, die sie an ihrer Vulva manipulierend zeigt, wobei erneut ein Großteil der Aufnahme geschwärzt wurde, woraufhin der Beschuldigte die unzensierte Version forderte und von der Geschädigten übersandt bekam,

21. am 04.02.2022 ab 22:37 Uhr forderte der Beschuldigte erneut von der Geschädigten, ihre unbekleidete Vulva zu zeigen, was die Geschädigte letztlich unter Verweis auf ihre Regelblutung ablehnte;

22. am 11.02.2022 ab 20:29 Uhr übersandte die Geschädigte auf Veranlassung des Beschuldigten drei Videoaufnahmen zur Einmalansicht auf dem Dienst „Snapchat“, welche ihre unbekleidete Brust zeigen und von dem Beschuldigten mittels einer Bildschirmaufnahme unmittelbar abgespeichert wurden;

23. am 10.03.2022 ab 20:02 Uhr übersandte die Geschädigte aufgrund der fortlaufenden Beeinflussung und Manipulation des Beschuldigten mehrere Aufnahmen auf dem Dienst „Snapchat“, die zeigen, wie die Geschädigte mit einer Rasierklinge ihr Bein aufschneidet und die Rasierklinge dabei unter ihre Haut schiebt, wobei die Geschädigte diese Handlungen aufgrund der fortlaufenden Einwirkung durch den Beschuldigten vornahm, um sich dessen Aufmerksamkeit zu erhalten;

24. am 08.05.2022 ab 00:03 Uhr ritzte die Geschädigte erneut unter der fortlaufenden Manipulation des Beschuldigten für ihn ihr Bein mit einer Rasierklinge auf, wischte das aus ihren Wunden austretende Blut mit einem Finger auf und schob den Finger anschließend in den Mund ihrer Katze, woraufhin sich die Katze wand und versuchte, dem Griff der Geschädigten zu entkommen, anschließend übergoss die Geschädigte ihren Oberschenkel mit flüssigem Kerzenwachs, wobei sie sich die sehr schmerzvollen Handlungen aufgrund ihrer Hörigkeit und der gewonnenen Erkenntnis, dass diese dem Beschuldigten gefallen würden, zufügte;

25. am 21.05.2022 ab 12:30 übersandte die Geschädigte auf dem Dienst „Snapchat" zur Einmalansicht eine Nahaufnahme ihrer nackten Vulva, wobei der Beschuldigte diese erneut mittels eines „Screenrecords“ für sich abspeicherte;

**<u>II. Tat zum Nachteil des Geschädigten Taylor</u>**

26. am 17.01.2022 wirkte der Beschuldigte zur Auslebung seiner sexuell motivierten Tötungsphantasien durch die zuvor über mindestens sieben Monate ihm gefügig gemachte und für derartige Taten durch die Übersendung von Suizidanleitungen, Vorgaben zur Gesprächsführung und Anweisung zur Gründung von Gruppencalls zum Streamen des Suizides vorbereitete – wie er wusste – strafunmündige Zeugin S[redacted] (vgl. Ziff. 1.-25.) auf den am 19.08.2008 geborenen, mithin zur Tatzeit 13-jährigen US-Amerikaner [redacted] Jay Taylor ein, um diesen zum Suizid vor laufender Kamera zu bringen;

der Geschädigte Taylor war zur Tatzeit aufgrund seines labilen psychischen Zustands medikamentös eingestellt und aufgrund der damit einhergehenden Gewichtszunahme zuneh-

mend depressiv, er hatte bereits in der Vergangenheit selbstverletzende Handlungen durchgeführt und wollte sich nicht alleine suizidieren;

die Zeugin S[redacted] hatte zu diesem Zeitpunkt Angst, sich selbst für den Beschuldigten das Leben nehmen zu müssen, da der Beschuldigte auf sie bereits zuvor entsprechend eingewirkt hatte und sie wusste, dass es dem Beschuldigten allein darauf ankam, dass sich jemand für ihn im Livestream suizidiert;

entsprechend der zuvor von dem Beschuldigten erlernten Vorgehensweise kontaktierte die Zeugin S[redacted] den Geschädigten Taylor gezielt als psychisch instabile und suizidgefährdete minderjährige Person, in einem Suizid-Forum, wo dieser zu diesem Zeitpunkt Hilfe suchte; die Zeugin S[redacted] übersandte dem Geschädigten sodann zunächst die ihr zuvor von dem Beschuldigten für diese Zwecke zur Verfügung gestellte Suizidanleitung und fragte, ob der Geschädigte sich umbringen wolle, anschließend setzte die Zeugin S[redacted] den Kontakt mit dem Geschädigten auf dem Dienst „"Discord" fort und täuschte ihm – wiederum der Anleitung des Beschuldigten entsprechend – wahrheitswidrig vor, sich als „Suicide-Bestie" gemeinsam mit ihm vor laufender Kamera suizidieren zu wollen, worauf der Geschädigte Taylor zunächst ablehnend reagierte;

im weiteren Verlauf entschied sich der Geschädigte aufgrund der vorangegangenen Täuschung, seines noch kindlichen Alters sowie seiner psychischen Verfassung und des daraus resultierenden Drucks, die Möglichkeit eines gemeinschaftlichen Suizids zu verpassen, dennoch dazu, wobei er erklärte, aufgrund eines Adrenalinrausches nunmehr beflügelt zu sein und ein Seil besorgen zu wollen, wodurch die Zeugin S[redacted] erkannte, dass der zuvor geschmiedete Plan erfolgreich war;

panisch schrieb die Zeugin dem Beschuldigten, dass sich ein „Mädchen" in einem Anruf mit ihr umbringen wolle und bat ihn gleichzeitig um Hilfe, wobei sie parallel fortlaufend - entsprechend der von dem Beschuldigten beigebrachten Vorgehensweise - Kontakt zu dem Geschädigten hielt, indem sie mit ihm telefonierte;

der Geschädigte ging derweilen gegen 13:00 Uhr deutscher Ortszeit zu einem Supermarktparkplatz in 4831 Point Fosdick Dr in Gig Harbor, WA 98335, und bereitete den Suizid vor laufender Kamera vor, wobei die Zeugin S[redacted] parallel erneut von panischer Angst erfüllt den Beschuldigten anrief, welcher jedoch erst gegen 13:32 Uhr auf dem Dienst „Instagram" ohne weitere Erläuterung schrieb, dass sie es aufnehmen solle, woraufhin die Zeugin ihn hektisch auf den zuvor von ihr gegründeten Instagram-Gruppencall „live laugh rip jay LMAO" verwies, in den sie neben dem Account des Geschädigten („jay.peepeeepoopoo") den Beschuldigten („erika.prv_") und den noch unbekannten Nutzer „stepan" zuvor eingeladen hatte;

der Beschuldigte übernahm daraufhin das Gespräch mit dem Geschädigten Taylor in dem Gruppenchat, fragte ihn, ob er ein Seil dabeihabe, und verlangte erfolglos, dass dieser seine Kleidung ausziehen solle, da dies „heißer" sei („You got a rope? Take your clothes off, it's hotter");

der Beschuldigte fertigte daraufhin vom weiteren Geschehen mit seinem Handy „Screenrecords" zur eigenen Speicherung und beobachtete den Suizid live, wobei er dadurch eine Erektion bekam;

auf den „Screenrecords" ist zu sehen, wie der Geschädigte ab spätestens 13:36 Uhr deutscher Uhrzeit mit seinem Suizid beginnt, indem er seine Kamera seitlich neben einem Maschendrahtzaun mit einem daran befestigten Seil platziert, auf eine Erhöhung vor dem

Maschendrahtzaun tritt, das Seil um seinen Hals legt und die Erhöhung wegstößt, sodass er letztlich am Zaun hängt, zuckt und seinen Körper verkrampft;

gegen spätestens 13:42 Uhr hing der Körper des Geschädigten leblos am Zaun und der Geschädigte verstarb, woraufhin der Beschuldigte sich in einem Chat mit der mittlerweile vollkommen panischen Zeugin S[redacted] über den Suizid unterhielt, ihr unter anderem Verschleierungsmaßnahmen vorschlug und sich über ihre Panik belustigte;

**<u>Taten zum Nachteil der Geschädigten [redacted]</u>**

27.-57. in dem Zeitraum vom 30.06.2021 bis zum 07.03.2022 hatte der Beschuldigte Kontakt zu der am 22.10.2006 geborenen, mithin - wie er wusste – 14- bzw. 15-jährigen, in Nova Scotia (Kanada) wohnenden Geschädigten [redacted], wobei er wusste, dass das Mädchen bereits Missbrauchserfahrungen und kurz zuvor ihre Mutter verloren hatte, psychisch instabil und bezüglich ihres äußeren Erscheinungsbildes und ihrer sexuellen Identität extrem verunsichert war sowie sich in der Schule ausgegrenzt und von allen Menschen gehasst fühlte, was bei dem Mädchen auch zu Selbstmordversuchen, Selbstverletzungen und Klinikaufenthalten geführt hatte

der Beschuldigte ging zum Schein eine Liebesbeziehung mit der Geschädigten ein, gewann ihr Vertrauen und war in ihren Augen ihr fester Freund, was für sie aufgrund ihres leidvollen realen Lebens“ einen hohen Stellenwert hatte; auch schien er dem Mädchen zu helfen und machte ihr Komplimente, sodass sie sich bei Problemen oder mit intimsten Geheimnissen vertrauensvoll an ihn wandte, was er aber ausnutzte, um die Geschädigte in seinem Sinne gefügig zu machen;

er manipulierte das Mädchen über Monate in stundenlangen Chats durch Liebesbekundungen und Aufmerksamkeit einerseits sowie Beleidigungen und Drohungen andererseits dahingehend, dass er ihre einzige Bezugsperson war und sie gegen seine sadistischen Wünsche keinen Widerstand leisten konnte, wobei er ihr auch ständig extrem gewaltverherrlichende Bilder und Filme zeigte und ihre Gespräche auf die Themen Suizid und Tod lenkte, um all dies für die Geschädigte zu normalisieren;

dadurch brachte der Beschuldigte die Geschädigte [redacted] dazu, sich vor der Kamera Verletzungen zuzufügen und ihm pornographische Aufnahmen von sich zu übersenden, wobei die Geschädigte seinen Anweisungen auch Folge leisten musste, weil der Beschuldigte fortlaufend mit der Veröffentlichung von kompromittierenden Aufnahmen und dem Beziehungsende drohte;

gleichzeitig konnte der Beschuldigte bei der ihm hörigen Geschädigten [redacted] die ohnehin bereits vorhandenen Gedanken an einen Selbstmord verstärken, weil es ihm darauf ankam, dass sich das Mädchen schlussendlich live vor der Kamera für ihn suizidiert, wobei der Beschuldigte auch hier aus dem Motiv handelte, seine sexuell motivierten Tötungsphantasien und seine Freude am Tod und an Qualen anderer auszuleben;
im Einzelnen:

27. am 30.06.2021 speicherte der Beschuldigte zwei Dateien ab, auf denen zu sehen ist, wie sich die Geschädigte mit der Klinge eines Messers vaginal penetriert und an ihrer Vulva manipuliert;

28. am 01.07.2021 teilte der Beschuldigte seinen Bildschirm mit der Geschädigten und zeigte ihr Inhalte, welche insbesondere eine durch einen Mann oral missbrauchende Schildkröte

vergewaltigte Personen sowie eine nackte und durch After und Mund mit einem Holzstamm gepfählte Frau zeigen und forderte zudem pornographische Aufnahmen von der Geschädigten, wobei er ihr zudem kinderpornographische Inhalte, darunter Oralverkehr an einem etwa acht Jahre alten Mädchen vorspielte;

29.am 02.07.2021 übersandte der Beschuldigte der Geschädigten eine Videoaufnahme, auf der diese selbst zu sehen ist, wie sie entblößt auf dem Boden kniet und an ihrer Vulva manipuliert, und forderte sie auf, sich für ihn ein „Fansign“ auf den gesamten Körper zu schreiben und anschließend ein erneutes Masturbationsvideo anzufertigen, was diese letztlich ablehnte;

30. am 03.07.2021 ab 00:57 Uhr übersandte der Beschuldigte der Geschädigten Dateien, welche unter anderem zeigen, wie sich ein anderes Opfer des Beschuldigten in der Badewanne in die Pulsadern schneidet und wie die Kamera auf die Vulva eines etwas 12-jährigen Mädchens fokussiert wird, um dann ein entsprechendes Bild von der Geschädigten zu fordern und darüber hinaus zu verlangen, dass sie sich unter Nutzung von Messern oder eines zerbrochenen Anspitzers für ihn „Cutsigns“ ritze, was sie nicht tat, worauf er der Geschädigten Aufnahmen von Leichen und Dateien, auf denen sie masturbiert, übersandte und sie dazu aufforderte, bestimmte Posen für ihn einzunehmen und insbesondere ihren Bauch dabei einzuziehen, um sie herabzuwürdigen;

31. am 03.07.2021 verschaffte der Beschuldigte sich gegen 03:42 Uhr von der Geschädigten eine Bilddatei, auf welcher sie sich nackt mit einem Gürtel um den Hals stranguliert, und speicherte diese für sich ab;

32. am 03.07,2021 ab 19:14 Uhr informierte sich der Beschuldigte über eine dritte Person über die Suizidalität der Geschädigten, teilte seinen Bildschirm mit ihr und streamte amüsiert Leichen von Säuglingen, Bilddateien eines zwölf Jahre alten Mädchens, wobei das entblößte Gesäß fokussiert wurde, sowie Inhalte von geköpften und erdrosselten Frauen, wobei diese ihn sexuell erregten, die Geschädigte diese Gewalttätigkeiten jedoch entschieden ablehnte;

33. am 04.07.2021 teilte der Beschuldigte seinen Bildschirm mit der Geschädigten und zeigte ihr neben zahlreichen Dateien von geschändeten Kinderleichen, Aufnahmen von Folter-und schweren Missbrauchstaten zum Nachteil von Kleinkindern (so eine anale Vergewaltigung), wobei eines der Kinder in eine Toilette getreten wird, sowie Masturbationsvideos einer Jugendlichen und Bilder eines jugendlichen männlichen Opfers des Beschuldigten mit erigiertem Penis, worauf die Geschädigte, die er zuvor massiv bedroht und beleidigt hatte, ihm ein Video übersandte, auf dem sie masturbiert, was der Beschuldigte wiederum zum Anlass nahm, die Geschädigte aufzufordern, sich auch mit einem Rasierer ein „Cutsign“ für ihn zu ritzen, was sie nicht tat;

34. am 05.07.2021 übersandte der Beschuldigte ein Bild der Geschädigten mit einem „Fansign“ neben ihrer Vulva an einen anderen Nutzer und forderte die Geschädigte auf, nicht mehr so schüchtern zu sein, drohte ihr die Veröffentlichung der Dateien an und zeigte ihr dann Aufnahmen, auf

denen ein Säugling anal vergewaltigt und auf denen ein Kind von einem Hund im Genitalbereich geleckt wird, woraufhin er die Geschädigte aufforderte, sich ein „Cutsign“ in die Haut zu ritzen, wobei er die Aufforderung mit entsprechenden Bildern, aber auch mit Beleidigungen („schüchterne Schlampe“) bekräftigte, was aber nicht zum Erfolg führte;

35. am 06.07.2021 erkundigte sich der Beschuldigte danach, ob die Geschädigte versucht habe, sich für andere Menschen zu suizidieren und ob sie sich für ihn umbringen würde, woraufhin sie angab, sie nehme seine Aufforderung zum Suizid ernst, wenn ihr jemand wichtig sei, woraufhin er ihr seine Liebe zusicherte und ihr gegenüber prahlte, Kinderpornographie an andere Nutzer senden und das Leben anderer ruinieren zu können, wobei die Geschädigte ihn vom Sendevorgang abhielt und er dann der Geschädigten weitere kinderpornographische Inhalte zugänglich machte, darunter Oralverkehr an einem kleinen Jungen;

36. am 06.07 2021 speicherte der Beschuldigte eine von der Geschädigten übersandte Bilddatei ab, die ihre entblößte Vulva sowie den Schriftzug „White Tiger" auf ihren Unterschenkeln zeigt;

37. am 07 07 2021 teilte die Geschädigte dem Beschuldigten mit, dass sie versucht habe, sich mit Tabletten das Leben zu nehmen, worauf er entrüstet reagierte und sich echauffierte, sie habe ihm nicht Bescheid gegeben, und aufzählte, wer die Geschädigte alles hasse, und drohte ihr im weiteren Verlauf, als sie etwas nicht in einer bestimmten Stimme für ihn sagen wollte, die Beziehung zu beenden, da sie für ihn zu schüchtern und unsicher sei, bezeichnete sie als „Schlampe“ und „wilde Kreatur“, wobei er hörbar eine Schusswaffe durchlud; der Beschuldigte zeigte der Geschädigten dann Aufnahmen von „Fansigns“ und aufgeschnittenen Handgelenken und, als die Geschädigte von ihrer erlittenen Vergewaltigung berichtete, freudig Videoaufnahmen eines vaginal vergewaltigten Kindes und eines sich selbst strangulierenden Mädchens, welches sich ein Messer vaginal einführt, worauf er ein entsprechendes Video von der Geschädigten forderte;

dann streamte der Beschuldigte pornographische Inhalte von Kindern, unter anderem eine Datei, auf der ein etwa fünf Jahre altes Mädchen seine Scheide für die Kamera präsentiert und der Text „I <3 child cunt“ dem Bild hinzugefügt wurde, sowie Aufnahmen von Vergewaltigungen und gehäckselten oder zerstückelten Tieren, was ihn hörbar erregte, die Geschädigte-le jedoch entsetzt ablehnte;

all dies diente dem Beschuldigten dazu, die Geschädigte darauf einzustimmen, dass diese sich „Cutsigns“ für ihn in ihre Haut in den Bereichen ihrer Vulva, ihrer Brüste und ihrer Oberschenkel schneidet, was er dann auch massiv einforderte, die Geschädigte aber zunächst ablehnte;

dann streamte der Beschuldigte weitere Missbrauchsaufnahmen von Kindern, darunter Oralverkehr an einem Mann durch ein ca, fünf Jahre altes Mädchen, und eine Videodatei, die eine Jugendliche zeigt, die sich selbst mit einem großen Messer ersticht und verlangte dann weitere Nacktaufnahmen der Geschädigten;

anschließend erhöhte der Beschuldigte nochmals den Druck auf die Geschädigte [redacted] hielt ihr vor, sie tue nichts für ihn und drohte abermals mit dem Ende der Beziehung, worauf die Geschädigte dem Druck nicht mehr standhalten konnte, sich das „Cutsign“ „White Tiger“ in die Haut schnitt und das entsprechende Bild dem Beschuldigten übersandte, der dieses – erkennbar stolz – umgehend an eine andere Person weiterleitete;

38.am 09.07.2021 rief der Beschuldigte einen Chat mit der Geschädigten auf, in welchem Aufnahmen zu sehen sind, auf denen die Geschädigte nackt für ihn posiert und die sie ihm kurz zuvor übersandt hatte;

39.am 27.07.2021 fertigte der Beschuldigte eine Bildschirmaufnahme an, auf der zu sehen ist, wie die Geschädigte sich mit ihren Fingern vaginal penetriert;

40.am 11.08.2021 forderte der Beschuldigte die Geschädigte zu Handlungen mit ihrem Teppichmesser auf, welche sie ablehnte und zudem befürchtete, dass der Beschuldigte eine wahrheitswidrig der Beschuldigte erhöhte dann den ohnehin schon starken Druck auf die Geschädigte noch weiter, indem er ihr vorhielt, dass sie für ihn zu schüchtern sei, worauf sie sich aus Angst vor dem Beschuldigten und dem Verlust ihrer einzigen Bezugsperson und der bereits angedrohten Veröffentlichung ihrer Dateien auf sein Verlangen mit einem Dildo vaginal penetrierte; die Geschädigte [redacted] hatte erkennbar starke Schmerzen, was den Beschuldigten zu freuen schien und ihn dazu veranlasste, nun auch zu fordern, dass die Geschädigte sich mit einer Schere vaginal penetrieren und sich in den Oberschenkel schneiden solle, wozu sie sich unter starken Schmerzen gezwungen sah und dem nachkam; der Beschuldigte tauschte parallel mit anderen Personen kinderpornographische Inhalte aus; unter anderem leitete er in einem Chat zuvor erhaltene Aufnahmen an andere Nutzer weiter, die zwei entblößte Kleinkinder und einen Säugling in einer Badewanne zeigen, sowie die vaginale Penetration eines etwa zwölf Jahre alten Mädchens mit ihren Fingern;

41. am 12.08.2021 verlangte der Beschuldigte von der Geschädigten, sich auszuziehen, was sie auch tat, er äußerte sich negativ über ihren Körper und befahl ihr, sich Gegenstände wie einem Spielzeug-Baseballschläger einzuführen, wobei sie dem hörig nachkam;

der Beschuldigte wies sie dann an, über ihr Teppichmesser zu lecken und sich ein richtiges Messer einzuführen und gab ferner an, um den Druck weiter zu erhöhen, sie durch Schläge auf ihre Scheide quälen, nicht jedoch, wie bei anderen Frauen, die Klitoris abschneiden zu wollen, worauf sie sich auf seinen Befehl auf ihre Vulva und auf ihr Gesäß schlug und zudem eine Haarbürste anal einführte, wobei sie erkennbar starke Schmerzen erlitt;

42. am 13.08.2021 forderte der Beschuldigte die Geschädigte auf, sich Eiswürfel in die Vagina einzuführen, was sie ablehnte, worauf er sie aufgrund ihrer Kleidung und ihres Aussehens abwertete und damit zugleich konkludent ihre Beziehung in Frage stellte, was die Zeugin so verängstigte, dass sie sich mit einem Dildo vaginal penetrierte, damit dann aber wegen ihrer Schmerzen weinend aufhören musste;

der Beschuldigte machte sich über die Schmerzen der Geschädigten lustig und drängte sie mehrfach und eindringlich, sich weiter mit dem Dildo zu penetrieren, was sie weinend und sich vor Schmerzen krümmend ablehnen musste, weil sie dazu körperlich nicht in der Lage war;

Daraufhin übersandte der Beschuldigte ihr eine Aufnahme der entblößten Brüste eines etwa 16 Jahre alten Mädchens und forderte eine solche Aufnahme von ihr, wobei er angesichts der Schmerzen der Geschädigten belustigt fragte, ob sie nun sterben würde;

43. am 14.08.2021 penetrierte sich die Geschädigte auf Drängen des Beschuldigten vaginal mit einem Dildo, wobei er ihr als Vorlage Dateien des geschädigten [redacted] 64.) übersandte, der Beschuldigte dann das „764“-Mitglied „Pomegranate“ in den Chat einlud, da die Geschädigte vor diesem etwa mit einer Haarbürste masturbieren sollte, sie dies noch ablehnte und ihre Videokamera ausgeschaltet ließ, er ihr dann allerdings androhte, er akzeptiere kein „aber“, sie solle ihre Scheide nun mit dem Dildo zerstören, er werde sie verlassen, wenn sie es nicht tue, während er sie gleichzeitig in dem Chat mit „Pomegranate¶ beleidigte, was die Geschädigte hören konnte, worauf sie letztlich ihre Kamera anschaltete und sich vor dieser mit ihrem Dildo vaginal penetrieren musste, der Beschuldigte sie im weiteren Verlauf wie sein bzw. „764“-Eigentum behandelte und sie aufforderte, sich „Fansigns“ und „Cutsigns“ für „Pomegranate“ und ihn einzuritzen, sie zur weiteren Penetration anwies und sie aufforderte, sich mit einem „Pizzaschneider“ in ihre Haut zu schneiden; aufgrund dieses Einwirkens wollte die Geschädigte sich das Leben nehmen, wovon der Beschuldigte sie abhielt und angab, er brauche sie noch;

44. am 16.08.2021 „streamten" der Beschuldigte und die Geschädigte kinder- und jugendpornographische Inhalte gegenüber einem weiteren Nutzer, worauf dieser der Geschädigten androhte, sie zu melden, die Geschädigte sich darauf weinend und völlig aufgelöst an den Beschuldigten wandte, welcher sie anwies, ihren Account und ihre Nachrichten zu löschen, und ankündigte, er werde fortan bestimmen, zu wem sie keinen Kontakt mehr haben dürfe, darunter dem „„764“-Mitglied „Affi“";

45. am 16.08.2021 zog sich die Geschädigte sich auf Verlangen des Beschuldigten aus, sodass ihre Brüste und Vulva im Fokus der Videoaufnahme waren und penetrierte sich dann auf Aufforderung mit einem Dildo und Spielzeugfiguren;

46. am 27.08.2021 befand sich die Geschädigte [redacted] in einem äußerst depressiven Zustand, hatte sich ihre hellbraunen Haare pechschwarz gefärbt und saß tieftraurig in ihrem Zimmer, was der Beschuldigte wahrnahm und nun aufgrund ihres desolaten Zustandes seine Möglichkeit erkannte, die über Wochen von ihm aufgebaute emotionale Abhängigkeit, Angst und Hörigkeit der Geschädigten final zur Tötung des Mädchens zu nutzen, sodass er ihr befahl, sich umzubringen und dies jetzt viel besser zu machen als zuvor, sich hierfür ein Messer zu nehmen und ihre Handgelenke und Pulsadern aufzuschneiden, um „auszubluten“;

da die Geschädigte zunächst zögerte, bezeichnete er sie als „armselig“, woraufhin die Geschädigte zu weinen begann und äußerte, dass sie ihm offenbar egal sei, und der Beschuldigte entgegnete, dass er nun keinen Grund mehr sehe, sie von ihrem Selbstmord abzuhalten, weil sie ihm nichts mehr bedeute und sie sich nun ohnehin töten müsse, woraufhin der wehrlose Geschädigte keine andere Möglichkeit sah, sich ein Messer zu holen;

Der Beschuldigte reagierte auf dieses Messer anerkennend und befahl mehrfach hörbar, dass sich die Geschädigte ausziehen und nun „starten“ solle, wobei beiden klar war,

dass es dem Beschuldigten darum ging, dass sich die Geschädigte die Pulsadern an den Handgelenken aufschneidet, sie das Messer in den Händen hielt, um es an die Pulsadern anzusetzen, er weiter drängte, dass sie sich dabei ausziehen solle, da dies für ihn erregend sei, worauf das Mädchen aber die Kamera ausschaltete und den Chat beendete;

als der Chat einige Zeit später fortgesetzt wurde, ist zu sehen, dass die Geschädigte Kontakt zu dem Nutzer „AffiX“ hatte und der Beschuldigte darauf versuchte, den Nutzer „AffiX“ vom Kontakt zur Geschädigten abzubringen, um seinen Plan nicht zu gefährden, und er dann die Geschädigte erneut aufforderte, ihre Klamotten endlich auszuziehen, und verlangte, dass sie sich nun umbringen solle, meinte, dass alles andere sowieso egal sei, da sie sich nun töten werde, und ihr vehement befahl, endlich das zu tun, was er ihr sage, und der Beschuldigte weiter auf den Suizid unter Nutzung des Teppichmessers drängte, mit dem sie sich die Pulsadern „zerteilen“ und „verbluten“ solle, worauf die Geschädigte dann aber den Chat abbrechen musste, ohne sich das Leben zu nehmen, weil sie von ihrem Vater gerufen worden war;

47. am 29.08.2021 begann der Beschuldigte erneut, auf die weiterhin massiv unter seinem Einfluss stehende, stark depressive und hochgradig instabile Geschädigte [redacted] einzuwirken, damit diese sich mit dem in ihrem Zimmer befindlichen Messer suizidiert, wobei er die Selbsttötung des Mädchens aufzeichnen und für seine sexuelle Erregung nutzen wollte; er versuchte die Geschädigte innerhalb von 20 Minuten insgesamt 19-mal anzurufen, derweil er mit ihr chattete und sie mehrfach aufforderte, sich „endlich für ihn“ vor der Kamera umzubringen, worauf die Geschädigte entgegnete, dass sie dies machen werde, wenn ihre Großmutter das Haus verlassen habe;

die Geschädigte, die sich in einer Beziehung mit dem Beschuldigten wähnte, fragte, ob er nicht eine Familie mit ihr wolle, was der Beschuldigte ablehnte, da sich die Geschädigte jetzt töten werde, worauf sie traurig entgegnete, dass sie nun nie eine Mutter sein werde, der Beschuldigte aber lediglich fragte, ob die Großmutter weg sei;
der Beschuldigte rief erneut mehrfach die Zeugin an und drängte sie immer nachdrücklicher, sie solle aufhören, eine „Schlampe“ zu sein und sich „verdammt nochmal" vor laufender Kamera töten, sie solle es für ihn tun, er wolle ihren Selbstmord nun endlich sehen;

als die Geschädigte [redacted] weiterhin zögerte, erhöhte der Beschuldigte stetig den Druck, rief mehrfach die Zeugin an, forderte, sie möge endlich ihren Selbstmord live streamen, ansonsten glaube er, er sei wertlos für sie, er zeigte sich aber auch gespielt entrüstet, als die Geschädigte andeutete, er wolle sie in den Tod treiben, er habe ihr ja in der Vergangenheit ausreden wollen, Selbstmord zu begehen;

der Beschuldigte wechselte daraufhin in den Telegram“-Chat mit dem 764“-Mitglied „Pomegranate“, welcher in die Mordpläne des Beschuldigten eingeweiht war, und schrieb diesem, dass die „Schlampe“ „es“ nicht mache, wobei er zugleich der Geschädigten nochmals nachdrücklich befahl, sich für ihn vor der Kamera umzubringen, worauf das Mädchen aber diesem massiven Druck standhalten konnte, sodass der Beschuldigte dem „Pomegranate“ aggressiv, gehetzt und bedauernd mitteilte, es stehe nun fest, dass die Geschädigte sich nicht töte, und weiter angab, dass offenbar etwas passiert sei, der „AffiX Nigga“ es ihr ausgeredet und sie beeinflusst habe und man niemals dem „AffiX Nigga“ vertrauen solle;

48. am 30.08.2021 forderte der Beschuldigte, der auch das folgende Geschehen aufzeichnete, die verängstigte und niedergeschlagene Geschädigte auf, sich zu entkleiden, was diese

Auch tat, und verlangte weiter, ihren Marker und Dildos zur Penetration zu holen, worauf sich die Geschädigte allerdings zunächst nicht fügte, derweil der Beschuldigte sich im „Darknet" kinderpornographische Inhalte herunterlud, die unter anderem ein vier Jahre altes Mädchen zeigen, das mit einem Dildo vaginal penetriert wird, und sich über den fehlenden Gehorsam der geschädigten beschwerte und zeitgleich aufforderte, mit den Textmarkern und dem Dildo zu masturbieren, was die Geschädigte verweigerte und unverändert auf dem sitzen blieb weinte, worauf der Beschuldigte vehement und aggressiv auf sie einredete und ihr vorhielt, sie würde nichts für ihn tun, insbesondere habe sie sich nicht auf seine Aufforderung umgebracht, wobei er über sie auffällig lachte und sie aufforderte, ihre Beine zu spreizen, was die Geschädigte widerwill tat und ihre Vulva für den Beschuldigten entblößte und der Beschuldigte die Geschädigte sodann mehrfach aufforderte, sich mit den Stiften zu penetrieren, was diese jedoch nicht machte und er schließlich noch eine Aufnahme anfertige, aut welcher zu sehen ist, wie die entblößte Geschädigte sich mit einem Marker über die Brust in der Hals-/Herzregion entlang streicht, und der Beschuldigte auf diese „heranzoomt" und in dem Video auf Deutsch den Text „ Sie hat nicht selbst mord gemacht" eingefügt hat;

49. am 07.09.2021 fertigte der Beschuldigte eine Videodatei von einem „,Snapchat"-Chat mit der Geschädigten an und speicherte diese für sich ab, wobei zu sehen ist, wie die Geschädigte sich mit zwei Fingern vaginal penetriert;

50. am 12.09.2021 speicherte der Beschuldigte ab 14:45 Uhr eine Videodatei ab, in welcher insbesondere verschiedene Bilddateien zu sehen sind, die zeigen, wie die Geschädigte sich für den Beschuldigten auf dessen Einwirken seinen Namen „WT" unter die Brüste in ihre Haut schneidet, wobei diverse weitere Schnittverletzungen auf ihrem Körper erkennbar sind und über ihrem Bauchnabel mit Edding das „Fansign" „White Tiger" steht; weitere Dateien des Beschuldigten zeigen die entblößten Brüste und die fokussierte Vulva der Geschädigten sowie wie sich die Geschädigte für den Beschuldigten in ihr linkes Bein schneidet und hierbei ihre Vulva entblößt ist;

51. -53. der Beschuldigte fertigte am 12.09.2021 ab 18:16 Uhr einen „Screenrecord" an, worauf er durch vergangene Chats mit der Geschädigten scrollt, welche folgende Taten zum Nachteil der Geschädigten zeigen:

51. am 14.08.2021 übersandte die Geschädigte zwei Bilder, auf denen ihre Oberschenkel mit mehreren Schnitten zu sehen sind, welche sich die weiterhin stark depressive und dem Beschuldigten hörige Geschädigte auf dessen Veranlassung kurz vorher zugefügt hatte;

52. am 05.09.2021 schickte die Geschädigte dem Beschuldigten ein Bild von sich, auf dem sie nackt posiert;

53, zwischen dem 06.09.2021 und dem 09.09.2021 schickte die Geschädigte eine weitere Aufnahme von sich, die sie vollständig entblößt zeigt:

54. am 12.09.2021 um 21:27 Uhr fertigte der Beschuldigte eine Videodatei an, welche zeigt. wie die Geschädigte sich mit ihren Fingern selbst vaginal penetriert und über Ihrem Bauchnabel „AffiX" steht, und speicherte ein weiteres Bild ab, welches die Geschädigte zeigt, wie sie sich stranguliert, ihre Vulva präsentiert und auf ihrem Bauch und Oberschenkeln „AffiX" steht;

55. am 22.09.2021 verlangte der Beschuldigte von der weiterhin hochgradig instabilen Ge schädigten, sich einen Dildo anal einzuführen, wogegen diese sich zunächst sträubte, der Beschuldigte dann jedoch vehement auf sie einredete, worauf die Geschädigte aufgrund der monatelangen Drohungen, Liebesbekundungen und Manipulationen des Beschuldigten sich dem Druck beugen musste und sich einen Dildo anal einführte;

56. am 26.09.2021 forderte der Beschuldigte, die Geschädigte [redacted] solle sich ein Halsband anlegen und die Tür verriegeln, woraufhin er ihr Aufnahmen zeigte, auf denen Frauen brutal vergewaltigt und Kleinkinder missbraucht werden, darunter Oralverkehr von teilweise gefesselten Mädchen im Alter zwischen zwei und sechs Jahren an erwachsenen Männern;

anschließend befahl der Beschuldigte der Geschädigten, sie müsse sich mit diversen Gegenständen anal und vaginal penetrieren, wobei er sie auch herabwürdigte und als „Haustier bezeichnete, sodass die Geschädigte den Forderungen nachkam und sich unter Tränen mit einem Dildo vaginal und anal penetrierte, während der Beschuldigte sie verhöhnend auslachte;

später hielt die Geschädigte ein Messer in der Hand, an dem sie zunächst auf Aufforderung des Beschuldigten lecken, es sich dann aber auch vaginal und anal einführen musste, was ihr erhebliche Schmerzen bereitete;

um den Druck auf die Geschädigte weiter zu erhöhen, drohte der erkennbar erregte Beschuldigte ihr, er würde, wäre er bei ihr, ihren Kopf an den Haaren nach hinten ziehen, ihr das Messer an den Hals halten, ihren Kopf abhacken und sie hinrichten, worauf er sie unter weiteren Drohungen anwies, eine „Nippelklemme“ oder eine Haarspange an ihre Klitoris zu klemmen, wozu sich die Geschädigte auch gezwungen sah und erhebliche Schmerzen erlitt;

anschließend musste sie erneut den Dildo vaginal einführen, worauf der Beschuldigte drohte, er werde die von ihm gefertigten Aufnahmen des Geschehens an ihrer Schule verbreiten, worauf die Geschädigte panisch reagierte und weiterhin den Dildo zwischen ihre Schamlippen schob, bis sie aufgelöst weinte, worauf der Beschuldigte sie auslachte und weiter beleidigte;

57. am 07.03.2022 ab 03:26 Uhr wollte der Beschuldigte erneut den sehr schlechten psychischen Zustand der Geschädigten und deren von ihm über Monate aufgebaute Gefügigkeit ihm gegenüber dazu nutzen, sie zu zwingen, sich vor laufender Kamera mit dem in ihrem Zimmer befindlichen Messer die Pulsadern aufzuschneiden, wobei sich der Beschuldigte an ihrem Sterben sexuell erregen wollte;

er übersandte ihr zunächst in einem schriftlichen Chat eine Bilddatei, auf der zu sehen ist, wie die Geschädigte sich die Buchstaben „WT“ unterhalb der Brust in ihre Haut geschnitten hatte, über ihrem Bauchnabel mit Edding geschrieben „WT“ steht und sich an ihrem Bauch und über ihrem Intimbereich diverse weitere Schnitte befinden und fragte sie, ob sie dies erinnere, hielt ihr vor, dass dies ihre Entschuldigung dafür gewesen sei, dass sie ihn betrogen

habe und forderte sie dann auf, sich dieses Mal endlich umzubringen, würdigte sie darüber hinaus zutiefst herab. Teilte ihr mit, dass niemand sie möge, sie nichts wert sei und ihre Mutter und Großmutter recht hätten, wenn diese sagten, es sei besser, sie wäre nie geboren worden;

der Beschuldigte setzte hier ein letztes Mal an, die weiterhin zutiefst psychisch instabile Geschädigte in den Tod zu treiben, da die weitere Kommunikation zwischen den beiden aber nicht vorliegt, wird zum derzeitigen Stand der Ermittlungen zugunsten des Beschuldigten davon ausgegangen, dass das Mädchen überlebt hat;

**<u>IV. Taten zum Nachteil der Geschädigten [redacted]</u>**

58. und 59. in der Zeit vom 02.07.2021 bis zum 06.07.2021 Uhr führte der Beschuldigte jeweils auf dem Dienst „Discord" mit seinem Account „White Tiger#5866" unter Beteiligung der weiteren Nutzer „Kink", „Sno", „Vpn" und „AffiX" mit der – wie der Beschuldigte wusste - allenfalls 15-jährigen US-Amerikanerin [redacted] („anorexic") mehrere Gruppenchats, welche der Beschuldigte jeweils mittels „Screenrecords" auf seinem Computer für sich abspeicherte, im Einzelnen:

58. am 02.07.2021 ab 01:01 Uhr führte die Geschädigte [redacted] vor laufender Kamera für den Beschuldigten und die anderen Nutzer mehrere sexuelle Handlungen durch, insbesondere hielt sie einen herzförmigen Analplug in ihrem Anus eingeführt und führte auf die vehemente Forderung der weiteren Nutzer verängstigt zeitgleich einen hautfarbenen länglichen Dildo mehrfach vaginal ein;

im weiteren Verlauf forderte der Beschuldigte, die Geschädigte solle sich die Accountnamen der Chatteilnehmer in ihre Haut ritzen, was die weiteren Chatteilnehmer entsprechend ihres gemeinsamen Tatplans wiederholten, dabei die Geschädigte lautstark bedrängten und sie als „atzend beschimpften, wobei die Geschädigte aber standhalten konnte und sich nicht selbst verletzte

59. am 05.07.2021 ab 22:49 Uhr führte der Beschuldigte erneut aufgrund eines gemeinsamen Tatplans und unter Erbringung wechselseitiger Tatbeiträge zusammen mit den weiteren Nutzer „sno" und „kink" mit der Geschädigten „anorexic" einen Gruppenchat, in dem die Geschädigte zunächst von den Tätern über mehrere Stunden dazu gedrängt wurde, sich auszuziehen und sich die Namen „Kink", „Sno" und „WhiteTiger" tief in ihren Körper zu ritzen, was die immer stärker weinende und zitternde Geschädigte zunächst ablehnte,

nach erneut stundenlangen Forderungen, Beleidigungen und Diffamierungen der Täter und weiteren dem Chat beigetretenen Nutzern sowie der Drohung, die von ihr am 02.07.2021 erstellten Aufnahmen, welche sie masturbierend zeigen (vgl. Ziff. 58), an ihren Vater, an das FBI und an ihre Schule zu senden, ferner der vorgetäuschten Ankündigung, die Täter würden ihre Aufnahmen anschließend löschen, musste die Geschädigte sich dann aber den Tätern beugen, indem sie sich vor der Kamera entkleidete, dabei zeitweise ihre Brüste mit ihren Händen verdeckte und sich zögerlich mit einem 10-20 cm langen Klappmesser die Accountnamen „Kink" „WhiteTiger", „764" und „AffiX" in ihre Bauchdecke einritzte;

auf Vorschlag des Beschuldigten verlangten die Täter sodann, die Geschädigte solle mit dem Klappmesser masturbieren, worauf die stark schluchzende Geschädigte flehte, die Täter mögen aufhören, diese jedoch im Gegenteil den Druck auf die Geschädigte intensivierten und vorschlugen, alternativ könne sie sich auch umbringen, sie solle ihre Handgelenke aufritzen

oder mit dem Messer masturbieren, Worauf das Mädchen dem massiven Druck des Be schuldigten und der mittlerweile mindestens 16 weiteren Teilnehmer nicht mehr standhalten konnte, sich weinend auf ihren Schreibtischstuhl hockte und mehrfach die Schneide des Klappmessers vaginal einführte, wobei sie aufgrund ihrer Schmerzen stöhnte und ihr Gesicht verzog;

**V. Taten zum Nachteil der Geschädigten** [redacted]

60.-64. in einem Zeitraum vom 06.07.2021 bis zum 01.08.2021 bzw. 10.04.2023 wirkte der Beschuldigte – in den Fällen 60. und 61. jeweils mit weiteren Mitgliedern der Gruppierung „764" aufgrund eines gemeinsamen Tatplanes handelnd sowie unter Erbringung wechselseitiger Tatbeiträge und durch die Nutzung diverser Einzel- und Gruppenchats auf die, wie er wusste, elf Jahre alte Geschädigte [redacted] aus den USA ein, wovon er erneut „Screenrecords" aufnahm und speicherte, zuvorderst der Nutzer „AffiX" nach gängigem modus operandi der Gruppierung dem Kind vorspiegelte, er sei mit ihr befreundet oder in einer Beziehung, um so ihr Vertrauen zu erlangen und sie dazu zu bringen, vor laufender Kamera nackt zu posieren, sich Gegenstände anal und vaginal einzuführen, sexuelle Handlungen an ihrem Hund auszuüben und sich „Cutsigns" in die Haut zu schneiden, wobei zunächst plangemäß das Gruppenmitglied „AffiX" Kontakt zu der Geschädigten aufnahm, in mehreren Videochats auf sie einwirkte und ihr Vertrauen erschlich, während er zeitgleich – ohne Kenntnis der Geschädigten – mit den weiteren Gruppenmitgliedern chattete, die ihm Ratschläge und Anweisungen erteilten, wie er die Geschädigte noch besser manipulieren könnte;

so wurde mit gravierenden gewaltverherrlichenden und pornographischen Inhalten auf das junge Mädchen eingewirkt, um sie ihrerseits zu immer extremeren sexuellen Handlungen zu drängen, wobei ihr angedroht wurde, dass von ihr bereits gefertigte Dateien an persönliche Kontakte, die der Beschuldigte und die Täter sich zu diesem Zweck zuvor verschafft hatten, veröffentlicht würden, sollte sie nicht gehorsam den Befehlen der Täter nachkommen;

nachdem sich der Gruppenchat aufgelöst hatte, wirkte der Beschuldigte sodann weiter alleine auf die Geschädigte ein;

am 10.04.2023 erstellte der Beschuldigte dann erneut „Screenrecords" der Taten aus dem Jahr 2021;

im Einzelnen:

60. am 06.07.2021 streamte zunächst einer der Täter in dem Gruppenchat eine Aufnahme, die ein etwa drei Jahre altes Mädchen zeigt, das an einem erwachsenen Mann Oralverkehr ausüben muss, worauf der Beschuldigte diesen Film für sich abspeicherte, dann teilte der Nutzer „AffiX" seinen Videochat mit der insoweit ahnungslosen Geschädigten Phillips für die weiteren Gruppenmitglieder, worauf die Geschädigte sich auf Anweisung des „AffiX" vaginal mit einer Haarbürste penetrieren musste, wobei er sie exakt anleitete, um die Aufnahme für die weiteren Täter zu verbessern;

der Beschuldigte wiederum forderte den „AffiX" dann auf, er solle die Geschädigte dazu bringen, sich eine Bürste und ein Messer anal und vaginal einzuführen, sich seinen „Nick-name" in die Haut zu schneiden, sexuelle Handlungen mit ihrem Vater und an ihrem Hund

vorzunehmen, das Tier zu verletzen die sich eine Faust Faut in ihren After zu stecken sowie Lebensmittel in ihre Vulva einzuführen, die sie anschließend essen müsse;

der Geschädigten dann, mit einem Messer selbst zu verletzen, und sich die „Cutsigns“ der Täter in die Haut zu schneiden, wobei der „Affix“ durch die anderen Täter exakt angeleitet wurde, so forderte der Beschuldigte insbesondere, dass er das Blut tropfen sehen wolle und gab Anweisungen zu „Schneidetechnik“, was „AffiX" jeweils an die Geschädigte weitergab;

das Kind folgte diesen Anweisungen und schnitt sich das „Cutsign“ „AffiX“ in die Haut;

61. am 13.07.2021 planten der Beschuldigte und die weiteren Gruppenmitglieder erneut, auf die Geschädigte [redacted] einzuwirken, ihr mit der Veröffentlichung ihrer bisherigen Aufnahmen an ihre persönlichen Kontakte zu drohen, ihr die Schusswaffe des Beschuldigten zu zeigen und nun mit mehreren Personen das Kind zu bedrängen, während im Stream die unbekleidete Geschädigte auf Anweisung des „Affix“ auf dem Rücken lag, die Knie mit dem linken Arm an den Bauch zog, ihr Geschlechtsteil der Kamera präsentierte und in der rechten Hand eine Haarbürste hielt, deren Griff, ebenso wie ihre Vulva, mit Blut beschmiert war;

der Beschuldigte schlug den anderen Tätern noch vor, dass die Geschädigte sexuelle Handlungen an ihrem Hund vornehmen und dass der Hund ihren Geschlechtsbereich lecken solle, worauf die Geschädigte dann einem Gruppenchat zugefügt wurde und sich dort unvermittelt mehreren Tätern gegenübersah, welche drohten, ihre pornographischen Aufnahmen an ihren Vater und an ihr weiteres privates Umfeld zu senden, wobei vor allem der Beschuldigte ankündigte, ihrem Vater Dateien zu zeigen, auf dem seine Tochter „aus der Scheide blutet“, derweil die Täter dem Kind seine Anschrift und weitere persönliche Informationen zeigten, sie wüssten, wer ihre Eltern seien und hätten sie – die Geschädigte – in der Hand;

der Beschuldigte forderte die Geschädigte auf, ihre Kamera einzuschalten und sich auszuziehen, um sie sodann unter den vorgenannten Drohungen zu noch erheblicheren sexuellen Handlungen als bisher zu bringen, wobei dem Kind auch angedroht wurde, sie zu „verkaufen“ und sie wegen ihrer kinderpornographischen Aufnahmen anzuzeigen, wobei die Geschädigte aber während des Chats die Polizei anrief;

62. am 13.07.2021 ab 23:41 Uhr hatte nur der Beschuldigte Kontakt zu der Geschädigten [redacted] verdeutlichte ihr, dass er im Besitz einer Schusswaffe sei, und übersandte ihr Bilddateien der Geschädigten [redacted] die sich seinen Namen als „Cutsign“ in die Haut geschnitten hatte, worauf er von der Geschädigten verlangte, mit einem Messer zu masturbieren und davon Aufnahmen anzufertigen, so wie sie es bereits für „AffiX“ habe tun müssen; die Geschädigte leistete dem keine Folge, worauf der Beschuldigte drohte, ihre Nacktaufnahme „auf einer Website“ zu veröffentlichen und sie so zu ruinieren, wenn sie sich nicht selbst penetriere;

weiter fragte er das Mädchen, wie sie es geschafft habe, dass ihre Scheide geblutet habe und ob es ihre Periode gewesen sei, was er „heiß“ finde, worauf er ihr Bilder anderer jugendlicher, nackter Geschädigten zeigte, die seine „Cutsigns“ trugen, darunter ein weiblicher Oberkörper mit dem Schriftzug „WHITE TIGER" und einem Hakenkreuz unterhalb der Brust, um dann von dem Kind zu fordern, weitere „Dinge“ für ihn zu tun, nicht ohne erneut darauf hinzuweisen, dass er die Adresse und Telefonnummer der Geschädigten und auch bereits von ihr gefertigte Videos veröffentlichen könne;

schließlich übersandte der Beschuldigte der Geschädigten pornographische Dateien der Geschädigten [redacted] und eines weiteren, allenfalls jugendlichen Opfers namens [redacted] auf denen unter anderem zu sehen ist, dass diese geknebelt ist, auf ihren Schamhügel „White Tiger" geschrieben steht, ihr After und ihre Vulva mit Blut beschmiert sind, an ihren Schamlippen Wäscheklammern befestigt wurden und ein Messer zwischen ihren Schamlippen steckt;

63. am 01.08.2021 teilte das „764"-Mitglied „Kink" pornographische Videos der Geschädigten [redacted] und zwar, wie sich das Kind mit verschiedenen Gegenständen penetrieren muss und Aufnahmen der entblößten Brüste seiner weiteren jugendlichen Opfer, die der Beschuldigte für sich abspeicherte; er selbst leitete insbesondere ein Video der Geschädigten [redacted] in welchem sie mit einer Haarbürste masturbieren muss, an einen anderen Nutzer weiter, und stellte dann dieses Video und einen Film, in welchem die Geschädigte [redacted] mit einem Messer masturbieren muss, in eine größere Chatgruppe ein;

64. am 10.04.2023 gegen 02:59:30 Uhr erstellte der Beschuldigte drei Screenrecords“ und speicherte diese für sich ab, wobei die Videos jeweils die elf Jahre alte Geschädigte [redacted] zeigen, die sich auf Anweisung und Anleitung insbesondere von „AffiX“ mit verschiedenen Gegenständen vaginal penetrieren muss, derweil ein anderer Nutzer ein gespielt mitleidiges „Oooohh“ von sich gibt und die Geschädigte auslacht, worauf diese sichtlich angestrengt und schmerzerfüllt vor den Gruppenmitgliedern weiter masturbieren muss;

**<u>VI. Taten zum Nachteil der Geschädigten</u>** [redacted]

65.-66. in der Zeit vom 22.01.2021 bis zum 05.02.2022 hatte der Beschuldigte auf „Snapchat“ Kontakt mit der – wie er wusste – am 12.02.2007 geborenen, mithin zur Tatzeit noch 13-jährigen Geschädigten [redacted] [redacted]), die – auch dies war dem Beschuldigten klar – psychisch hochgradig instabil war;

65. am 22.01.2021 ab 20:51 Uhr führte der Beschuldigte mit der Geschädigten [redacted] einen Chat, in dem die Geschädigte ihm mehrere Aufnahmen von Schnittverletzungen an ihrem Körper, unter anderem im Bereich der Pulsadern übersandte und der Beschuldigte spätestens dann erkannte, dass die Geschädigte zu selbstverletzenden Handlungen neigte;

daraufhin kommentierte der Beschuldigte die Aufnahme unter anderem mit „Ja so was ist cool“ und forderte die Übersendung weiterer Bilder mit „Lol schick sie“, woraufhin die Geschädigte den Beschuldigten fragte, ob sie „auch ein Herz machen“ – also sich in die Haut schneiden - soll, was der Beschuldigte in Kenntnis und unter Ausnutzung des Zustandes der Geschädigten mit den Worten „Ja man“ bejahte, sodass die Geschädigte kurze Zeit später gegen 21:09 Uhr ein Bild ihres nackten rechten Oberschenkels präsentierte, auf dem ein kleines Herz für den Beschuldigten eingeritzt war, sowie ein Bild der Nahaufnahme des Herzens;

66. am 05.02.2021 ab 14.04 Uhr führte der Beschuldigte erneut einen Chat mit der Geschädigten [redacted] wobei die Geschädigte dem Beschuldigten zunächst eine Videoaufnahme von der Innenseite ihres Unterarms übersandte, auf welche dem Bereich der Pulsadern frische Schnitte mit teils austretendem Blut zu sehen sind und dsie en Beschuldigten fragte, was sie nun schneiden solle, wobei sie wusste, dass er entsprechende Aufnahmen von ihr verlangte, daraufhin gegen 17.44 Uhr erneut eine Aufnahme an den Beschuldigten übersandte, auf der frische Schnitte an ihrem Oberschenkel zu sehen sind, sodann der Beschuldigte fragte, was sie früher benutzt habe, worauf die Geschädigte mit „Schere" antwortete und der Beschuldigte wiederum auf ein „gutes Kichenmesser" verwies, dann aber das Gespräch auf Rasierklingen lenkte mit der Folge, dass die Geschädigte gegen 18:07 Uhr eine Bildaufnahme von ihrem Oberschenkel übersandte, auf dem frische Schnittverletzungen zu sehen sind;

## VII. Taten zum Nachteil der Geschädigten [redacted]

67.-68. in der Zeit spätestens vom 15.02.2022 bis zum 21.02.2022 hielt der Beschuldigte mit der – wie er wusste – am 08.02.2008 geborenen, mithin zur Tatzeit gerade 14-jährigen Geschädigten [redacted] [redacted]online Kontakt, welche die Schule des Beschuldigten besuchte und mit dem Beschuldigten zeitweise gemeinsam dorthin fuhr, wobei die Geschädigte zu diesem Zeitpunkt romantische Gefühle für den Beschuldigten hegte, ihn liebevoll „Babe" nannte und aufgrund dieses Vertrauensverhältnisses bereits zu Beginn des Chats darüber schrieb, dass sie sich in Therapie befinde, worauf der Beschuldigte die Zuneigung und Instabilität der Geschädigten ausnutzte und sie dazu veranlasste, ihm mehrere „Cutsigns", zu schneiden und Nacktaufnahmen zu übersenden, welche der Beschuldigte mittels des Snapsavers" sicherte, im Einzelnen:

67. fertigte die Geschädigte am oder kurz vor dem 15.02.2022 entsprechend der Anweisung des Beschuldigten auf ihrer Brust mehrere „Cutsigns", indem sie sich unter anderem ein Herz in die Haut ritzte, wovon sie dem Beschuldigten gegen 15:32 Uhr eine Bildaufnahme übersandte;

68. fertigte die Geschädigte am 21.02.2022 ab 15.32 Uhr, um dem Beschuldigten zu gefallen und seine Liebe zu gewinnen, erneut mehrere „Cutsigns" an, indem sie sich auf ihr Schienbein mit einem unbekannt gebliebenen scharfen Gegenstand die Buchstabenfolgen „WT" (für „WhiteTiger"), „764" und „Sex" in ihre Haut ritzte, wovon sie eine Aufnahme an den Beschuldigten übersandte;

ab 19:43 Uhr erhielt der Beschuldigte sodann mehrere Bild- und Videodateien, welche die Geschädigte nackt in einer Badewanne liegend oder beim Masturbieren zeigen, wobei die Geschädigte fragte, ob die Aufnahmen so richtig gefertigt seien, und der Beschuldigte sie dann anwies, wie sie sich zu positionieren habe, worauf die Geschädigte im weiteren Verlauf auch Aufnahmen übersandte, auf denen sie sich in ihr blutverschmiertes Bein ritzt und sich mit einer Nadel in die Zunge sticht;

**Taten zum Nachteil der Geschädigten** [redacted]

69.- 81. in dem Zeitraum vom 13.03.2021 bis zum 21.02.2022 wirkte der Beschuldigte, in Fall 77. im bewussten und gewollten Zusammenwirken mit dem Gruppenmitglied „AffiX“, auf die Geschädigte [redacted] mit dem Ziel ein, diese zu selbstschädigenden Handlungen vor der Kamera zu bringen und sie dann für ihre Gruppierung „764“ als Täterin zu „ekrutieren“, wobei die Geschädigte im Tatzeitraum – für den Beschuldigten erkennbar - hochwahrscheinlich 13 oder 14 Jahre alt und suizidal war, Drogen und Alkohol konsumierte, aus prekären familiären Verhältnissen stammte und bereits Opfer einer Vergewaltigung war, sodass sie sich für den Beschuldigten als vermeintlich „leichtes Opfer“ darstellte und er darüber hinaus bereits seitdem sie zwölf Jahre alt war im Wege des „Groomings“ auf sie einwirkte, um sie durch das Vorspiegeln von Freundschaft und einer Beziehung dazu zu bringen, sich für ihn zu verletzen und sexuelle Handlungen vorzunehmen sowie entsprechende Dateien anzufertigen,

69. am 13.03.2021 ab 01:53 Uhr übersandte die dem Beschuldigten mittlerweile hörige Geschädigte auf dessen Veranlassung eine Bilddatei, die zeigt, wie sie sich für ihn fünf tiefe Schnitte in ihre Brüste schneidet, worauf der Beschuldigte diese Datei für sich abspeicherte;

70. am 13.03.2021 ab 18:39 Uhr fertigte die Geschädigte auf Veranlassung des Beschuldigten diverse Bild- und Videodateien an und übersandte ihm diese, wobei die Dateien insbesondere zeigen, wie die Geschädigte sich über die entblößte Brust und Vulva streicht und ihre Schamlippen mit den Fingern spreizt, wobei sie zuvor für den Beschuldigten „White Tiger“, „764“ und ein Hakenkreuz mit einem Edding-Stift auf ihrem Oberkörper geschrieben hatte,

der Beschuldigte dann eine weitere Videodatei für sich anfertigte, welche ein Nacktbild der Geschädigten mit diversen digitalen Veränderungen zeigt, und zwar einem Messer, das sie vaginal penetriert, einem Messer, das in ihre linke Brust gerammt wird und einem Messer, das in ein auf der linken Brust geschriebenes Herz gestoßen wird;

71. am 14.03.2021 ab 03:33 Uhr übersandte die Geschädigte dem Beschuldigten eine Datei, die zeigt, wie sich die Geschädigte auf Veranlassung des Beschuldigten aufgrund seiner Faszination für rechtsradikale Inhalte ein Hakenkreuz in die Haut schneidet;

72. am 14.03.2021 ab 18:21 Uhr forderte der Beschuldigte die Geschädigte auf, sich selbst zu würgen und zu ritzen, worauf sie sich ein Hakenkreuz in die Haut schnitt, der Beschuldigte die Geschädigte dann beleidigte und sie ihm Aufnahmen ihrer Vulva und ihrer entblößten Brüste übersandte;

73. am 15.03.2021 zeigte der Beschuldigte der Geschädigten eine Aufnahme der entblößten Brüste eines jugendlichen Mädchens, sodass die Geschädigte ihm ein Bild ihrer nackten Brüste übersandte, worauf er ihr eine Aufnahme übersandte, auf der sich eine teilweise entblößte Frau selbst stranguliert, und die Geschädigte sich auf Veranlassung des Beschuldig-

Ten eine Schnittwunde am Knie zufügte und ihm hiervon eine Aufnahme sowie ein Video schickte, in dem erneut ihre im Bildmittelpunkt befindlichen Brüste zu sehen sind;

74. am 17.082021 übersandte die Geschädigte dem Beschuldigten auf dessen Veranlassung die Bilddateien, die er für sich abspeicherte, welche das entblößte Gesäß und die entblößten Brüste der Geschädigten zeigen;

75. am 28.03.2021 fügte die Geschädigte sich auf Wunsch des Beschuldigten eine Schnittwunde zu und goss eine augenscheinlich ätzende Flüssigkeit aus einer grünen Flasche auf die Wurde, wobei sie ihr Gesicht vor Schmerz verzog und für den Beschuldigten hiervon Videodateien anfertigte;

76. am 14.05.2021 übersandte die Geschädigte dem Beschuldigten Dateien ihrer nackten Briste und ihres entblößten Gesäßes, fügte sich eine Verletzung am Unterarm zu und schickte auch hiervon eine Aufnahme an den Beschuldigten;

77. am 27.06.2021 wirkte der Beschuldigte gemeinsam mit „AffiX“ auf die Geschädigte ein, forderte, dass diese sich ein Messer anal einführen und Dateien davon übersenden sowie ihren Hund toten solle und dann, dass die Geschädigte die weitere Geschädigte Solala „groomen“ und ein „Cutsign“ für ihn und „AffiX“ machen solle, was sie zusagte, da sie ihn ob es zu einer analen Penetration mit dem Messer, einer Selbstverletzung der Geschädigten und einer Tötung des Hundes kam, ist bislang noch ungewiss;

78.am 28.06.2021 übersandte der Beschuldigte der Nutzerin „[redacted] Dateien der blutigen Scheide eines etwa zwölf Jahre alten Mädchens, berichtete ihr belustigt vom Mobbing der Geschädigten [redacted]“ durch die Gruppierung „764“ und übersandte dann Dateien der entblößten und aufgeschnittenen Brüste eines etwa zwölf Jahre alten Mädchens, anschließend wechselte der Beschuldigte zum Chat der Gruppe „Rape Cast“, worin sich ein „Meme“ zum Thema „Vergewaltigung“ befand sowie Bilddateien von nackten, gefesselten und geknebelten Frauen und Kindern, Leichen, Tötungen, Hakenkreuzen und Tierpornographie, wobei er eine Aufnahme, auf der ein Kleinkind mit Kerzenwachs schwer sexuell missbraucht wird, an den „Forwards Cover Bot“ übersandte;

79.am 28.06.2021 speicherte der Beschuldigte zwei Lichtbilder, die zeigen, wie die Geschädigte [redacted] auf ihr entblößtes und fokussiertes Gesäß auf Veranlassung des Beschuldigten „White Tiger“ geschrieben hat;

80. am 12.12.2021 speicherte der Beschuldigte zwei „Snapchat“-Videos für sich ab, welche zeigen, dass sich die Geschädigte für den Beschuldigten „White Tiger“ kurz zuvor ein Hakenkreuz in ihre Hüfte geschnitten hatte und zudem ihre entblößte Scheide zu sehen ist;

81. am 21.01.2022 musste die Geschädigte sich auf Veranlassung des Beschuldigten weitere „Cutsigns“ in ihre Haut schneiden, die „White Tiger" und ein Hakenkreuz zeigen, sich vaginal mit ihrem Finger penetrieren und ihm anschließend Lichtbilder und Videodateien davon übersenden, die er für sich abspeicherte;

**<u>IX. Umgang mit kinderpornographischen Inhalten</u>**

82.-123. in einem Zeitraum vom 12.02.2021 bis zum 31.12.2022 befand sich der Beschuldigte auf den Diensten „Discord" und „Telegram“ in diversen Servern und Gruppen- bzw. Einzelchats, welche u.a. dazu genutzt wurden, überaus gravierende kinderpornographische Inhalte zu teilen, wovon der Beschuldigte „Screenrecords" anfertigte, um sich diese Inhalte zur eigenen Verwendung zu sichern;
außerdem streamte der Beschuldigte in einigen Fällen selbst kinderpornographische Inhalte. übersandte diesen anderen Nutzern oder bekam diese übersandt, im Einzelnen:

83. am 12.02.2021 gegen 18:28 Uhr fertigte der Beschuldigte („WhiteTiger#6709“) einen „Screenrecord“ an und speicherte diesen für sich ab, der einen "Discord-Chat" zeigt, in dessen Verlauf der Nutzer „proud satanist“ eine Datei streamte, auf der ein Baby schwer sexuell missbraucht und gefoltert wird und es hierzu bereits gefesselt und entblößt auf dem Boden liegt, während eine erwachsene Person auf dem Baby eintritt;

83. am 11.05.2021 gegen 23:07 Uhr fertigte er („WhiteTiger#3283“) einen „Screenrecord“ an, der einen "Discord-Chat" zeigt, in dem der Nutzer „nostalgia" kinderpornographische Dateien streamte, auf denen unter anderem zu sehen ist, wie ein etwa zwölf Jahre altes Mädchen masturbieren muss;

84. am 16.05.2021 fertigte der Beschuldigte („WhiteTiger#3283“) gegen 04:33 Uhr einen „Screenrecord“ an, welcher zeigt, wie er in einem „Discord-Chat“ der Nutzerin „raw fetus“ kinderpornographische Inhalte zeigte, darunter unter anderem eine Bilderserie eines etwa sechs Jahre alten Mädchens, wobei die Scheide des Kindes im Fokus ist;

85. am 08.06.2021 gegen 23:57 Uhr fertigte er („WhiteTiger“) einen „Screenrecord“, welcher zeigt, wie der Nutzer „Felix“ in einem „Discord-Chat" kinderpornographische Inhalte streamte, darunter eine Datei, auf der einem etwa sechs Jahre alten Mädchen die Vagina geleckt wird, und eine Datei, auf der ein etwa zehn Jahre altes Mädchen Oralverkehr an einem erwachsenen Mann vornehmen muss, worauf der Beschuldigte ab 23:58 Uhr einen weiteren „Screenrecord“ eines "Discord-Chats“ anfertigte, in welchem der Nutzer „Felix" weiter kinderpornographische Inhalte streamte, wobei die Datei u.a. zeigt, wie ein etwa zehn Jahre altes Mädchen Oralverkehr an einem erwachsenen Mann vornehmen muss;

86. am 09.06.2021 gegen 21:36 Uhr fertigte er einen „Screenrecord“ an, wobei auf diesem zu sehen ist, wie der Nutzer „Felix“ in einem "Discord-Chat“ kinderpornographische Inhalte

streamte, auf denen unter anderem der Analverkehr an einem ca, vier Jahre alten Mädchen zu sehen ist;

87. am 10.06.2021 gegen 02.25 Uhr fertigte er einen „Screenrecord“ welcher zeigt, wie der Beschuldigte bei „Telegram“ in einem Chat mit der Nutzerin „griffin“ kinderpornographische Dateien streamte, welche unter anderen Analverkehr er einen einem ca. zwei Jahre alten Mädchen Oralverkehr eines vierjährigen Mädchens an einem erwachsenen Mann, Analverkehr an einem wenige Wochen alten weiblichen Säugling und einen ca. drei Monate alten entblößten Jungen mit dem erigierten Penis eines erwachsenen Mannes zeigen;

88. am 16.06.2021 gegen 19:12 Uhr fertigte der Beschuldigte einen „Screenrecord“ mit einer Abspielzeit von 21:04 Minuten von einem Videogespräch des „AffiX“ mit der unbekannt gebliebenen, allenfalls 16-jährigen Geschädigten[redacted]“, wobei „AffiX“ seinen Bildschirm mit dem Beschuldigten geteilt hatte und auf der Aufnahme unter anderem zu sehen ist, wie die Geschädigte auf Aufforderung des „AffiX“ ihr nacktes Gesäß, auf welches sie den Namen „AffiX“ geschrieben hatte, und ihre Vulva der Kamera präsentiert; die Geschädigte hatte – wie der Beschuldigte wusste – keine Kenntnis von der Fertigung der Aufnahme;

89. am 17.06.2021 gegen 02:32 Uhr fertigte er einen „Screenrecord“ an, auf dem zu sehen ist, wie der Beschuldigte („White-Tiger“) auf dem Dienst „Telegram“ an einem Gruppenchat mit dem Namen „Project Bluebird“ teilnahm und der Nutzer „mk ultra*ARTDEALER*“ kinderpornographische Inhalte von weiteren Nutzern/Kanälen streamte, darunter:

Dateien des [redacted] die u.a. Anal-, Oral- und Vaginalverkehr an einem ca. fünf Jahre alten Mädchen zeigen,

Dateien aus „Forwards Cover Bot“, die Oral- und Vaginalverkehr eines ca. acht Jahren alten Mädchens zeigen,

Dateien des Nutzers „buddy“, die Oralverkehr eines ca. sechs Jahre alten Mädchens zeigen, eine Datei des Nutzers „GL“, die Vaginalverkehr an einem etwa drei Jahre alten Mädchen zeigt,

eine Datei des Nutzers „cp (sotah euk)“, die ein entblößtes acht Jahre altes Mädchen mit fokussierter Vagina zeigt,

Dateien des Nutzers „migurl“, die u.a. Analverkehr an einem etwa drei Jahre alten Mädchen zeigen,

eine Datei des Nutzers „Juan“, die die Vergewaltigung eines etwa zehn Jahre alten Mädchens zeigt,

eine Datei des Nutzers „Deleted Account“, die Oralverkehr eines etwa fünf Jahre alten Jungen zeigt,

Dateien des Nutzers „Symbol einer Spritze“, die Analverkehr an einem ca. zweijährigen Mädchen zeigt,

eine Datei des Nutzers „cp (memer)“, die Anal- oder Vaginalverkehr an einem ca. zehn Jahre alten Mädchen zeigt und eine Datei aus „Forwards cover bot“, die Analverkehr an einem Säugling zeigt,

dass der Bick auf seine nackte Vulva freigegeben ist und auf dem Bauch des Mädchens das Wort „Rape" geschrieben wurde,

- die Bilddatei mit dem Dateinamen „srh_r_set(31).jpg", welche in Nahaufnahme den Genitalbereich des vermutlich selben zuvor beschriebenen allenfalls vier Jahre alten Mädchens zeigt: wobei der nackte Penis eines erwachsenen Mannes an die Vulva des Mädchens geführt wird.

- die Bilddatei mit dem Dateinamen „IMG 3455.jpg", die zwei Aufnahmen eines nackten, blau angelaufenen – vermutlichen toten - Säuglings zeigt, wobei auf der einen Aufnahme dem Kind der erigierte Penis eines erwachsenen Mannes in den Mund gehalten wird und auf der anderen Aufnahme der Genitalbereich des Kindes so mit den Händen gespreizt wird, dass der Blick in den Anus freigegeben ist.

Verbrechen und Vergehen, strafbar gemäß §§ 176a Abs 1 Nr. 2 und 3, Abs. 3, 176b Abs. 1 Nr. 1 und 2, Abs. 2, 177 Abs. 1, Abs. 2 Nr. 4 und Nr. 5, Abs. 3, Abs. 6 Satz 2 Nr. 1 und 2, Abs. 6 Nr. 1 und Nr. 2, Abs. 8, 184b Abs. 1 Nr. 1 a), b), c), Nr. 2 und Nr. 3, Abs. 2, Abs. 3, 184c Abs. 1 Nr. 1 a), b), c), Abs. 3, 211 Abs. 1, Abs. 2 Gruppe 1 Var. 2, 212 Abs. 1, 223 Abs. 1, 224 Abs. 1 Nr. 2 und 4, 22, 23 Abs. 1, 25 Abs. 1 Alt. 2, Abs. 2, 52, 53 StGB, 17 Abs. 1 Nr. 1 TierschG, (in den Fällen 6., 27., 69., 70., 72.-74., 76.-79., 82.-94. betreffend der Tatvorwürfe i.Ü.n.F.); §§ 1, 3, 105 JGG

Es besteht zunächst der Haftgrund der **Fluchtgefahr** gemäß § 112 Abs. 2 Nr. 2 StPO.

Der Beschuldigte hat aufgrund der Straftaten, derer er dringend verdächtig ist, mit einem langjährigen Freiheitsentzug zu rechnen, was bereits einen erheblichen Fluchtanreiz darstellt.

Er verfügt durch seine langjährige Gruppenzugehörigkeiten („764", „CVLT") über diverse Kontakte ins weltweite Ausland. So fertigte der Beschuldigte etwa ein Lichtbild mit seinen Waffen an und fügte den übersetzten Text hinzu: „Denkst du ich würde in UK überleben?" Es bestehen darüberhinausgehend Anhaltspunkte, dass der häufig mit ihm agierende „AffiX" eben aus Großbritannien kommt. Auch zu weiteren Tätern wie „Riley" (Rumänien) hielt der Beschuldigte einen engen Kontakt.

Der Beschuldigte ist seit 2014 in Deutschland, kommt ursprünglich aus dem Iran und spricht englisch und fließend persisch, sodass auch ein familiärer Hintergrund und entsprechende Kontakte ins Ausland bestehen. So verbringt der Beschuldigte mit seiner Familie regelmäßig Ferien im Iran. Tragfähige Bindungen im „realen Leben" des Beschuldigten in Deutschland sind hingegen nicht bekannt. Es ist vielmehr davon auszugehen, dass sich sämtliche belastbaren Kontakte im „virtuellen Raum" bewegen. Sofern der Beschuldigte im „realen Leben" Kontakt zu anderen Personen hatte, handelte es sich hierbei ebenfalls um Mädchen, an denen er Taten begangen hat (etwa die Geschädigte [redacted] Fallakte 9 oder die Geschädigte [redacted] Fallakte 15),

Der Beschuldigte wurde aufgrund seiner Straftaten von seiner Universität (UMCH) exmatrikuliert, sodass ihm auch diese Bindung entzogen wurde. Das Studium an der Universität wäre überdies nicht geeignet, um den Fluchtanreiz zu hemmen. Es handelt sich um eine rumänische Privatuniversität mit Niederlassung in Hamburg, wobei auch Praxisteile in Rumänien absolviert werden würden.

Die Würdigung der Gesamtumstände ergibt die Gefahr, dass der Beschuldigte sich dem Strafverfahren durch Flucht entziehen wird

Es besteht der Haftgrund der **Verdunkelungsgefahr** gem. § 112 Abs. 2 Nr. 3 lit. a-c StPO.

Das Verhalten des Beschuldigten begründet den dringenden Verdacht, dass er Beweismittel vernichtet, verändert, beiseiteschafft, unterdrückt oder fälscht oder auf Mitbeschuldigte oder Zeugen in unlauterer Weise einwirkt oder andere zu solchem Verhalten veranlasst. Anhand der vorliegenden Beweismittel kann bereits jetzt nachvollzogen werden, dass der Beschuldigte die Geschädigte S[redacted] angewiesen hat, ihre Dateien zu löschen. Auch auf die Geschädigte [redacted] wirkte er dahingehend ein, dass sie inkriminierte Inhalte und Accounts löschen und ihre „Spuren" beseitigen solle. Mit dem Nutzer „Kink" tauschte der Beschuldigte sich zudem aus, wie die eigene Position verschleiert werden könne, um unerkannt erhebliche Straftaten begehen zu können.

Der Beschuldigte zeigt insgesamt ein zutiefst manipulatives und bedrohliches Verhalten gegenüber weiteren Beteiligten. Es besteht somit der dringende Verdacht, dass er auf weitere Gruppenmitglieder und insbesondere auf – noch zu vernehmende – Geschädigte einwirken wird, wodurch die Ermittlung der Wahrheit erschwert werden würde. So hat die Geschädigte S[redacted] in ihrer Vernehmung unter anderem angegeben, mit dem Beschuldigten eine Woche vor und einen Monat nach ihrer ersten Vernehmung noch Kontakt gehabt zu haben. Aufgrund des langjährigen Kontakts und der Vielzahl an gemeinsamen Chats wird für die anderen Geschädigten nichts anderes gelten

Auch liegt der „Haftgrund" der „Schwerkriminalität" gemäß § 112 Abs. 3 StPO vor.

Der Beschuldigte ist dringend verdächtig, Straftaten gemäß § 176c StGB und § 211 StGB begangen zu haben.

In verfassungskonformer Auslegung der Vorschrift besteht daneben eine nicht ausschließbare Flucht- oder Verdunkelungsgefahr (siehe oben) und zudem die ernstliche Befürchtung, dass der Beschuldigte weitere Verbrechen ähnlicher Art begehen wird:
Zunächst besteht die ernstliche Befürchtung, dass der Beschuldigte weitere Taten nach vorliegendem modus operandi (mithin ganz überwiegend online) begehen wird. Nach einer ersten staatlichen Intervention im Jahre 2021 wegen eines einschlägigen Vorwurfs (siehe Beiakte) hat der Beschuldigte seine Taten über einen langen Zeitraum unbeirrt fortgesetzt und sogar noch intensiviert. Die Vernehmung bei der Kriminalpolizei am 22.11.2021 (Bl. 97ff. der Beiakte) ließ den Beschuldigten unbeeindruckt, insbesondere setzte er seine Taten bereits zwei Tage später fort (vgl. Tatvorwurf Ziff. 18.).
Es ist auch davon auszugehen, dass der Beschuldigte nach der Durchsuchung vom 08.09.2023 sein Verhalten bis heute unbeirrt fortsetzt. Angesichts der Taten und festgestellten Inhalte ist nach Einschätzung der Kriminalpsychologin vom LKAHH212 von einem hoch-komplexen und vielschichtigen Störungsbild bei dem Beschuldigten auszugehen. Es ist fern-

liegend, dass dieser sein über viele Jahre erprobtes und stets intensiviertes deliktisches Verhalten einstellt und einstellen kann.

Darüber hinaus besteht auch die begründete ernstliche Befürchtung, dass er schwerste Straftaten auch im „realen Leben" begehen wird. Der Beschuldigte verfügt bereits über diverse Messer, Sibel und Schusswaffen, mit welchen er u.a. Enthauptungen und Suizide darstellt. Darüber hinaus befanden sich auf seinem PC diverse Anleitungen zum (Eigen-) Bau und zur Nutzung von Schusswaffen (allgemein), einer AK 47 (Kalaschnikow), eines AR 15-Gewehr, Autobomben, Sprengstoff und Bomben, Flammenwerfer, Handgranaten, Bio-und Chemiewaffen, Rohrbomben, Maschinenpistolen sowie ein Handbuch zur Begehung von Terroranschlägen insbesondere durch Bomben und Waffen.

Es ist ferner davon auszugehen, dass sein Medizinstudium dazu dient, seine Phantasien auch im „realen Leben" an ebenfalls vulnerablen Personengruppen auszuleben.

Bereits das Motivationsschreiben an die Universität ist in Kenntnis der vorliegenden Taten, Inhalte und der Persönlichkeit des Beschuldigten höchst bedenklich. So schreibt der Beschuldigte, dass sich einige Personen vor Blut und Organen ekeln würden oder Angst hätten, er hingegen würde in solchen Situationen ruhig bleiben. Weiter habe er Interesse am Kreislaufsystem, dem Muskelaufbau und dem Skelett des Menschen. Zudem führt er an, dass er an Hasen und Fröschen in der Schule Autopsien durchgeführt habe. Jedenfalls steht fest, dass der Beschuldigte Aufnahmen einer durch ihn getöteten und sezierten Ratte bei sich zuhause gefertigt hat. Bei der Durchsuchung am 08.09.2023 konnten zudem weitere durch ihn getötete Tiere gefunden werden.

Im Rahmen eines Praktikums verhielt der Beschuldigte sich bereits sehr auffällig und interessierte sich insbesondere für die Pathologie und die Kopf-Hals-Chirurgie. Innerhalb seiner Taten berichtete er hierzu passend über seine Phantasien Menschen zu töten, etwa gemeinsam mit „AffiX" gegenüber der Geschädigten [redacted] wo sie zerteilte Menschen in anderer Zusammensetzung wieder zusammennähen und den Hals abschneiden wollten oder aber gegenüber der Geschädigten [redacted] der er gerne den Kopf abhacken würde. Nach seiner eigenen Aussage hält ihn von einem Mord im „realen Leben" lediglich ab, dass er keine Lust auf das Gefängnis habe, ausdrücklich nicht jedoch seine Vernunft.
Für sein Verlangen und seine Phantasien, derartige Taten auch im „tatsächlichen Bereich" zu begehen, spricht auch, dass es sich bei den Geschädigten [redacted] und [redacted] um Mädchen aus Hamburg handelt, zu denen er persönlich Kontakt aufgenommen hat.

Darüber hinaus konnte festgestellt werden, dass der Beschuldigte von seiner Wohnanschrift aus seine Nachbarn ausgespäht und unter Nutzung seiner Geräte heimliche Aufnahmen, insbesondere von dem entblößten Gesäß und den Genitalien eines etwa vier- bis sechs Jahre alten Nachbarjungen, angefertigt und für sich abgespeichert hat.

Da bereits das Medizinstudium als Auslebung und Verlagerung seiner Phantasien in den analogen Raum einzustufen ist, ist auch belastbar von einem Fortsetzen seiner Taten im digitalen Bereich auszugehen. Es ist fernliegend, dass der Beschuldigte seine erheblichen Straftaten nicht fortsetzt,

Es besteht ferner der (subsidiäre) Haftgrund der **Wiederholungsgefahr** gemäß
§ 112a Abs. 1 Nr. 1 und Nr. 2 StPO.

Der Beschuldigte ist dringend verdächtig, insbesondere Straftaten nach §§ 176a-176c, 177 StGB begangen zu haben. Es besteht die Gefahr, dass er vor rechtskräftiger Aburteilung weitere erhebliche Straftaten gleicher Art begehen oder die Straftat fortsetzen wird, sodass

die Haft zur Abwendung der drohenden Gefahr erforderlich ist. Es wird auf die vorstehenden Ausführungen zur erheblichen Befürchtung der Begehung erheblicher Straftaten vollumfänglich Bezug genommen.

Die Anordnung der Untersuchungshaft steht zu der Bedeutung der Sache, Insbesondere der erheblichen verfahrensgegenständlichen Taten zum Nachteil von psychisch instabilen Minderjährigen und der zu erwartenden Strafe bzw. der zu erwartenden jugendstrafrechtlichen Maßnahme nicht außer Verhältnis. Sie ist nicht nur verhältnismäßig, sondern auch dringend geboten.

Ausgefertigt

Dr. Tichbi
Richter am Amtsgericht

Kramer, Justizhauptsekretärn
als Urkundsbeamtin der Geschäftsstelle