UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

COLBY TAYLOR, individually and as a personal representative of the ESTATE OF JAY TAYLOR, a deceased individual; LESLIE TAYLOR; individually and as a personal representative of the ESTATE OF JAY TAYLOR, a deceased individual

          Plaintiffs,

   vs.

DISCORD INC., a Delaware company,

          Defendant(s).

No. 3:26-cv-05245-BHS

**DECLARATION OF CARRIE GOLDBERG IN NON-OPPOSITION TO DISCORD'S MOTION TO STRIKE FIRST AMENDED COMPLAINT**

I affirm this under the penalties of perjury under the laws of the United States, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

1. My name is Carrie Goldberg.

2. I am over the age of eighteen and reside in Brooklyn, New York.

3. I represent Plaintiffs in the instant case.

4. I submit this Declaration in non-opposition to Discord's Motion to Strike the First Amended Complaint (Dkt 37).

5. On July 8, 2026, I received Judge Settle's Minute Order Setting Trial and Pretrial dates and saw the line that said "Amended pleadings due by 8/17/26."

6. At the time we had just received relevant factual information and immediately prepared a First Amended Complaint which we filed on July 10, 2026. (Dkt. 36)

7. Through some inexplicable brain flub, I interpreted the July 8th order as an order granting us the right to file an amended complaint.

8. However, I do not disagree with Defense counsel's interpretation of Rule 15(a)(1)(B) that at this stage, Plaintiffs would need to file an amended complaint with a motion for leave.

9. I voluntarily withdraw the First Amended Complaint without prejudice and leave the original Complaint (Dkt. 1) as the operative complaint.

10. Had Discord's lawyers simply notified me of my error, I would have reached this same conclusion.

Date: July 28, 2026


*/s/ Carrie Goldberg*
Carrie Goldberg
C.A. Goldberg, PLLC
16 Court Street, 33rd Floor
Brooklyn, NY 11241
(646)666-8908
carrie@cagoldberglaw.com
*Attorneys for Plaintiffs*