UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

COLBY TAYLOR, individually and as a personal representative of the ESTATE OF JAY TAYLOR, a deceased individual; LESLIE TAYLOR; individually and as a personal representative of the ESTATE OF JAY TAYLOR, a deceased individual

Plaintiffs,

vs.

DISCORD INC., a Delaware company,

Defendant(s).

No. 3:26-cv-05245-BHS

**DECLARATION OF CARRIE GOLDBERG, ESQ. IN SUPPORT OF LEAVE TO FILE THE SECOND AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL**

I affirm this under the penalties of perjury under the laws of the United States, which may include a fine or imprisonment, that the foregoing is true

1. My name is Carrie Goldberg
2. I am over the age of eighteen and reside in New York City, New York.
3. I represent Plaintiffs in the instant case.
4. I submit this Declaration in support of the motion for leave to file the Second Amended Complaint, which is attached in redline as **Exhibit 1** and redlines accepted as **Exhibit 2**.
5. In early July, I became aware of a German government report regarding "White Tiger" which referenced Discord having submitted a report about him which was received in July 2021 by the German government.

6. A couple days later, I obtained the source material referenced in this German government White Tiger Report which is from the National Center for Missing and Exploited Children's CyberTipline Report 94608046.
7. It turns out that on July 6, 2021, pursuant to the legal reporting requirements of 18 U.S.C. 2258A, Discord submitted a report to the CyberTipline at the National Center for Missing which was 40+ pages and was centered on Shahriar Javan's abuse of two child victims.
8. One of those child victims was a Finnish girl who fits the description of L.S. who we allege in our Complaint was used as a pawn to orchestrate Jay's suicide.
9. The report contains 27 pages of chatlogs from June 2021 between Javan and the two child victims that detail graphic abuse, demands of self-harm and CSAM.
10. The CyberTipline Report is classified as "Priority Level: 2" which "[i]ndicates possible risk to an individual in the near future or is otherwise time-sensitive" and states in the header "ESP Escalation: The reported user is a member of the groups 764 and CVLT who solicit Child Sexual Abuse Material and self-harm content from self-identified minors."
11. It says on the Executive Summary of the Cyber Tipline Report "This report was submitted by Discord as an ESP Escalation concerning ONLINE ENTICEMENT, BLACKMAIL, AND UNCONFIRMED CHILD PORNOGRAPHY." It states that the suspect "appears to entice the child victims into producing and sharing nude/pornographic content and/or engaging in self-harming behaviors via Discord. Based on reported chat from June 2021, it appears the suspect attempts to encourage child victim [L.S.] to cut themselves on the camera in a video chat with numerous other individuals and repeatedly commands and/or encourages for the child victim to kill themselves after the child victim expresses SUICIDAL IDEATIONS. The child victim

appears to indicate they do not have the means to commit suicide at this time nor want to at the request of the suspect." (Emphasis in original.)

12. Following this CyberTipline Report, L.S. and Javan continued using Discord together.
13. Javan's horrific abuse continued on Discord, ultimately escalating to Javan commanding L.S. to make Jay kill himself.
14. As stated in the Complaint, in January 2022, L.S. convinced Jay on Discord to enter a suicide pact with her and Javan directed Jay's death.
15. This information was not previously known and is not publicly available.
16. On July 29 and 31, 2026, my office served discovery demands on Discord.
17. I suspect that Discord will use the Motion for Leave to File a Second Amended Complaint as an opportunity to argue that the court should delay discovery.
18. Plaintiffs' happenstance access to the CyberTipline Report is exactly why discovery should not be stayed.
19. Discord's 12(b)(5) motion to dismiss excoriates Plaintiffs alleging that Discord had only general constructive notice of bad actors: "The Complaint at most avers Discord's constructive knowledge – that like most any online service – bad actors misuse its platform to exploit others. But that suggests what Discord *should have* known about its platform *generally*, not what it actually knew or recklessly ignored. *See Grindr,* 128 F.4th at 1155-56 (similar allegations of constructive knowledge insufficient)." (Emphasis in original); *see* Discord's Motion to Dismiss. Dkt. 22 at p. 23.
20. And yet, Discord knew what Plaintiff did not – that it had actual specific knowledge of Javan and L.S. Yet recklessly continued to welcome them on their servers and provide a home for the murderous abuse to continue.

21. Parties conferred about Plaintiffs intending to file an Amended Complaint to include the federal trafficking claim on June 17, 2026 and about the Second Amended Complaint via electronic communications July 29-31, 2026.

**Dated: August 14, 2026**

*/s/ Carrie Goldberg*______
Carrie Goldberg
C.A. Goldberg, PLLC
16 Court Street, 33rd Floor
Brooklyn, NY 11241
(646)666-8908
carrie@cagoldberglaw.com

*Attorney for Plaintiffs*