THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| COLBY TAYLOR, individually and as a personal representative of the ESTATE OF JAY TAYLOR, a deceased individual, LESLIE TAYLOR, individually and as a personal representative of the ESTATE OF JAY TAYLOR, a deceased individual,<br><br>Plaintiffs,<br><br>v.<br><br>DISCORD, INC., a Delaware Company,<br><br>Defendant. | No.: 3:26-CV-05245-BHS<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE THE SECOND AMENDED COMPLAINT |

THIS MATTER comes before the Court on Plaintiffs' Colby Taylor, individually and as a personal representative of the Estate of Jay Taylor, a deceased individual, and Leslie Taylor, individually and as a personal representative of the Estate of Jay Taylor, a deceased individual, Motion for Leave to File the [Proposed] Second Amended Complaint. The Court has considered the motion and the papers filed in support of and in opposition to the same.



C.A. GOLDBERG
PLLC NEW YORK
16 COURT STREET, BROOKLYN, NY 11241 | 646.666.8908
WWW.CAGOLDBERGLAW.COM

Corrie Yackulic LAW FIRM PLLC
101 Yesler Way Suite 600, Seattle, WA 98104 · 206-787-1915 · www.cjylaw.com

Now, therefore, the Court hereby ORDERS as follows:

Plaintiffs' Motion for Leave to File the [Proposed] Second Amended Complaint is GRANTED.

**IT IS SO ORDERED.**

DATED this _____ day of ___________, 2026.

______________________________
THE HONORABLE BENJAMIN SETTLE
UNITED STATES DISTRICT JUDGE

Presented by:

CORRIE YACKULIC LAW FIRM, PLLC

*/s/ Corrie J. Yackulic*
101 Yesler Way, Ste. 600
Seattle, WA 98104
Tel. (206) 787-1915
Fax. (206) 299-9725
corrie@cjylaw.com

C.A. GOLDBERG, PLLC

*/s/ Carrie Goldberg*
*/s/ Naomi Leeds*
Carrie Goldberg (pro hac vice pending)
Naomi Leeds (pro hac vice pending)
16 Court Street, 33rd Floor
Brooklyn, New York 11241
Tel. (646) 666-8908
carrie@cagoldberglaw.com
naomi@cagoldberglaw.com

*Attorneys for Plaintiffs*