The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

COLBY TAYLOR, individually and as a personal representative of the ESTATE OF JAY TAYLOR, a deceased individual; LESLIE TAYLOR, individually and as a personal representative of the ESTATE OF JAY TAYLOR, a deceased individual,

Plaintiffs,

v.

DISCORD INC., a Delaware company,

Defendant.

No. 3:26-cv-05245-BHS

**[PROPOSED] ORDER GRANTING DISCORD INC.'S MOTION FOR PROTECTIVE ORDER AND TEMPORARY STAY OF DISCOVERY**

This matter came before the Court on Discord Inc.'s Motion for Protective Order and Temporary Stay of Discovery ("Motion"). The Court, having considered the Motion and all other pertinent documents and pleadings filed in this action, finds that Discord Inc.'s Motion for Protective Order and Temporary Stay of Discovery is GRANTED.



Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

IT IS SO ORDERED.

DATED this _____ day of _______________, 2026.

______________________________
Benjamin H. Settle
UNITED STATES DISTRICT JUDGE

Presented By:

DAVIS WRIGHT TREMAINE LLP

By: *s/ Ambika Kumar*
Ambika Kumar, WSBA #38237
Xiang Li, WSBA #52306
920 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Tel: (206) 622-3150
Email: ambikakumar@dwt.com
xiangli@dwt.com

Adam S. Sieff, WSBA #59792
Marcy Blattner Micale (*pro hac vice*)
Sam F. Cate-Gumpert (*pro hac vice*)
Davis Wright Tremaine LLP
350 South Grand Avenue, 27th Floor
Los Angeles, California 90071
Tel: (213) 633-6800
Email: adamsieff@dwt.com
marcyblattnermicale@dwt.com
samcategumpert@dwt.com

*Attorneys for Defendant Discord Inc.*