The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

COLBY TAYLOR, individually and as a personal representative of the ESTATE OF JAY TAYLOR, a deceased individual; LESLIE TAYLOR, individually and as a personal representative of the ESTATE OF JAY TAYLOR, a deceased individual,

Plaintiffs,

v.

DISCORD INC., a Delaware company

Defendant.

No. 3:26-cv-05245-BHS

**DECLARATION OF ADAM S. SIEFF IN SUPPORT OF DISCORD INC.'S MOTION FOR PROTECTIVE ORDER AND TEMPORARY STAY OF DISCOVERY**

I, Adam S. Sieff, declare:

1. I am a partner in the law firm Davis Wright Tremaine LLP, counsel for Defendant Discord Inc. I make this declaration based on my personal knowledge and a review of the files and records in this matter.

2. On April 24, 2026, Discord filed its Motion to Compel Arbitration (ECF No. 19) and its Motion to Dismiss (ECF No. 22), both of which are fully briefed before the Court.

3. On July 29, 2026, Plaintiffs served Discord with a first set of requests for production.



Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

4. On July 30, 2026, Discord asked if Plaintiffs would agree to stay Discord's deadlines to respond to these discovery requests—and any other discovery Plaintiffs may serve—pending decisions on Discord's Motion to Compel Arbitration and Motion to Dismiss.

5. On July 31, 2026, Plaintiffs served Discord with a first set of interrogatories and a first set of requests for admission. The same day Plaintiffs' counsel refused to stay Discord's response deadlines while its motions are pending.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 21, 2026, in Seattle, Washington.

*s/ Adam S. Sieff*
Adam S. Sieff



Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax