UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| COLBY TAYLOR, individually and as a personal representative of the ESTATE OF JAY TAYLOR, a deceased individual; LESLIE TAYLOR; individually and as a personal representative of the ESTATE OF JAY TAYLOR, a deceased individual<br><br>Plaintiffs,<br><br>vs.<br>DISCORD INC., a Delaware company,<br><br>Defendant(s). | No. 3:26-cv-05245-BHS<br><br>**DECLARATION OF CARRIE GOLDBERG IN OPPOSITION TO DISCORD'S MOTION FOR A DISCOVERY PROTECTIVE ORDER** |

I declare under penalty of perjury of the laws of the State of Washington that the foregoing is true and correct:

1. My name is Carrie Goldberg.
2. I am over the age of eighteen and reside in New York City, New York.
3. I represent Plaintiffs in the instant case.
4. I submit this Declaration in opposition to Discord's motion for a protective order on discovery.
5. In March 2026, counsel for Plaintiffs and Discord were negotiating a briefing schedule for Discord's response to the complaint. Discord was willing to give Plaintiffs comparable extensions to file Plaintiffs' oppositions. As counsel was finalizing the briefing schedule, Discord introduced a request that Plaintiffs stay discovery. When Plaintiffs resisted, Discord retracted its offer to extend Plaintiffs' deadline and instead Plaintiffs had to file

their opposition six weeks earlier -- on May 21. **See Goldberg-Kumar Emails March 11 to March 25, 2026, Exhibits 1 and 2.**

6. On March 25, 2026, Discord's counsel, Ambika Kumar, articulated her understanding that Plaintiffs would be taking discovery prior to resolution of the motion to dismiss and the potential motion to compel: "Hi Carrie, given that you may take discovery before decisions on this motion, we'd like to propose a different schedule that gets briefed more quickly." ***Id.***
7. On July 29, 2026, Plaintiffs served Discord with Plaintiffs' First Set of Requests for Production. Se**e Goldberg-Kumar Emails July 29 to 31 2026 Exhibit 3.**
8. On July 29, 2026, counsel for Discord asked for a 3-week extension. ***Id.***
9. Only after I responded affirmatively did Discord's counsel reveal their true intent was to delay the deadline so they could file the instant motion: "I have not had a chance to review your requests in detail, but it's possible we'll move for a protective order." ***Id.***
10. During the subsequent exchanges, Discord's counsel refused to stipulate to Plaintiffs amending the complaint unless Plaintiffs stayed discovery. Plaintiffs refused to stay discovery and instead filed a motion for leave to amend. ***Id.***
11. Plaintiffs have consistently buckled to Discord's timetables and have done so with the expectation that Discovery was around the corner.
12. In July 2026, Discord conditioned stipulating to Plaintiff's Motion for Leave to Amend the Complaint on Plaintiffs agreeing to stay discovery. This condition was introduced by Discord only *after* Discord had sought and been tentatively granted (no strings attached) a 3-week extension to respond to Plaintiffs' discovery demands in light of its counsel's vacation plans.

Date: August 31, 2026

*/s/ Carrie Goldberg*
Carrie Goldberg
C.A. Goldberg, PLLC
16 Court Street, 33rd Floor
Brooklyn, NY 11241
(646)666-8908
carrie@cagoldberglaw.com
*Attorneys for Plaintiffs*