# EXHIBIT 1

**From:** **Carrie Goldberg** carrie@cagoldberglaw.com
**Subject:** Re: Taylor v. Discord Inc., Case No. 3:26-cv-05245 and Case No. 26-2-06361-9
**Date:** March 24, 2026 at 9:38 PM
**To:** Kumar, Ambika AmbikaKumar@dwt.com, Corrie Yackulic corrie@cjylaw.com
**Cc:** Naomi Leeds naomi@cagoldberglaw.com, Sieff, Adam AdamSieff@dwt.com, Li, Xiang XiangLi@dwt.com, Blattner Micale, Marcy MarcyMicale@dwt.com

CG

Not stipulating to that.

Carrie Goldberg
C.A. Goldberg, PLLC
16 Court Street, 33rd Floor, Brooklyn, NY 11241
646.666.8908
carrie@cagoldberglaw.com
www.cagoldberglaw.com

C.A.GOLDBERG

**Fighting stalkers, pervs, trolls, & tech**

Twitter
Instagram
Facebook
Mailing List

*This email is sent from a law firm and may contain privileged and confidential information. If you received it in error, please destroy it and inform me. Further disclosure, copying, or distribution is prohibited.*

---

**From:** Kumar, Ambika <AmbikaKumar@dwt.com>
**Date:** Tuesday, March 24, 2026 at 9:24PM
**To:** Corrie Yackulic <corrie@cjylaw.com>, Carrie Goldberg <carrie@cagoldberglaw.com>
**Cc:** Naomi Leeds <naomi@cagoldberglaw.com>, Sieff, Adam <AdamSieff@dwt.com>, Li, Xiang <XiangLi@dwt.com>, Blattner Micale, Marcy <MarcyMicale@dwt.com>
**Subject:** RE: Taylor v. Discord Inc., Case No. 3:26-cv-05245 and Case No. 26-2-06361-9

Just also want to confirm you all agree not to pursue discovery during the pendency of the motions. That is what you have agreed to in past cases.

**Ambika Kumar**
**Partner,** Davis Wright Tremaine LLP
Co-Chair, Media Law Practice

**P** 206.757.8030 **C** 206.356.0397 **E** ambikakumar@dwt.com
**A** 920 5th Avenue, Suite 3300, Seattle, WA 98104-1610
**DWT.COM**

---

**From:** Kumar, Ambika
**Sent:** Tuesday, March 24, 2026 2:53 PM
**To:** 'Corrie Yackulic' <corrie@cjylaw.com>; Carrie Goldberg <carrie@cagoldberglaw.com>
**Cc:** Naomi Leeds <naomi@cagoldberglaw.com>; Sieff, Adam <AdamSieff@dwt.com>; Li, Xiang <XiangLi@dwt.com>; Blattner Micale, Marcy <MarcyMicale@dwt.com>
**Subject:** RE: Taylor v. Discord Inc., Case No. 3:26-cv-05245 and Case No. 26-2-06361-9

Can we do the reply Aug. 5? If so, we can revise to be July 8 and Aug. 5. And if we do, Corrie can we add your signature and file?

**Ambika Kumar**
**Partner,** Davis Wright Tremaine LLP
Co-Chair, Media Law Practice

**P** 206.757.8030 **C** 206.356.0397 **E** ambikakumar@dwt.com
**A** 920 5th Avenue, Suite 3300, Seattle, WA 98104-1610
DWT.COM

---

**From:** Corrie Yackulic <corrie@cjylaw.com>
**Sent:** Tuesday, March 24, 2026 2:05 PM
**To:** Carrie Goldberg <carrie@cagoldberglaw.com>; Kumar, Ambika <AmbikaKumar@dwt.com>
**Cc:** Naomi Leeds <naomi@cagoldberglaw.com>
**Subject:** RE: Taylor v. Discord Inc., Case No. 3:26-cv-05245 and Case No. 26-2-06361-9

Oh, geez. Yeah, that makes obvious sense. Ambika, July 8 OK w you?

Corrie J. Yackulic

Corrie Yackulic | LAW FIRM
PLLC
110 Prefontaine Place So., #304
Seattle, WA 98104
206-787-1915
www.cjylaw.com

---

**From:** Carrie Goldberg <carrie@cagoldberglaw.com>
**Sent:** Tuesday, March 24, 2026 2:01 PM
**To:** Corrie Yackulic <corrie@cjylaw.com>; Kumar, Ambika <AmbikaKumar@dwt.com>
**Cc:** Naomi Leeds <naomi@cagoldberglaw.com>
**Subject:** Re: Taylor v. Discord Inc., Case No. 3:26-cv-05245 and Case No. 26-2-06361-9

CJY — I want to avoid a July 6 deadline so it's not hanging over our head over the weekend of the 4th.
If we have to push it to after you get back, let's do July 8

Carrie Goldberg
C.A. Goldberg, PLLC
16 Court Street, 33rd Floor, Brooklyn, NY 11241
646.666.8908
carrie@cagoldberglaw.com
www.cagoldberglaw.com

C.A. GOLDBERG

**Fighting stalkers, pervs, trolls, & tech**

Twitter
Instagram
Facebook
Mailing List

*This email is sent from a law firm and may contain privileged and confidential information. If you received it in error, please destroy it and inform me. Further disclosure, copying, or distribution is prohibited.*

---

**From:** Corrie Yackulic <corrie@cjylaw.com>
**Date:** Tuesday, March 24, 2026 at 4:53 PM
**To:** Kumar, Ambika <AmbikaKumar@dwt.com>, Carrie Goldberg <carrie@cagoldberglaw.com>
**Cc:** Li, Xiang <XiangLi@dwt.com>, Sieff, Adam <AdamSieff@dwt.com>, Naomi Leeds <naomi@cagoldberglaw.com>
**Subject:** RE: Taylor v. Discord Inc., Case No. 3:26-cv-05245 and Case No. 26-2-06361-9

Sorry about this but I have a request. I am OOO 6/26-7/2. Yes, I will have internet access but it won't be great. Can we bump the deadline for Plaintiffs' Opp to 7/6? It looks like the court holiday is Friday 7/3. Thank you!

Corrie J. Yackulic

Corrie Yackulic | LAW FIRM
PLLC
110 Prefontaine Place So., #304

Seattle, WA 98104
206-787-1915
www.cjylaw.com

---

**From:** Kumar, Ambika <AmbikaKumar@dwt.com>
**Sent:** Tuesday, March 24, 2026 1:41 PM
**To:** 'Carrie Goldberg' <carrie@cagoldberglaw.com>
**Cc:** Li, Xiang <XiangLi@dwt.com>; Sieff, Adam <AdamSieff@dwt.com>; Naomi Leeds <naomi@cagoldberglaw.com>; Corrie Yackulic <corrie@cjylaw.com>
**Subject:** RE: Taylor v. Discord Inc., Case No. 3:26-cv-05245 and Case No. 26-2-06361-9

We have put this in Corrie's name and fixed some formatting issues. Corrie, can we add your signature and file?

**Ambika Kumar**
**Partner,** Davis Wright Tremaine LLP
Co-Chair, Media Law Practice

**P** 206.757.8030 **C** 206.356.0397 **E** ambikakumar@dwt.com
**A** 920 5th Avenue, Suite 3300, Seattle, WA 98104-1610
**DWT.COM**

-----Original Appointment-----
**From:** Kumar, Ambika
**Sent:** Thursday, March 12, 2026 11:10 AM
**To:** Kumar, Ambika; 'Carrie Goldberg'
**Cc:** Li, Xiang; Sieff, Adam; Naomi Leeds; Corrie Yackulic
**Subject:** Taylor v. Discord Inc., Case No. 3:26-cv-05245 and Case No. 26-2-06361-9
**When:** Friday, March 13, 2026 11:00 AM-11:30 AM (UTC-08:00) Pacific Time (US & Canada).
**Where:** Microsoft Teams Meeting

---

## Microsoft Teams meeting

**Join:** https://teams.microsoft.com/meet/26652101292799?p=3Ygu48picoic5ViQu4

Meeting ID: 266 521 012 927 99

Passcode: ov79eQ2g

Need help? | System reference

**Dial in by phone**

+1 206-457-3859,,7495657# United States, Seattle

Find a local number

Phone conference ID: 749 565 7#
For organizers: Meeting options | Reset dial-in PIN

---

**From:** Carrie Goldberg <carrie@cagoldberglaw.com>
**Sent:** Thursday, March 12, 2026 10:22 AM
**To:** Kumar, Ambika <AmbikaKumar@dwt.com>
**Cc:** Merritt, Lisa <LisaMerritt@dwt.com>; Li, Xiang <XiangLi@dwt.com>; Sieff, Adam <AdamSieff@dwt.com>; Naomi Leeds <naomi@cagoldberglaw.com>; Corrie Yackulic <corrie@cjylaw.com>
**Subject:** Re: Taylor v. Discord Inc., Case No. 3:26-cv-05245 and Case No. 26-2-06361-9

Hi!
Well here we are again!
What's tomorrow look like for you?
I can do 2pm EST, 3:30pm EST.

Carrie Goldberg
C.A. Goldberg, PLLC
16 Court Street, 33rd Floor, Brooklyn, NY 11241
646.666.8908
carrie@cagoldberglaw.com
www.cagoldberglaw.com

C.A.GOLDBERG

**Fighting stalkers, pervs, trolls, & tech**

Twitter
Instagram
Facebook
Mailing List

*This email is sent from a law firm and may contain privileged and confidential information. If you received it in error, please destroy it and inform me. Further disclosure, copying, or distribution is prohibited.*

---

**From:** Kumar, Ambika <AmbikaKumar@dwt.com>

**From:** Kumar, Ambika <AmbikaKumar@dwt.com>
**Date:** Thursday, March 12, 2026 at 1:00 AM
**To:** Carrie Goldberg <carrie@cagoldberglaw.com>
**Cc:** Merritt, Lisa <LisaMerritt@dwt.com>, Li, Xiang <XiangLi@dwt.com>, Sieff, Adam <AdamSieff@dwt.com>, Naomi Leeds <naomi@cagoldberglaw.com>
**Subject:** FW: Taylor v. Discord Inc., Case No. 3:26-cv-05245 and Case No. 26-2-06361-9
Hi Carrie: We are hoping to get information for the account at issue, as well as an agreement on a briefing schedule. Do you have a few minutes to chat?

**Ambika Kumar**
**Partner,** Davis Wright Tremaine LLP
Co-Chair, Media Law Practice

**P** 206.757.8030 **C** 206.356.0397 **E** ambikakumar@dwt.com
**A** 920 5th Avenue, Suite 3300, Seattle, WA 98104-1610
DWT.COM

---

**From:** Pearmain, Lina <LinaPearmain@dwt.com>
**Sent:** Wednesday, March 11, 2026 5:37 PM
**To:** corrie@cjylaw.com; carrie@cagoldberglaw.com; naomi@cagoldberglaw.com
**Cc:** Kumar, Ambika <AmbikaKumar@dwt.com>; Li, Xiang <XiangLi@dwt.com>; Sieff, Adam <AdamSieff@dwt.com>; Blattner Micale, Marcy <MarcyMicale@dwt.com>
**Subject:** Taylor v. Discord Inc., Case No. 3:26-cv-05245 and Case No. 26-2-06361-9

Counsel:

Please see attached on behalf of Ambika Kumar and Marcy Micale.

Best regards,

**Lina Pearmain** She/Her/Hers
**Executive Legal Secretary |** Davis Wright Tremaine LLP
**P** 213.633.8640 **E** linapearmain@dwt.com
**A** 350 South Grand Avenue, 27th Floor, Los Angeles, CA 90071

DWT.COM in

---

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.