# EXHIBIT 3

**From:** **Kumar, Ambika** AmbikaKumar@dwt.com
**Subject:** RE: Taylor v. Discord I Plaintiffs Requests for Production
**Date:** July 31, 2026 at 2:33 PM
**To:** Carrie Goldberg carrie@cagoldberglaw.com, Bibiane Marc bibiane@cagoldberglaw.com, Li, Xiang XiangLi@dwt.com, Sieff, Adam AdamSieff@dwt.com, Blattner Micale, Marcy MarcyMicale@dwt.com
**Cc:** zzCJY Contact corrie@cjylaw.com, Patricia Seifert patricia@cjylaw.com, Naomi Leeds naomi@cagoldberglaw.com

AK

Sorry for any miscommunication. We think another round of briefing on the MTD will be necessary so would not stipulate to the filing of an amended complaint followed by supplemental briefing.

The case law on arbitration motions is clear on the impropriety of discovery pending a decision, so we'll have to decline your recommendation. I do, however, appreciate the courtesy of the extension while I am on vacation—which (I hope you know) we would afford to you.

Ambika

**Ambika Kumar**
**Partner,** Davis Wright Tremaine LLP
Co-Chair, Media Law Practice

**P** 206.757.8030 **C** 206.356.0397 **E** ambikakumar@dwt.com
**A** 920 5th Avenue, Suite 3300, Seattle, WA 98104-1610
**DWT.COM**

---

**From:** Carrie Goldberg <carrie@cagoldberglaw.com>
**Sent:** Friday, July 31, 2026 9:28 AM
**To:** Kumar, Ambika <AmbikaKumar@dwt.com>; Bibiane Marc <bibiane@cagoldberglaw.com>; Li, Xiang <XiangLi@dwt.com>; Sieff, Adam <AdamSieff@dwt.com>; Blattner Micale, Marcy <MarcyMicale@dwt.com>
**Cc:** zzCJY Contact <corrie@cjylaw.com>; Patricia Seifert <patricia@cjylaw.com>; Naomi Leeds <naomi@cagoldberglaw.com>
**Subject:** Re: Taylor v. Discord I Plaintiffs Requests for Production

Hi,

Seeing if I understand: You are willing to stip to us (re)filing the FAC — and to transferring the pending MTD papers to the FAC and then we have supplemental briefings on the new cause of action and facts? For the supplemental briefing, we can agree on a briefing schedule and page/word limits.
We both agree that the FAC does not impact the MTC

We recommend against you moving for a protective order stalling your discovery deadlines. And won't provide any further extensions on discovery that would tie Discord's deadlines to the outcome on such a motion.

Carrie Goldberg
C.A. Goldberg, PLLC
16 Court Street, 33rd Floor, Brooklyn, NY 11241
646 666 8908

646.666.8908
carrie@cagoldberglaw.com
www.cagoldberglaw.com
C.A. GOLDBERG
**Fighting stalkers, pervs, trolls, & tech**
Twitter
Instagram
Facebook
Mailing List
*This email is sent from a law firm and may contain privileged and confidential information. If you received it in error, please destroy it and inform me. Further disclosure, copying, or distribution is prohibited.*

---

**From:** Kumar, Ambika <AmbikaKumar@dwt.com>
**Date:** Thursday, July 30, 2026 at 3:45 PM
**To:** Carrie Goldberg <carrie@cagoldberglaw.com>; Bibiane Marc <bibiane@cagoldberglaw.com>; Li, Xiang <XiangLi@dwt.com>; Sieff, Adam <AdamSieff@dwt.com>; Blattner Micale, Marcy <MarcyMicale@dwt.com>
**Cc:** zzCJY Contact <corrie@cjylaw.com>; Patricia Seifert <patricia@cjylaw.com>; Naomi Leeds <naomi@cagoldberglaw.com>
**Subject:** RE: Taylor v. Discord I Plaintiffs Requests for Production

Thanks, Carrie. I appreciate the courtesy.

Discord is open to stipulating to the amendment of the complaint that was struck (without the condition on the arbitration motion). However, we still do not believe discovery is proper at this time. I have not had a chance to review your requests in detail, but it's possible we'll move for a protective order. If we do, are you open to putting off the discovery responses until after a court decision on that motion? Although not ideal, we can get it on file relatively quickly (while I am out), and it's a 14-day motion (so will be fully briefed soon).

Please let me know.

Ambika

**Ambika Kumar**
**Partner,** Davis Wright Tremaine LLP
Co-Chair, Media Law Practice

**P** 206.757.8030 **C** 206.356.0397 **E** ambikakumar@dwt.com
**A** 920 5th Avenue, Suite 3300, Seattle, WA 98104-1610
**DWT.COM**

---

**From:** Carrie Goldberg <carrie@cagoldberglaw.com>
**Sent:** Wednesday, July 29, 2026 5:08 PM
**To:** Kumar, Ambika <AmbikaKumar@dwt.com>; Bibiane Marc <bibiane@cagoldberglaw.com>; Li, Xiang <XiangLi@dwt.com>; Sieff, Adam <AdamSieff@dwt.com>; Blattner Micale, Marcy <MarcyMicale@dwt.com>

<AdamSieff@dwt.com>; Blattner Micale, Marcy <MarcyMicale@dwt.com>
**Cc:** zzCJY Contact <corrie@cjylaw.com>; Patricia Seifert <patricia@cjylaw.com>; Naomi Leeds <naomi@cagoldberglaw.com>
**Subject:** Re: Taylor v. Discord I Plaintiffs Requests for Production

Yes. Though hopefully your client will be busy preparing responses in your absence.

As FYI, we will probably be serving RFAs and Rogs while you are gone. So I'll give you extension on those too.

Also, so you don't feel blindsided, we *may* end up filing a motion to for leave to amend. I've not decided yet. But if we do, it'll prob be during your absence. And you've already seen a preview! I know your team can fend that off in their sleep. So hopefully it won't interfere with your vacation. Also, want to stip to us filing an FAC? But not with your proposal for response 30 days after losing motion to compel. (Though I like the part about you losing the MTC)
One idea is we transfer over the pending MTD papers and then do supplemental briefings. A judge had us do that in one of the Amazon cases and it worked well.

I hope you can totally unplug.

Carrie Goldberg
C.A. Goldberg, PLLC
16 Court Street, 33rd Floor, Brooklyn, NY 11241
646.666.8908
carrie@cagoldberglaw.com
www.cagoldberglaw.com
C.A. GOLDBERG
**Fighting stalkers, pervs, trolls, & tech**
Twitter
Instagram
Facebook
Mailing List
*This email is sent from a law firm and may contain privileged and confidential information. If you received it in error, please destroy it and inform me. Further disclosure, copying, or distribution is prohibited.*

---

**From:** Kumar, Ambika <AmbikaKumar@dwt.com>
**Date:** Wednesday, July 29, 2026 at 7:51 PM
**To:** Bibiane Marc <bibiane@cagoldberglaw.com>; Li, Xiang <XiangLi@dwt.com>; Sieff, Adam <AdamSieff@dwt.com>; Blattner Micale, Marcy <MarcyMicale@dwt.com>
**Cc:** zzCJY Contact <corrie@cjylaw.com>; Patricia Seifert <patricia@cjylaw.com>; Carrie Goldberg <carrie@cagoldberglaw.com>; Naomi Leeds <naomi@cagoldberglaw.com>
**Subject:** RE: Taylor v. Discord I Plaintiffs Requests for Production

Carrie: I have not had a chance to look at these, but as I mentioned, I am on vacation 8/3-19, so am hoping for the courtesy of a 3-week extension. Can you let us know if you agree?

**Ambika Kumar**
**Partner,** Davis Wright Tremaine LLP
Co-Chair, Media Law Practice

**P** 206.757.8030 **C** 206.356.0397 **E** ambikakumar@dwt.com
**A** 920 5th Avenue, Suite 3300, Seattle, WA 98104-1610
**DWT.COM**

---

**From:** Bibiane Marc <bibiane@cagoldberglaw.com>
**Sent:** Wednesday, July 29, 2026 2:57 PM
**To:** Kumar, Ambika <AmbikaKumar@dwt.com>; Li, Xiang <XiangLi@dwt.com>; Sieff, Adam <AdamSieff@dwt.com>; Blattner Micale, Marcy <MarcyMicale@dwt.com>
**Cc:** zzCJY Contact <corrie@cjylaw.com>; Patricia Seifert <patricia@cjylaw.com>; Carrie Goldberg <carrie@cagoldberglaw.com>; Naomi Leeds <naomi@cagoldberglaw.com>
**Subject:** Taylor v. Discord I Plaintiffs Requests for Production

Good afternoon,

Attached for e-service upon you, please see Plaintiffs' First Set of Requests for Production.

Thank you,

**Bibiane Marc**
Senior Paralegal
C.A. Goldberg, PLLC
16 Court St. 33rd Flr
Brooklyn, NY 11241
646.666.8908
bibiane@cagoldberglaw.com
www.cagoldberglaw.com
*she/her/hers*
C.A. GOLDBERG
**From victim to warrior**

Mailing List
Instagram
Twitter
Facebook

*This email is sent from a law firm and may contain privileged and confidential information. If you received it in error, please destroy it and inform me. Further disclosure, copying, or distribution is prohibited.*