The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| COLBY TAYLOR, individually and as a personal representative of the ESTATE OF JAY TAYLOR, a deceased individual; LESLIE TAYLOR, individually and as a personal representative of the ESTATE OF JAY TAYLOR, a deceased individual,<br><br>Plaintiffs,<br><br>v.<br><br>DISCORD INC., a Delaware company,<br><br>Defendant. | No. 3:26-cv-05245-BHS<br><br>**DISCORD INC.'S RESPONSE TO PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT** |



Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

Defendant Discord Inc. does not oppose Plaintiffs' request to file their Second Amended Complaint (SAC). But Discord *does* oppose Plaintiffs' request for "supplemental page-limited briefing," ECF No. 39 at 9, on Discord's fully briefed Motion to Compel Arbitration, ECF No. 19, and Motion to Dismiss the original Complaint, ECF No. 22. The Court should decide the fully briefed Motion to Compel Arbitration—which is not impacted by the proposed amendments—and only if it denies that motion set a schedule for Discord to file a responsive pleading to the SAC, not limited to "supplemental" briefing.

***Motion to Compel Arbitration.*** Because Plaintiffs' proposed amendments have no bearing on Discord's fully briefed motion to compel arbitration, Discord requests that, to the extent the Court permits Plaintiffs' proposed amendment, the Court resolve Discord's fully briefed motion to compel arbitration before any renewed motion to dismiss briefing is scheduled. As explained in Discord's Motion for Protective Order and Temporary Stay of Discovery, ECF No. 40, the motion to compel arbitration goes to the threshold question of whether this case may proceed in this Court. If the motion to compel is granted, the Court will not need to evaluate any motion to dismiss, and denial of the motion would trigger an automatic stay pending appeal. *Coinbase, Inc. v. Bielski*, 599 U.S. 736, 742–43 (2023).

***Motion to Dismiss.*** Plaintiffs' proposal for "supplemental page-limited briefing" on dismissal issues is not appropriate. ECF No. 39 at 3. The proposed SAC adds new allegations and a new cause of action. Discord is entitled to respond to the operative pleading in its entirety, not merely to supplement arguments made against a prior complaint. Discord therefore respectfully requests that, to the extent the Court permits Plaintiffs to file the SAC, that Discord be permitted to address the SAC after a final decision on Discord's motion to compel arbitration.



Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

Dated: August 31, 2026

By: *s/ Ambika Kumar*
Ambika Kumar

Adam S. Sieff (WSBA #59792)
Marcy Blattner Micale (*pro hac vice*)
Sam F. Cate-Gumpert (*pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
350 South Grand Avenue, 27th Floor
Los Angeles, California 90071
Tel: (213) 633-6800
Email: adamsieff@dwt.com
marcyblattnermicale@dwt.com
samcategumpert@dwt.com

Ambika Kumar (WSBA #38237)
Xiang Li (WSBA #52306)
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Tel: (206) 622-3150
Email: ambikakumar@dwt.com
xiangli@dwt.com

I certify that this memorandum contains 308 words, in compliance with the Local Civil Rules.