AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Western District of Washington

| | | |
|---|---|---|
| Colby Taylor, et al.<br>*Plaintiff* | ) | |
| v. | ) | Case No. 3:26-cv-05245-BHS |
| Discord, Inc.<br>*Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs .

Date: 09/01/2026

/s/ Roshelle Firdman
*Attorney's signature*

Roshelle Firdman (6311690)
*Printed name and bar number*

C.A. Goldberg, PLLC
16 Court Street, 33rd Fl
Brooklyn, NY 11241
*Address*

roshelle@cagoldberglaw.com
*E-mail address*

(646) 666-8908
*Telephone number*

(347) 599-9998
*FAX number*