THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

COLBY TAYLOR, individually and as a personal representative of the ESTATE OF JAY TAYLOR, a deceased individual; LESLIE TAYLOR; individually and as a personal representative of the ESTATE OF JAY TAYLOR, a deceased individual

Plaintiffs,

vs.

DISCORD INC., a Delaware company,

Defendant(s).

No. 3:26-cv-05245-BHS

**PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**



C.A.GOLDBERG
PLLC. NEW YORK
16 COURT STREET, BROOKLYN, NY 11241 | 646.666.8908
WWW.CAGOLDBERGLAW.COM

Corrie Yackulic LAW FIRM PLLC
101 Yesler Way Suite 600, Seattle, WA 98104 · 206-787-1915 · www.cjylaw.com

Plaintiffs respectfully submit this Reply in support of Plaintiffs' Motion for Leave to File Second Amended Complaint.

Plaintiffs appreciate that Discord does not oppose amendment. As to the appropriate procedure following the filing of the Second Amended Complaint, Plaintiffs defer to the Court. Plaintiffs proposed limited, page-restricted supplemental briefing because courts and parties frequently employ supplemental briefing as an efficient means of addressing a pending motion to dismiss following the filing of an amended complaint, particularly where much of the existing briefing remains applicable. Plaintiffs believe that approach would conserve the parties' and the Court's resources.

Plaintiffs respectfully request that the Court grant the proposed order attached to their Motion for Leave to File Second Amended Complaint, Dkt No. 39-4, which was also submitted to the Court's Chambers on August 14, 2026. Plaintiffs otherwise defer to the Court regarding the appropriate sequence for resolving Discord's pending motions and addressing the Second Amended Complaint.

**DATED** this 4th day of September, 2026

CORRIE YACKULIC LAW FIRM, PLLC

/s/ Corrie J. Yackulic
101 Yesler Way, Ste. 600
Seattle, WA 98104
Tel. (206) 787-1915
Fax. (206) 299-9725
corrie@cjylaw.com

C.A. GOLDBERG, PLLC

/s/ Carrie Goldberg
/s/ Naomi Leeds
Carrie Goldberg (pro hac vice)
Naomi Leeds (pro hac vice)
Roshelle Firdman (pro hac vice)
16 Court Street, 33rd Floor
Brooklyn, New York 11241
Tel. (646) 666-8908
carrie@cagoldberglaw.com
naomi@cagoldberglaw.com
roshelle@cagoldberglaw.com

*Attorneys for Plaintiffs*