UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| COLBY TAYLOR, individually and as a personal representative of the ESTATE OF JAY TAYLOR, a deceased individual; LESLIE TAYLOR; individually and as a personal representative of the ESTATE OF JAY TAYLOR, a deceased individual<br><br>Plaintiffs,<br><br>vs.<br>DISCORD INC., a Delaware company,<br><br>Defendant(s). | No. 3:26-cv-05245-BHS<br><br>**DECLARATION OF PLAINTIFF COLBY TAYLOR IN OPPOSITION TO DISCORD'S MOTION TO DISMISS SECOND AMENDED COMPLAINT** |

I affirm this under the penalties of perjury under the law of Washington, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

1. My name is Colby Taylor
2. I am over the age of eighteen and reside **in** Gig Harbor, Washington.
3. I am a Plaintiff in this matter individually and as Personal Representative of the Estate of Jay Taylor.
4. I submit this Declaration in Opposition to Discord's Motion to Dismiss.
5. I did not discover Discord's culpability in Jay's death until June 18, 2025.
6. Two days earlier, on June 16, 2025, I received a call from an FBI agent who had originally worked on Jay's case. He told me German law enforcement was going to arrest somebody involved in Jay’s death and he wanted to brace me for German authorities making a public statement about the case.

7. On June 18, 2025, I learned through an AP article that a German man had been arrested in a case involving a 13-year-old American boy who had been pressured to die by suicide on livestream. I immediately understood that the unnamed child was Jay. The reporting was the first time I understood the German authorities were treating what happened to Jay as a suspected murder. The article said "The man is accused of perpetrating a complex international cybergrooming operation as a member of '764,' which the FBI describes as a violent online network that exploits minors virtually to coerce them into acts of self-harm and sexual abuse." https://apnews.com/article/germany-us-cybergrooming-arrest-4047eec634bb2cd52cl 5a2787126b8d3 **(See AP News Article attached as Exhibit A)**
8. The AP article said the man was suspected of committing 120 crimes against children age 11 to 15. The article contained a quote posted by FBI Director Kash Patel on X saying that "federal agents were investigating 'hundreds of case around the country.'"
9. Until June 18, 2025 I did not know Shahriar Javan's identity, his role as "White Tiger," or his leadership role in 764.
10. Before June 18, 2025, I had only a vague understanding that Jay's death might be connected to a broader victim network, but I did not understand the organized network behind it or Discord's role in hosting the network.
11. On June 18, 2025, German authorities held a press conference the day after Javan's arrest.
12. Through that press conference, investigators described terabytes of evidence, discussed 764's methods, connected Javan to multiple victims internationally, and described the murder allegation involving Jay.
13. On June 18, 2025, the information I learned allowed me to connect Jay's death to 764 and understand that his death was part of a broader organized enterprise.

14. The Monday following the press release, a German reporter from BILD knocked on my front door and asked me for an interview about the "murder" of my child. The reporter supplied me with Javan's arrest warrant. It was the first official document I saw naming Jay and laying out the facts about Javan, 764, and Jay's murder in horrific detail. **(See Javan Arrest Warrant attached as Exhibit B; For Translation, see Leeds Decl. Exhibit A)**

15. I began seeking counsel after this newly obtained information because I realized Discord's role in the creation and evolution of 764 and if not for Discord, Jay would still be alive.

16. An article about Jay's death published in The Washington Post on October 16, 2025, by William Wan called "'It Broke me': Inside the FBI hunt for the online predators who persuaded a 13-year-old to die" gave me a lot of new behind-the-scenes information about the bureaucratic challenges that the local detectives and FBI investigators had in investigating Jay's death and why nobody could confirm for me who or what coerced Jay into suicide. **(See WaPo Article, attached as Exhibit C)**

17. After Jay died, law enforcement took Jay's phone and laptop for forensic work. I had no access to Jay's devices until they were returned to me in 2025.

18. From the warrant and articles, I learned that Discord had long known about 764 and that 764 was inflicting acts of extreme brutality to children on Discord. Once I discovered this confirmation that 764 was involved in my child's death, I realized that this was not a random or isolated event, but part of a scheme where children were being harmed routinely and over time by the same group on Discord. I learned

that Discord does not monitor small servers and that Discord knew about this threat (764) running rampant on its platform. I realized that by having an extremely small number of employees in its trust and safety department, Discord was making the decision to ignore the extreme abuse occurring on its small servers.

19. My wife, Leslie, learned all the above no earlier than I did.

October 19, 2026

Gig Harbor, Washington

J. Colby Taylor

Colby Taylor

Plaintiff