UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

COLBY TAYLOR, individually and as personal representative of the ESTATE OF JAY TAYLOR, a deceased individual; LESLIE TAYLOR, individually and as personal representative of the ESTATE OF JAY TAYLOR, a deceased individual

Plaintiff(s),

v.

DISCORD INC., a Delaware company,

Defendant(s).

CASE NO. 3:26-cv-05245-BHS

PRAECIPE

To the Clerk of the above-entitled court:

You will please:

Consider the following corrections, pursuant to Local Civil Rule 7(m), of Plaintiff's Declaration of Colby Taylor (Dkt. 60-1) as reflected in the attached corrected Declaration.

1. Paragraph 8, line 13 of the Declaration of Colby Taylor, as originally filed, incorrectly quotes "hundreds of case" instead of "hundreds of cases".
2. Paragraph 14, lines 5 & 6 of the Declaration, as originally filed, incorrectly refers to "Leeds Decl. Exh. A" instead of "Translated Javan Arrest Warrant as Exh. C".
3. Additionally, Para. 16, lines 15 & 16 of the Declaration as originally filed incorrectly refers to "WaPo Article, attached as Exhibit C" instead of "WaPo Article, attached as Exhibit D."

The attached, revised version of this Declaration corrects these Exhibit citations and typo.

Dated: October 20, 2026

C.A. Goldberg, PLLC

*/s/ Carrie Goldberg*
Carrie Goldberg (pro hac vice)
Naomi Leeds (pro hac vice)
Roshelle Firdman (pro hac vice)
16 Court St, 33rd Floor
Brooklyn, NY 11241
Tel: (646) 666-8908
carrie@cagoldberglaw.com
naomi@cagoldberglaw.com
roshelle@cagoldberglaw.com